IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MAFCOTE, INCORPORATED,  ) | |
| ) | |
| ) | |
| Plaintiff,  ) | Civil Action No. C-01-02-411 |
| ) | |
| V.  ) | JUDGE SANDRA S. BECKWITH |
| ) | ( X. J.; HOGAN, M.J.) |
| CONTINENTAL CASUALTY  ) | **AFFIDAVIT OF** |
| INSURANCE COMPANY  ) | **FREDERIC R. MINDLIN** |
| ) | |
| Defendant.  ) | |
| ) | |

STATE OF NEW YORK   )
                                          )ss.:
COUNTY OF NEW YORK)

FREDERIC R. MINDLIN, being duly sworn, deposes and says:

1.       I am a member of the law firm of Mound Cotton Wollan & Greengrass, attorneys for defendant, Continental Casualty Insurance Company ("Continental") and I am fully familiar with the facts and circumstances relating to this action. I submit this affidavit in conjunction with Continental's motion for summary judgment.

## RELEVANT EXHIBITS

2.       Annexed hereto as Ex. 1 is a true and correct copy of Plaintiff's Complaint.

3.       Annexed hereto as Ex. 2 is a true and correct copy of Continental Boiler and Machinery policy no. BM 1098742493 issued to Mafcote Incorporated ("Mafcote") effective June 8, 2001 to June 8, 2002 ("Policy").

4.       Annexed hereto as Ex. 3 are excerpts from the transcript of the February 27, 2003 Deposition of Mafcote's President Steven A. Schulman ("Schulman Dep.").

5.      Annexed hereto as Ex. 4 are invoices for purchases made by Royal Consumer Products, llc ("Royal") from NuCote (marked as Ex. 10 at Schulman Dep.).

6.      Annexed hereto as Ex. 5 are invoices for purchases made by Royal from Permalife (marked as Ex. 12 at Schulman Dep.).

7.      Annexed hereto as Ex. 6 are invoices for purchases made by Royal from Folex Imaging (marked as Ex. 13 at Schulman Dep.).

8.      Annexed hereto as Ex. 7 is a letter dated August 29, 2001 from Nick Bozovich on behalf of Continental to Steven Schulman and Bob Kaminsky, the plant manager at Miami Wabash, with respect to Mafcote's claim for damage to the boiler at Miami Wabash.

9.      Plaintiff's Complaint was initially filed in the Court of Common Pleas, Warren County, Ohio on or about May 7, 2002. Continental removed this action to the United States District Court for the Southern District of Ohio.  Thereafter Continental served its Answer to the Complaint, a copy of which is annexed as Exhibit 8.

## INSTANT MOTION

10.     This action arises out of an accident to a steam boiler located at Miami Wabash Paper, llc ("Miami Wabash") in Franklin, Ohio on July 16, 2001. See Ex. 1, ¶ 5. According to the deposition testimony of Mr. Schulman, Miami Wabash is a subsidiary of Mafcote. See Ex. 3, p. 9:2-8.

11.     Mafcote did not notify Continental of the damage to the boiler at Miami Wabash that had occurred on July 16, 2001 until August 14, 2001. See Ex. 1, ¶ 7.  Apparently, Mafcote initially notified its former insurance company of the accident and did not realize it had notified the wrong insurance company until August 13, 2001 when it shortly thereafter notified Continental. Ex. 3, pp. 48-49.

12.     Continental concluded that the incident was covered under its policy since the damage to the boiler was sudden and accidental. Continental retained Schweitzer Brothers Co., Inc. ('Schweitzer Brothers") to determine if the boiler could be repaired and returned to operation. Schweitzer Brothers determined that repair was possible and agreed to repair the boiler at a cost of $16,000 and to guarantee its work. Under the terms of the Policy, a $25,000 deductible applies to the damage for the boiler. Therefore, under the terms of the Policy, Mafcote was not entitled to any payment for the damage to the boiler itself.   See Ex. 7.

13.     While the boiler was being repaired, Continental made arrangements for Mafcote to rent a replacement boiler.  The cost of that rental boiler is covered under the Policy as an extra expense. Based on documentation provided by Mafcote, the cost of the rental boiler from August 15, 2001 until the original boiler was repaired in September 2001 was $32,996.00.  After applying the deductible under the Policy (2 times 100% of the Average Daily Value of Production as calculated by the Insured), Continental paid Mafcote $21,116.00. Ex. 1, ¶ 11. Mafcote accepted that payment without protest as the extra expense it incurred for the rental boiler.

14.     Plaintiff's Complaint alleges that "plaintiff, and its subsidiaries, have incurred losses that are insured under the policy of Two Hundred Twenty Thousand Six Hundred Ninety Seven Dollars Sixty One Cents ($220,697.61),  because of the inability to produce certain coated paper products which required steam processing, from August 13, 2001 through August 15, 2001." Ex. 1, ¶ 10.

15.     Mr. Schulman testified at his deposition that Miami Wabash's operations included the coating of paper and paper board products. Ex. 3, p. 8:1-7. An electronically controlled machine known as a steam foil is used in the coating process of certain grades of paper. Ex. 3, pp. 50-51. Mafcote claims that as a result of the accident to the boiler of July 16, 2001, Miami Wabash was

unable to process certain grades of paper coated through the steam foil process because the boiler was unable to produce steam. Ex. 3, p. 51:23-25.

16.     In support of Mafcote's claim, Mr. Schulman testified that as a result of the boiler incident another Mafcote subsidiary, Royal, was required to purchase paper products from third party competitors of Miami Wabash since Royal needed the paper products to fill orders for Royal's own customers. Ex. 3, p. 83:6-15, p. 86:25- p. 87:5.

17.     Invoices evidencing Royal's purchases of paper products from three competitors of Miami Wabash were identified by Mr. Schulman and marked as exhibits. These included purchases made by Royal from NuCote in the amount of $42,918.76 which is annexed as Ex. 4. Royal also purchased paper products from Permalife in the amount of $274,937.86 which is annexed as Ex. 5. Finally, Royal purchased paper products from Folex Imaging in the amount of $103,262.82 which are annexed as Ex. 6. Apparently, Mafcote calculated the claim based on the difference between the cost by Royal to purchase paper products from NuCote, Permalife and Folex Imaging and the cost that Royal would have paid to get those products from Miami Wabash. Ex. 3, p.102:13-18. These amounts are extra expenses incurred by Royal to fill its orders because Royal's supplier -- Miami Wabash -- has suffered property damage.

18.     Mr. Schulman testified that there was no property damage or boiler damage of any kind at the Royal facility. See Ex. 3, p. 93:1-6.

19.     The Policy provides coverage for business interruption loss and extra expense under its Combined Business Interruption and Extra Expense Actual Loss provision:

**COMBINED BUSINESS INTERRUPTION AND EXTRA EXPENSE ACTUAL LOSS**

\*      \*      \*

**A.    COVERAGE**

1.    We will pay for your "Actual Loss" and "Extra Expense" during the "Period of Restoration" provided all of the following requirements are met:

    a.    The "Actual Loss" and "Extra Expense" must be caused solely by an "accident" to an object";

    b.    The loss must be as a result of direct physical damage to Covered Property;

    c.    The "accident" must occur during the time this coverage is in force;

    d.    The "object" that has the "accident" must be:

        (1)    Specified as covered in the Combined Business Interruption and Extra Expense Schedule;

        (2)    At a "location" shown in the Combined Business Interruption and Extra Expense Schedule; and

        (3)    In use or connected and ready for use.

2.    We will pay:

    a.    Your "actual loss" from a total or partial interruption of business; and

    b.    The "Extra Expense" you necessarily incur to operate your "Business" as nearly normal" as practicable during the "Period of Restoration" following an "accident".

    We will consider the actual experience of  your business before the "accident" and the probable experience you would have had without the "accident" in determining the amount of our payment.

20.    As set forth above, the Policy provides coverage for business interruption loss and extra expense incurred that result from an accident to an object caused by direct physical damage to covered property. The accident to the object caused by direct physical damage to covered property occurred at Miami Wabash on July 16, 2001. As shown above, there was no damage at Royal. Mafcote has presented no evidence of a business income loss or extra expense incurred by Miami Wabash as a result of that accident other than the cost of the rental boiler for which Continental has already made payment. In fact, Mr. Schulman admitted Miami Wabash did not incur any other extra expense. Ex. 3, p. 116:10-18. Mafcote has submitted only evidence of extra expense incurred by Royal, a separate entity from Miami Wabash. The policy does not have contingent Business Interruption coverage which would protect an insured from property damage at the premises of its suppliers. Inasmuch as Royal did not sustain an accident to an object that caused direct physical damage, any business interruption and extra expense claim on behalf of Royal is not covered under the Policy.

21.    In addition to the claim for extra expenses incurred by Royal, Mafcote in the Complaint's "Second Claim" alleges that it incurred $15,000 in claim preparation expenses and expects to an incur an additional $20,000 in expenses to accountants and adjusters. Ex. 1, ¶ 14. The Policy, however, does not provide coverage for claim preparation expenses voluntarily undertaken by Mafcote. See Ex. 2. Further, Mr. Schulman testified that Mafcote had no records in support of its claim for $15,000 nor did it have any documentation of expenses incurred since the Complaint was filed. Ex. 3, p.118:19-22.

22.    Accordingly, Continental respectfully requests that this court dismiss the Complaint in its entirety.

_Frederic R. Mindlin_
FREDERIC R. MINDLIN

Sworn to before me this 3rd
day of November, 2003

_K J Mc_
Notary Public

KEVIN J. BRASSIL
Notary Public, State of New York
No. 31-5018311
Qualified in New York County
Certificate Filed in New York County
Commission Expires Sept. 27, 20__

EXHIBIT 1

COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

02 MAY -7 AM 11: 13

JAMES L. SPAETH
CLERK OF COURTS

COURT OF COMMON PLEAS
WARREN COUNTY, OHIO

MAFCOTE, INC.
108 Main Street
Norwalk, CT 06851

      Plaintiff,

vs.

CONTINENTAL CASUALTY
INSURANCE COMPANY
111 E. Broad Street
Columbus, Ohio 43205

      Defendant.

CASE NO. 02CV59483

JUDGE Bronson

**COMPLAINT**

## FIRST CLAIM

1.     At all times material, plaintiff and its subsidiaries were insured under a certain boiler and machinery insurance policy issued by defendant, for good and valuable consideration, pursuant to the terms and conditions of Policy No. BM1098742493(T), whose effective dates were June 8, 2001 through June 8, 2002. A copy of the policy is not attached because of its length, but portions of the declaration sheets thereof are attached.

2.     At all times material, defendant was a corporation authorized to underwrite casualty insurance in the State of Ohio and elsewhere.

3.     At all times material, plaintiff owned and operated a plant at 413 Oxford Road, Franklin, Ohio 45005, locally known as Millen Industries, Inc. and Miami Valley Paper, Inc., both of whom are subsidiaries of plaintiff, and insured by defendant.

4.     At all times material, plaintiff was in the business of manufacturing paper products, including coated paper products, some of which were supplied to its subsidiaries, including Royal Consumer Products, LLC, for use in its business.

FMAN & FLORENCE
Attorneys at Law
P.O. BOX 280
ASI MULBERRY STREET
BANON, Ohio 45036
PHONE 932-1515

5.    On or about the 16th day of July, 2001, a steam boiler at plaintiff's location in Franklin, Ohio sustained an accidental loss and was damaged, causing it to be inoperable. As a result, certain kinds of coated papers, which required processing by steam during production, could not be manufactured on line 7 at Franklin, Ohio while the boiler was out of service.

6.    On or about the 27th day of July, 2001, the exact nature of the loss was diagnosed, and the loss was reported to the insurance carrier thought by officials at plaintiff's facility in Franklin, Ohio to be the current boiler and machinery insurance carrier, based upon their contact with the last "inspection" conducted by a boiler and machinery insurance carrier.

7.    The loss was ultimately reported to defendant on or about the 14th day of August, 2001, at such time as the nature of the loss was made known to officials of plaintiff who were cognizant of the identity of the then current boiler and machinery insurance carrier, defendant.

8.    Subject to the terms and conditions of said policy, the policy provides coverage to plaintiff and its subsidiaries for the following losses, and subject to applicable deductible limitations:

   A.    For damage and loss to the boiler or machinery itself.
   B.    For consequential damages.
   C.    For business interruption losses.
   D.    For expenses incurred for accounting, engineering, adjusting, and architectural cost to prepare, submit and adjust any claim.

9.    A rental boiler was installed after August 15, 2001, which was in place and operational until the repair was complete on the original boiler.

10.    Plaintiff, and its subsidiaries, have incurred losses that are insured under the policy of Two Hundred Twenty Thousand Six Hundred Ninety Seven Dollars Sixty One Cents ($220,697.61), because of inability to produce certain coated paper products which required steam processing, from August 13, 2001 through August 15, 2001. Defendant has denied recognition of, and any obligation to pay said loss, although required to do so by the policy, except as noted in Paragraph 11 below.

11.    Plaintiff incurred expense for the rental boiler, which defendant has paid, subject to the deductible (Thirty Two Thousand Nine Hundred Ninety Six Dollars ($32,996.00) for the rental, less Eleven Thousand Eight Hundred Eighty Dollars ($11,880.00) for the deductible), of Twenty One Thousand One Hundred Sixteen Dollars ($21,116.00).

FMAN & FLORENCE
Attorneys at Law
PO BOX 280
EAST MULBERRY STREET
BANTON Ohio 45036
PHONE 932-1515

12.    Plaintiff has complied with all conditions precedent as set forth in the policy, entitling it to recover.

## SECOND CLAIM

13.    The allegations of the First Claim are incorporated herein.

14.    Plaintiff has incurred expenses in the preparation of its claim, covered under the policy, in the approximate sum of Fifteen Thousand Dollars ($15,000.00), and reasonably expects to incur expenses for accountants and auditors in the preparation and support of the claim herein in the sum of Twenty Thousand Dollars ($20,000.00), all of which is covered under the policy issued by defendant.

WHEREFORE, plaintiff prays for judgment against defendant, in the sum of Two Hundred Fifty Five Thousand Six Hundred Ninety Seven Dollars Sixty One Cents ($255,697.61), and such sums are incurred for accountants and auditors in the prosecution of this case, and costs.

KAUFMAN & FLORENCE

William H. Kaufman (0012339)
Attorneys for Plaintiffs
P. O. Box 280
144 E. Mulberry Street
Lebanon, Ohio 45036

CERTIFIED COPY
JAMES L. SPAETH, CLERK
WARREN COUNTY, OHIO
COMMON PLEAS COURT
BY
DEPUTY

-3-

IFMAN & FLORENCE
Attorneys at Law
P.O. BOX 280
EAST MULBERRY STREET
BANON, Ohio 45036
PHONE 932-1516

COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

02 MAY -7 AM 11: 13

JAMES L. SPAETH
CLERK OF COURTS

COURT OF COMMON PLEAS
WARREN COUNTY, OHIO

MAFCOTE, INC.
108 Main Street
Norwalk, CT 06851

      Plaintiff,

vs.

CONTINENTAL CASUALTY
INSURANCE COMPANY
111 E. Broad Street
Columbus, Ohio 43205

      Defendant.

CASE NO. 02 CV 69483

JUDGE

COMPLAINT

FIRST CLAIM

1.    At all times material, plaintiff, and its subsidiaries were insured under a certain boiler and machinery insurance policy issued by defendant. for good and valuable consideration. pursuant to the terms and conditions of Policy No. BM1098742493(T), whose effective dates were June 8, 2001 through June 8, 2002. A copy of the policy is not attached because of its length, but portions of the declaration sheets thereof are attached.

2.    At all times material, defendant was a corporation authorized to underwrite casualty insurance in the State of Ohio and elsewhere.

3.    At all times material. plaintiff owned and operated a plant at 413 Oxford Road. Franklin. Ohio 45005. locally known as Millen Industries. Inc. and Miami Valley Paper. Inc.. both of whom are subsidiaries of plaintiff. and insured by defendant.

4.    At all times material. plaintiff was in the business of manufacturing paper products. including coated paper products. some of which were supplied to its subsidiaries. including Royal Consumer Products. LLC. for use in its business.

KUFMAN & FLORENCE
Attorneys at Law
P.O. BOX 280
4 EAST MULBERRY STREET
LEBANON, Ohio 45036
PHONE 932-1515

EXHIBIT A

5.    On or about the 16th day of July, 2001, a steam boiler at plaintiff's location in Franklin, Ohio sustained an accidental loss and was damaged, causing it to be inoperable. As a result, certain kinds of coated papers, which required processing by steam during production, could not be manufactured on line 7 at Franklin, Ohio while the boiler was out of service.

6.    On or about the 27th day of July, 2001, the exact nature of the loss was diagnosed, and the loss was reported to the insurance carrier thought by officials at plaintiff's facility in Franklin, Ohio to be the current boiler and machinery insurance carrier, based upon their contact with the last "inspection" conducted by a boiler and machinery insurance carrier.

7.    The loss was ultimately reported to defendant on or about the 14th day of August, 2001, at such time as the nature of the loss was made known to officials of plaintiff who were cognizant of the identity of the then current boiler and machinery insurance carrier, defendant.

8.    Subject to the terms and conditions of said policy, the policy provides coverage to plaintiff and its subsidiaries for the following losses, and subject to applicable deductible limitations:

    A.    For damage and loss to the boiler or machinery itself.
    B.    For consequential damages.
    C.    For business interruption losses.
    D.    For expenses incurred for accounting, engineering, adjusting, and architectural cost to prepare, submit and adjust any claim.

9.    A rental boiler was installed after August 15, 2001, which was in place and operational until the repair was complete on the original boiler.

10.    Plaintiff, and its subsidiaries, have incurred losses that are insured under the policy of Two Hundred Twenty Thousand Six Hundred Ninety Seven Dollars Sixty One Cents ($220,697.61), because of inability to produce certain coated paper products which required steam processing, from August 13, 2001 through August 15, 2001. Defendant has denied recognition of, and any obligation to pay said loss, although required to do so by the policy, except as noted in Paragraph 11 below.

11.    Plaintiff incurred expense for the rental boiler, which defendant has paid, subject to the deductible (Thirty Two Thousand Nine Hundred Ninety Six Dollars ($32,996.00) for the rental, less Eleven Thousand Eight Hundred Eighty Dollars ($11,880.00) for the deductible), of Twenty One Thousand One Hundred Sixteen Dollars ($21,116.00).

KAUFMAN & FLORENCE
Attorneys at Law
P.O. BOX 280
16 EAST MULBERRY STREET
LEBANON, Ohio 45036
PHONE 932-1515

-2-

12.    Plaintiff has complied with all conditions precedent as set forth in the policy, entitling it to recover.

<u>SECOND CLAIM</u>

13.    The allegations of the First Claim are incorporated herein.

14.    Plaintiff has incurred expenses in the preparation of its claim, covered under the policy, in the approximate sum of Fifteen Thousand Dollars ($15,000.00), and reasonably expects to incur expenses for accountants and auditors in the preparation and support of the claim herein in the sum of Twenty Thousand Dollars ($20,000.00), all of which is covered under the policy issued by defendant.

WHEREFORE, plaintiff prays for judgment against defendant, in the sum of Two Hundred Fifty Five Thousand Six Hundred Ninety Seven Dollars Sixty One Cents ($255,697.61), and such sums are incurred for accountants and auditors in the prosecution of this case, and costs.

KAUFMAN & FLORENCE

William H. Kaufman (0012339)
Attorneys for Plaintiffs
P. O. Box 280
144 E. Mulberry Street
Lebanon, Ohio 45036

KAUFMAN & FLORENCE
Attorneys at Law
P.O. BOX 280
144 EAST MULBERRY STREET
LEBANON, Ohio 45036
PHONE 932-1515



# GENERAL COMMERCIAL PROGRAM
# GENERAL DECLARATIONS

RENEWAL OF BM 1088742493

| Named Insured and Mailing Address | MAFCOTE INDUSTRIES<br>(SEE ENDT. #1)<br>105 MAIN STREET<br>NORWALK, CT 06851 | Agent | GENATT<br>3333 NEW HYDE PARK RD,<br>SUITE 400<br>NEW HYDE PARK, NY 11042 |
|---|---|---|---|

Business Description    PRINTING

Insured is:    ☐ Individual    ☒ Corporation    ☐ Partnership    ☐ Joint venture    ☐ Other

Insurance is provided for only those coverages for which a premium is shown and is subject to all the terms and conditions outlined in each coverage section.

The specific limits of coverage are shown on each coverage declaration sheet.

The insuring company providing each specified coverage shall be your insurer for that part.

| Coverage | | Policy Period | Policy Number | Insuring Company | Premium |
|---|---|---|---|---|---|
| Commercial Property | Fr:<br>To: | | | | $ |
| Commercial General Liability | Fr:<br>To: | | | | $ |
| Commercial Crime | Fr:<br>To: | | | | $ |
| Commercial Inland Marine | Fr:<br>To: | | | | $ |
| Boiler and Machinery | Fr:<br>To: | 6/8/2001<br>6/8/2002 | BM 1098742493 | CONTINENTAL CASUALTY | $45,150.00 |
| Commercial Auto | Fr:<br>To: | | | | $ |
| Other (Describe): | Fr:<br>To: | | | | $ |
| Other (Describe): | Fr:<br>To: | | | | $ |
| Other (Describe): | Fr:<br>To: | | | | $ |
| | | | | TOTAL | $45,150.00 |

Premiums shown are payable at inception or as indicated on the individual Coverage Declarations.

Forms applicable to all coverages except Other (Described):

G-20131-B 0700, IL0260 0700, BM1528 0695

Countersigned: _____    Date _____    By: _____    Authorized Agent _____

*Bernard L. Hingelburgh*
Chairman of the Board

*Jonathan Kantor*
Secretary

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY(IES).

G-SG376-A
(ED 7/86)

DATE ISSUED: June 5, 2001

NOV 13 2002 15:25

717 751 3710    PAGE.07

MAY 14 2002 15:41 FR MCNEW



# GENERAL COMMERCIAL PROGRAM
# GENERAL DECLARATIONS

RENEWAL OF BM 1098742493

| Named Insured and Mailing Address | MAFCOTE INDUSTRIES (SEE ENDT. #1) 105 MAIN STREET NORWALK, CT 06851 | Agent | GENATT 3333 NEW HYDE PARK RD. SUITE 400 NEW HYDE PARK, NY 11042 |
|---|---|---|---|

Business Description    PRINTING

Insured is:   ☐ Individual   ☒ Corporation   ☐ Partnership   ☐ Joint venture   ☐ Other

Insurance is provided for only those coverages for which a premium is shown and is subject to all the terms and conditions outlined in each coverage section.

The specific limits of coverage are shown on each coverage declaration sheet.

The Insuring company providing each specified coverage shall be your insurer for that part.

| Coverage | Policy Period | | Policy Number | Insuring Company | Premium |
|---|---|---|---|---|---|
| Commercial Property | Fr: | To: | | | $ |
| Commercial General Liability | Fr: | To: | | | $ |
| Commercial Crime | Fr: | To: | | | $ |
| Commercial Inland Marine | Fr: | To: | | | $ |
| Boiler and Machinery | Fr: 6/8/2001 | To: 6/8/2002 | BM 1098742493 | CONTINENTAL CASUALTY | $45,150.00 |
| Commercial Auto | Fr: | To: | | | $ |
| Other (Describe): | Fr: | To: | | | $ |
| Other (Describe): | Fr: | To: | | | $ |
| Other (Describe): | Fr: | To: | | | $ |
| | | | | TOTAL | $45,150.00 |

Premiums shown are payable at inception or as indicated on the individual Coverage Declarations.

Forms applicable to all coverages except Other (Described):

G-20131-B 0700, IL0260 0700, BM1528 0695

By: _Lester P. Genatt_

Countersigned: _____    Authorized Agent

Date

_Bernard L. Hirschhorn_    _Jonathan Kantor_

Chairman of the Board    Secretary

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY(IES).

DATE ISSUED: _July 11, 2001_

G-95376-A
(ED 7/86)                    {INSURED}

# GENATT ASSOCIATES INC.
## INSURANCE
3333 New Hyde Park Road
New Hyde Park, NY 11042
516 869-8666

Mafcote Industries, Inc.
108 Main St.
Norwalk, CT 06851

PAGE: 1

Date: 1/9/01

Description of
Binder/Endorsement:
BOILER

We are pleased to advise you that in accordance with your request we have placed the
insurance described below. Pending the issuance of the policy or endorsement representing
this insurance, we are holding a binder from the Insurance Company, subject to the conditions
and terms applying thereto. Kindly notify us promptly of any discrepancies or changes.

Address all Inquiries to:
Earle Rynston

Effective Date & Term: 12/31/01          Expiration Date: 3/15/01

| AMOUNT | COVERAGE |
|--------|----------|

NAMED INSUREDS ARE AMENDED AS FOLLOWS:
THIS IS IN PLACE OF CHANGE OF NAMED INSUREDS DATED 1/8/01

MAFCOTE, INC.
MILLEN INDUSTRIES, INC.
MIAMI VALLEY PAPER, INC.
DORADO CARTON COMPANY, INC.
ROYAL CONSUMER PRODUCTS, llc
MAFCOTE INTERNATIONAL, llc
MIAMI WABASH PAPER llc
FC MEYER INTERNATIONAL llc
SONBURN llc
EE MAFCOTE ROMANIA SRL
PAPEL SANTINADO MAFCOTE, S.A. de C.V.
BLEEKER ASSOCIATES
FC MEYER INTERNATIONAL, INC.
PARTY PLAY, INC.
SONBURN INC.
SONBURN II, INC.

The above policy cited in this binder is subject to its terms, conditions, exclusions and limitations.

| COMPANY | POLICY NO. | ACCEPTED- DATE AND SIGNATURE |
|---------|-----------|------------------------------|
| CAN | BINDER 22881 | |
| ZURICH | | |

*Leslie R Genatt*





THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

## Named Insured:

MAFCOTE INDUSTRIES. INC.
MILLEN INDUSTRIES. INC.
MIAMI VALLEY PAPER COMPANY, INC.
DORADO CARTON CO., INC.
THEIR AFFILIATES AND SUBSIDIARIES. AND ENTITIES AND ANY WHOLLY OR MAJORITY OWNED
SUBSIDIARIES, AND ANY INTEREST WHICH MAY NOW EXIST OR HEREIN AFTER BE CREATED OR
ACQUIRED WHICH ARE OWNED, CONTROLLED, OR OPERATED BY ANY ONE OR MORE OF A NAMED
INSURED.

THIS ENDORSEMENT IS A PART OF YOUR POLICY AND TAKES EFFECT ON THE EFFECTIVE DATE OF YOUR POLICY UNLESS ANOTHER
EFFECTIVE DATE IS SHOWN BELOW.

| POLICY CHANGE NO. | POLICY NUMBER | EFFECTIVE DATE OF THIS POLICY CHANGE | |
|---|---|---|---|
| 1 | BM 1098742493 | 6/8/00 | |
| NAMED INSURED | | AUTHORIZED REPRESENTATIVE COUNTERSIGNATURE | DATE |
| MAFCOTE INDUSTRIES, INC. | | | 06/14/00 |

G-1013-B


For All the Commitments You Make*

---

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

---

Description of Change:

Coverage is provided for expenses incurred for independent costs, including, but not limited to, Accounting, Engineering, Adjusting, Architectural Costs, to prepare, submit and adjust any claim hereunder. Reimbursement will also be made for any costs to the Insured for preparing any inventory data needed for a claim hereunder.

Sublimit: $100,000

THIS ENDORSEMENT IS A PART OF YOUR POLICY AND TAKES EFFECT ON THE EFFECTIVE DATE OF YOUR POLICY UNLESS ANOTHER EFFECTIVE DATE IS SHOWN BELOW.

| POLICY CHANGE NO. | POLICY NUMBER | EFFECTIVE DATE OF THIS POLICY CHANGE | |
|---|---|---|---|
| 2 | BM 1098742493 | 6/8/00 | |
| NAMED INSURED | | AUTHORIZED REPRESENTATIVE COUNTERSIGNATURE | DATE |
| ᴱСOTE INDUSTRIES, INC. | | | 06/14/00 |

G-56015-B

POLICY NUMBER: BM 1096742493

BOILER AND MACHINERY
BM 15 33 06 95

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMBINED BUSINESS INTERRUPTION AND EXTRA EXPENSE ACTUAL LOSS

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE FORM

### SCHEDULE*

"Location(s)"    SEE G-124576-A

Limit of Loss          SEE G-126512-A          Dollars    ($ _____ )

___Ordinary Payroll Coverage (applies only when an "X" is inserted.)
Deductible      Time:    Days/Hours                    (   SEE G-124588-A          )
                         Dollars:                      ($                         )
                         Multiple of Daily Value       (   2 X 100% A.D.V.        )

Optional Annual Report Date: _____

Covered "Objects"
SEE G-124576-A

"Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations.

POLICY NUMBER: BM 1098742493

BOILER AND MACHINERY
BM 15 33 06 95

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMBINED BUSINESS INTERRUPTION AND EXTRA EXPENSE ACTUAL LOSS

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE FORM.

## SCHEDULE*

"Location(s)"     SEE G-124576-A

| | | | |
|---|---|---|---|
| Limit of Loss | SEE G-126512-A | Dollars | ($ _____ ) |

__Ordinary Payroll Coverage (applies only when an "X" is inserted.)

| Deductible | Time: | Days/Hours | ( SEE G-124588-A ) |
|---|---|---|---|
| | | Dollars: | ($ ) |
| | | Multiple of Daily Value | ( 2 X 100% A.D.V. ) |

Optional Annual Report Date: _____

Covered "Objects"
SEE G-124576-A

*Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations.

MAY 13 2002 15:26

MAY 17 2002 15:28 FR MCW&G     717 751 3710     PAGE.12

.

**EXHIBIT 2**

# GENERAL COMMERCIAL PROGRAM
# GENERAL DECLARATIONS

RENEWAL OF BM 1098742493

| | | | |
|---|---|---|---|
| Named Insured and Mailing Address | MAFCOTE INDUSTRIES (SEE ENDT. #1) 108 MAIN STREET NORWALK, CT 06851 | Agent | GENATT 3333 NEW HYDE PARK RD. SUITE 400 NEW HYDE PARK, NY 11042 |

Business Description     PRINTING

Insured is:    ☐ Individual    ☒ Corporation    ☐ Partnership    ☐ Joint venture    ☐ Other

Insurance is provided for only those coverages for which a premium is shown and is subject to all the terms and conditions outlined in each coverage section.

The specific limits of coverage are shown on each coverage declaration sheet.

The insuring company providing each specified coverage shall be your insurer for that part.

| Coverage | Policy Period | Policy Number | Insuring Company | Premium |
|---|---|---|---|---|
| Commercial Property | Fr: To: | | | $ |
| Commercial General Liability | Fr: To: | | | $ |
| Commercial Crime | Fr: To: | | | $ |
| Commercial Inland Marine | Fr: To: | | | $ |
| Boiler and Machinery | Fr: 6/8/2001 To: 6/8/2002 | BM 1098742493 | CONTINENTAL CASUALTY | $45,150.00 |
| Commercial Auto | Fr: To: | | | $ |
| Other (Describe): | Fr: To: | | | $ |
| Other (Describe): | Fr: To: | | | $ |
| Other (Describe): | Fr: To: | | | $ |
| | | | TOTAL | $45,150.00 |

Premiums shown are payable at inception or as indicated on the individual Coverage Declarations.

Forms applicable to all coverages except Other (Described):

G-20131-B 0700, IL0260 0700, BM1528 0695

Countersigned: _____    By: _____
                     Date                              Authorized Agent

*Bernard L. Hergehrugh*
Chairman of the Board

*Jonathan Kanton*
Secretary

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY(IES).

G-56376-A
(ED 7/86

DATE ISSUED: July 11, 2001

(INSURED)

6
78

BOILER AND MACHINERY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MULTIPLE LOCATION SCHEDULE

This endorsement modifies insurance provided under the following:
BOILER AND MACHINERY COVERAGE FORM

The following is inserted in the Location of "Objects" section on the Declarations Page and any Object Description Schedules attached to this policy except as otherwise stated:

1.  585 S. UNION ST., LAWRENCE, MA
2.  101 ASCHER ST., QUITMAN, MS
3.  COMMERCIAL STREET, LEWISTON, ME
4.  4525 N. EUCLID AVE., ST. LOUIS, MO
5.  413 OXFORD RD., FRANKLIN, OH
6.  93 NORTH AVE., GARWOOD, NJ
7.  1120 W. MAGNOLIA ST., LOUISVILLE, KY
8.  301 WEDCOR AVE., WABASH, IN
9.  108 MAIN ST., NORWALK, CT
10. 3402 WILEY POST, CARROLLTON, TX
11. RUTE 968, DORADO, PR

includes copyrighted material of Insurance Services Office, Inc., used with its permission.

G-126513-A
(ED. 02/98)

6
78

BOILER AND MACHINERY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SINGLE LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:
BOILER AND MACHINERY COVERAGE FORM

Our liability for all loss or damage that results from any "one accident" under this Coverage Form and any of its endorsements will not exceed $50,000,000.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

G-126512-A
(ED. 02/98)

POLICY NUMBER: BM 1098742493                                    BOILER AND MACHINERY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COVERAGE LIMITATIONS CHANGES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE FORM

SCHEDULE*

|  | New Limit of Insurance |
|---|---|
| Expediting Expense | $ 500,000 |
| Hazardous Substance | $ 250,000 |
| Ammonia Contamination | $ 500,00 |
| Water Damage | $ 500,000 |

If a new Limit is shown in the Schedule above, that Limit applies to the Coverage in place of the amount that is shown in the Limits of Insurance Section of the Coverage Form.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declaration.

BM 99 38 09 88                Copyright, Insurance Services Office, Inc., 1985, 1988

6

78

---

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

---

### DEMOLITION COST AND INCREASED COST OF CONSTRUCTION

It is agreed that the $500,000 Limit for Demolition Cost and Increased Cost of Construction shown in Paragraph A.2.b. of the B&M Extension Endorsement, is changed to read "2,500,000". All other terms and conditions of Section A.2 remain unchanged.

G-134B95-A

6

78

BOILER AND MACHINERY

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

# DEDUCTIBLE

This endorsement modifies insurance provided under the following:
BOILER AND MACHINERY COVERAGE FORM

SCHEDULE*

When the "object" (s) shown below is (are) involved in an "accident", the deductible shown below for that "object" replaces the deductible shown in the Boiler and Machinery Declarations Page.

| Description of Object | Deductible Amount |
|---|---|
| ALL HYDROPULPERS AND THEIR RELATED EQUIPMENT | $50,000 |
| | $ |
| ALL NON MANUFACTURING LOCATIONS | $25,000 |
| | $ |
| ALL OTHER OBJECTS | $25,000 |
| | $ |

G –124588-A
(ED. 02/98)

BOILER AND MACHINERY
BM 00 25 06 95

# BOILER AND MACHINERY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. - DEFINITIONS.

## A. COVERAGE

We will pay for direct damage to Covered Property caused by a Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means any property that

a. You own; or

b. Is in your care, custody or control and for which you are legally liable.

### 2. Property Not Covered

Covered Property does not include any:

a. Electronic data processing, recording or storing media such as films, tapes, discs, drums or cells used in conjunction with an electronic computer or electronic data processing equipment;

b. Data stored on this media; or

c. Programming records used for electronic data processing or electronically controlled equipment;

whether or not the media or data is in actual use at the time of the "accident".

### 3. Covered Cause of Loss

A Covered Cause of Loss is an "accident" to an "object" shown in the Declarations. An "object" must be in use or connected ready for use at the location specified for it at the time of the "accident".

### 4. Defense

a. If there is damage to property of another in your care, custody or control and for which you are legally liable, that was directly caused by an "accident" to an "object," we will have the right and duty to defend you against any "suit" alleging liability for damage to that property. However, we have no duty to defend you against any "suit" alleging liability for damage to property not covered by this Coverage Form.

b. If a claim or "suit" is brought against you alleging that you are liable for damage to property of another that was caused by an "accident" to an "object", we will either:

(1) Settle the claim or "suit"; or

(2) Defend you against the "suit" but keep for ourselves the right to settle at any point.

### 5. Coverage Extensions

a. Expediting Expenses

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

(1) Make temporary repairs;

(2) Expedite permanent repairs; and

(3) Expedite permanent replacement.

We restrict the amount payable for Expediting expenses as explained in the Limits of Insurance section of this Coverage Form.

b. Automatic Coverage for A Newly Acquired Location

We will automatically cover an "accident" to an "object" at a newly acquired location. This automatic coverage begins at the time you acquire the property and continues for 90 days, under the following conditions:

(1) You must inform us, in writing, of the newly acquired location within 90 days of the date you acquire it;

(2) The "object" must be in use or connected ready for use at the time of acquisition and throughout the period of automatic coverage and be of a type that would be included in any "Object" Group Description shown in the Declarations;

(3) The Limit of Insurance and Deductible amount will be the highest amounts shown in the Declarations for the same type of "object";

(4) We will not be liable under this coverage for Consequential Damage, Business Interruption, or any other indirect loss resulting from an "accident" to an "object"; and

(5) You agree to pay an additional premium as determined by us.

c. Supplementary Payments

We will pay, with respect to any claim or any "suit" we defend:

(1) All expenses we incur;

(2) The cost of bonds to release attachments, but only for bond amounts within the Limit of Insurance. We do not have to furnish these bonds;

(3) All reasonable expenses incurred by you at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work;

(4) All costs taxed against you in any "suit" we defend;

(5) Pre-judgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based on that period of time after the offer; and

(6) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the Limit of Insurance shown in the Declarations.

These payments will not reduce the Limit of Insurance.

## B. EXCLUSIONS

We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. Ordinance or Law

Any increase in loss caused by or resulting from the enforcement of any ordinance, law, regulation, rule or ruling regulating or restricting repair, replacement, alteration, use, operation, construction or installation. As used here, increase in loss also includes expenses incurred beyond those for which we would have paid if no "hazardous substance" had been involved in the "accident".

2. Earth Movement

Any earth movement, including but not limited to earthquake, landslide, mudslide, subsidence or volcanic eruption.

3. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

4. War and Military Action

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

5. Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not.

6. Lack of power, light, heat, steam or refrigeration.

7. An explosion. However, we will pay for direct loss or damage caused by an explosion of an "object" of a kind specified in a. through g. below if covered by this insurance and described on an Object Definitions endorsement that is a part of this policy, and is not otherwise excluded in this Section B.:

a. Steam boiler;

b. Electric steam generator;

c. Steam piping;

d. Steam turbine;

e. Steam engine;

f. Gas turbine; or

g. Moving or rotating machinery caused by centrifugal force or mechanical breakdown.

 Copyright, Insurance Services Office, Inc., 1994

8. Fire or explosion that occurs at the same time as an "accident" or that ensues from an "accident". With respect to any electrical equipment forming a part of an "object," this exclusion is changed to read:

Fire or explosion outside the "object" that occurs at the same time as an "accident" or ensues from an "accident".

9. The explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere, whether or not the explosion is:

a. Contributed to or aggravated by an "accident" to any part of an "object" that contains steam or water; or

b. Caused in whole or in part by an "accident" to an "object" or part of an "object".

10. An "accident" that is the result of an explosion or fire.

11. An "accident" to any "object" while being tested.

12. Water or other means used to extinguish a fire, even when the attempt is unsuccessful.

13. An "accident" to:

a. Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells used in conjunction with an electronic computer or electronic data processing equipment;

b. Data stored on this media; or

c. Programming records used for electronic data processing or electronically controlled equipment;

whether or not the media or data is in actual use at the time of the "accident".

14. An "accident" that is caused by any of the following causes of loss if coverage for that cause of loss is provided by another policy of insurance you have:

a. Aircraft or Vehicles;

b. Lightening;

c. Sinkhole Collapse;

d. Smoke;

e. Sprinkler Leakage; or

f. Weight of Snow, Ice or Sleet.

15. An "accident" that is caused by either of the following causes of loss:

a. Windstorm or Hail; or

b. Freezing, caused by cold weather.

16. A delay in, or an interruption of, any business, manufacturing or processing activity.

17. Any other indirect result of an "accident" to an "object".

C.  LIMITS OF INSURANCE

1. We will not pay more than the applicable Limit of Insurance shown in the Declarations for all direct damage to Covered Property that results from any "one accident".

2. The following coverage limitations to our payment for direct damage to Covered Property are part of and not in addition to the Limit of Insurance for this Coverage Form.

a. Expediting Expenses

Our payment for Expediting Expenses will be limited to:

(1) $25,000; or

(2) What is left of the Limit of Insurance after we pay your loss for Covered Property damaged by an "accident";

whichever is less.

b. Hazardous Substance Limitation

The following applies despite the operation of the Ordinance or Law Exclusion. This limitation does not apply to damage, contamination or pollution caused by ammonia.

If Covered Property is damaged, contaminated or polluted by a "hazardous substance" as a result of an "accident" to an "object", the most we will pay for any additional expenses incurred by you for clean up, repair or replacement or disposal of that property is $25,000. As used here, additional expenses mean expenses incurred beyond those for which we would be liable if no "hazardous substance" had been involved.

c. Ammonia Contamination Limitation

If Covered Property is contaminated by ammonia as a result of an "accident" to an "object," the most we will pay for this kind of damage, including salvage expense, is $25,000.

d. Water Damage Limitation

If Covered Property is damaged by water as a result of an "accident" to covered refrigerating or air conditioning vessels and piping, the most we will pay for this kind of damage, including salvage expense, is $25,000.

Any payment made under Section C will not increase if more than one insured is shown in the Declarations.

D. DEDUCTIBLE

We will not pay for loss or damage resulting from any "one accident" until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance. If more than one "object" is involved in "one accident", only the highest Deductible will apply.

E. BOILER AND MACHINERY CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

1. Loss Conditions

   a. Abandonment

      There can be no abandonment of any property to us.

   b. Appraisal

      If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      (1) Pay its chosen appraiser; and

      (2) Bear the other expenses of the appraisal and umpire equally.

      If there is an appraisal, we will still retain our right to deny the claim.

   c. Duties In the Event of Loss or Damage

      (1) You must see that the following are done in the event of loss or damage:

         (a) Give us a prompt notice of the loss or damage. Include a description of the property involved.

         (b) As soon as possible, give us a description of how, when and where the loss or damage occurred.

         (c) Allow us a reasonable time and opportunity to examine the property and premises before repairs are undertaken or physical evidence of the "accident" is removed. But you must take whatever measures are necessary for protection from further damage.

         (d) Permit us to inspect the property and records proving the loss or damage. Also permit us to take samples of damaged property for inspection, testing and analysis.

         (e) If requested, permit us to question you under oath, at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

         (f) Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request.

         (g) Cooperate with us in the investigation or settlement of the claim.

      (2) We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

   d. Insurance Under Two or More Coverages

      If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage subject to the Limit of Insurance.

   e. Legal Action Against Us

      No one may bring a legal action against us under this Coverage Part unless:

      (1) There has been full compliance with all the terms of this Coverage Part; and

      (2) The action is brought within 2 years after the date of the "accident"; or

(3) We agree in writing that you have an obligation to pay for damage to Covered Property of others or until the amount of that obligation has been determined by final judgment or arbitration award. No one has the right under this policy to bring us into an action to determine your liability.

f. Loss Payable Clause

(1) We will pay you and the loss payee shown in the Declarations for loss due to an "accident" to an "object", as interests may appear. The insurance covers the interest of the loss payee unless the loss results from conversion, secretion or embezzlement on your part.

(2) We may cancel the policy as allowed by the Cancellation Condition. Cancellation ends this agreement as to the loss payee's interest.

If we cancel we will mail you and the loss payee the same advance notice.

(3) If we make any payment to the loss payee, we will obtain their rights against any other party.

g. Other Insurance

(1) You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

(2) If there is other insurance covering the same loss or damage, other than that described in (1) above, we will pay only the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not.

In no case will we pay more than the applicable Limit of Insurance.

h. Privilege to Adjust with Owner

In the event of loss or damage involving property of others in your care, custody or control, we have the right to settle the loss or damage with the owner of the property. A receipt for payment from the owners of that property will satisfy any claim or yours.

i. Transfer of Rights of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

j. Valuation

(1) We will pay you the amount you spend to repair or replace your property directly damaged by an "accident". Our payment will be the smallest of:

(a) The Limit of Insurance;

(b) The cost at the time of the "accident" to repair the damaged property with property of like kind, capacity, size and quality;

(c) The cost at the time of the "accident" to replace the damaged property on the same site with other property:

(i) Of like kind, capacity, size and quality; and

(ii) Used for the same purpose;

(d) The amount you actually spend that is necessary to repair or replace the damaged property.

(2) As respects any "object", if the cost of repairing or replacing only a part of the "object" is greater than:

(a) The cost of repairing the "object"; or

(b) The cost of replacing the entire "object" on the same site;

we will pay only the smaller of (a) or (b).

The repair parts or replacement "object" must be:

(c) Of like kind, capacity, size and quality; and

(d) Used for the same purpose.

The cost of repair or replacement in (1) and (2) above does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

Copyright, Insurance Services Office, Inc., 1994

(3) We will not pay you:

    (a) If the loss or damage is to property that is obsolete or useless to you; or

    (b) For any extra cost if you decide to repair or replace the damaged property with property of a better kind or quality or of larger capacity.

(4) If you do not repair or replace the damaged property within 18 months after the date of the "accident," then we will pay only the smaller of the:

    (a) Cost it would have taken to repair; or

    (b) Actual cash value;

    at the time of the "accident".

    Paragraph (4) does not apply to any time period beyond the 18 months that we agree to in writing.

## 2. General Conditions

### a. Additional Insured

If a person or organization is designated in this Coverage Part as an additional insured, we will consider them to be an insured under this Coverage Part to the extent of their interest.

### b. Bankruptcy

The bankruptcy or insolvency of you or your estate will not relieve us of an obligation under this Coverage Part.

### c. Liberalization

If we adopt any standard form revision for general use that would broaden coverage in this Coverage Part without additional premium, the broadened coverage will immediately apply to this Coverage Part if the revision is effective within 45 days prior to or during the policy period.

### d. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

### e. Object Group

All "objects" in use or connected ready for use and included in an "Object" Group Definition will be considered as individually described in the Declarations. The premiums for "objects" included in an "Object" Group Description will be adjusted as follows:

(1) We will base the initial premium for these "objects" on information we obtain. The rates charged will be those in effect on the first day of coverage.

(2) We will charge an additional premium for "objects" that are added to the policy after the effective date of this policy. The additional premium for these "objects" will be computed pro rata.

(3) We will allow a return premium for "objects" that are removed from the policy after the effective date of the policy. The return premium will be computed pro rata from the time the "objects" are disconnected.

### f. Policy Period, Coverage Territory

Under this Coverage Part

(1) The "accident" must occur:

    (a) During the Policy Period shown in the Declarations; and

    (b) Within the coverage territory.

(2) The coverage territory is:

    (a) The United States of America; and

    (b) Puerto Rico.

### g. Concealment, Misrepresentation or Fraud

This Coverage Part is void in any case of fraud by you relating to it. It is also void if you intentionally conceal or misrepresent a material fact concerning:

(1) This Coverage Part;

(2) The Covered Property; or

(3) Your interest in the Covered Property.

### h. Suspension

Whenever an "object" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "object". This can be done by delivering or mailing a written notice of suspension to:

(1) Your last known address; or

(2) The address where the "object" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "object".

 Copyright, Insurance Services Office, Inc., 1994

If we suspend your insurance, you will get a pro rata refund of premium for that "object". But the suspension will be effective even if we have not yet made or offered a refund.

F.  DEFINITIONS

1.  **"Accident"** means a sudden and accidental breakdown of the "object" or a part of the "object". At the time the breakdown occurs, it must manifest itself by physical damage to the "object" that necessitates repair or replacement.

    None of the following is an "accident":

    a.  Depletion, deterioration, corrosion or erosion;

    b.  Wear and tear;

    c.  Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

    d.  Breakdown of any vacuum tube, gas tube or brush;

    e.  Breakdown of any electronic computer or electronic data processing equipment;

    f.  Breakdown of any structure or foundation supporting the "object" or any of its parts; or

    g.  The functioning of any safety or protective device.

    Turbine Units may have a separate definition of "accident". If so, refer to the Declarations for the appropriate accident definition.

    If a strike, riot, civil commotion, act of sabotage or vandalism results in an "accident", this insurance applies. However the War and Military Action Exclusion and the conditions of this Coverage Part still apply.

2.  **"Hazardous Substance"** means a substance declared to be hazardous to health by a governmental agency.

3.  **"Object"** means the equipment shown in the Declarations. Full description of specific "object" categories are found in the Object Definitions endorsement attached to this Coverage Form.

4.  **"One Accident"** means:

    If an initial "accident" causes other "accidents" all will be considered "one accident". All "accidents" at any one location that manifest themselves at the same time and are the result of the same cause will be considered "one accident".

5.  **"Suit"** means a civil proceeding and includes:

    a.  An arbitration proceeding in which damages are claimed and to which you must submit or do submit with our consent; or

    b.  Any other alternative dispute resolution proceeding in which damages are claimed and to which you submit with our consent.

     Copyright, Insurance Services Office, Inc., 1994

 *INSURANCE IN TOUCH WITH BUSINESS*

BOILER AND MACHINERY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOILER AND MACHINERY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:
BOILER AND MACHINERY COVERAGE FORM

## A.  ADDITIONAL COVERAGE EXTENSIONS

The following coverages are added to Section A.5., **Coverage Extensions**. Payments under these Additional Coverage Extensions are part of, and not in addition to, the Limit of Insurance that applies to the Boiler and Machinery Coverage Form. The Ordinance or Law exclusion in Section B.1. of the Boiler and Machinery Coverage Form does not apply to the insurance specifically provided under these Additional Coverage Extensions.

1.  CFC Refrigerants and Halon

a.  If repair or replacement of damage to Covered Property caused by an "accident" to an "object" necessitates the replacement of:

(1)  Any CFC (chlorofluorocarbon) refrigerant used in refrigeration or air conditioning equipment; or

(2)  Halon used in a fire suppression system;

the insurance provided under this Coverage Form is extended as described in provisions b. and c. below.

b.  If the CFC refrigerant or halon is replaceable, the Valuation Loss Condition is amended as follows:

(1)  You may, at your option, elect to:

(a)  Repair or replace the damaged refrigeration equipment, air conditioning equipment or fire suppression system and replace the lost CFC refrigerant or

halon, in accordance with the Valuation Loss Condition; or

(b)  Change the refrigeration equipment, air conditioning equipment or fire suppression system, through modification or replacement, to:

*   Refrigeration or air conditioning equipment that uses an approved non-CFC refrigerant; or

*   A fire suppression system that uses an approved non-halon agent.

But this option is available only if the change to the equipment or system is made within 18 months after the date of the "accident" or within any extended time period that we agree to in writing.

(2)  If option (1) (b) above is elected, we will not pay more than the least of the following amounts:

(a)  The Limit of Insurance;

(b)  The cost at the time of the "accident" to repair the damaged refrigeration equipment, air conditioning equipment or fire suppression system, retrofit the equipment or system to accept an approved non-CFC refrigerant

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

or non-halon fire suppressant, and charge the equipment or system with that refrigerant or fire suppressant;

(c) The cost at the time of the "accident" to replace the damaged refrigeration equipment, air conditioning equipment or fire suppression system with equipment or a system that is functionally equivalent and uses an approved non-CFC refrigerant or non-halon fire suppressant;

(d) The amount you actually spend that is necessary to change the refrigeration equipment, air conditioning equipment or fire suppression system, through modification or replacement, to equipment or a system that uses an approved non-CFC refrigerant or non-halon fire suppressant; or

(e) 125% of the amount we otherwise would have paid for loss to the refrigeration equipment, air conditioning equipment or fire suppression system.

c. If the CFC refrigerant or halon is not replaceable, the Valuation Loss Condition is amended as follows:

(1) If you repair or replace the damaged equipment within 18 months after the date of the "accident" or within any extended time period that we agree to in writing, we will pay the least of the following amounts:

(a) The Limit of Insurance;

(b) The cost at the time of the "accident" to repair the damaged refrigeration equipment, air conditioning equipment or fire suppression system, retrofit the equipment or system to accept an approved non-CFC refrigerant or non-halon fire suppressant, and charge the equipment or system with that refrigerant or fire suppressant;

(c) The cost at the time of the "accident" to replace the damaged refrigeration equipment, air conditioning equipment or fire suppression system with equipment or a system that is functionally equivalent and uses an approved non-CFC refrigerant or non-halon fire suppressant; or

(d) The amount you actually spend that is necessary to change the refrigeration equipment, air conditioning equipment or fire suppression system, through modification or replacement, to equipment or a system that uses an approved non-CFC refrigerant or non-halon fire suppressant.

(2) If you do not repair or replace the damaged equipment within 18 months after the date of the "accident" or within any extended time period that we agree to in writing, we will not pay more than the lesser of:

(a) The amount we would have paid if repair or replacement of the damaged equipment had been made, as determined in c.(1) above; or

(b) The actual cash value of the damaged equipment at the time of the "accident".

2. Ordinance or Law

If an "accident" to an "object" at your location damages a building that is Covered Property, we will pay for:

a. **Loss to the Undamaged Portion of the Building,** meaning loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

(1) Requires the demolition of parts of the same building not damaged by the "accident" to an "object"; or

(2) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the location of the building.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

b. **Demolition Cost**, meaning the cost to demolish and clear the site of undamaged parts of the building, caused by enforcement of building, zoning, or land use ordinance or law.

c. **Increased Cost of Construction**, meaning the increased cost to:

(1) Repair or reconstruct damaged portions of the building; and

(2) Reconstruct or remodel undamaged portions of the building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law. But we will only pay for this increased cost if the building is repaired, reconstructed or remodeled. Also, if the building is repaired, reconstructed or remodeled, it must be intended for similar occupancy as the current building, unless such occupancy is not permitted by zoning or land use ordinance or law.

Insurance under this Coverage Extension applies only with respect to an ordinance or law that is in force at the time of the "accident" to an "object". Insurance under this Coverage Extension does not apply to:

a. Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of substances declared to be hazardous to health by a governmental agency; or

b. Loss due to any ordinance or law that:

(1) You were required to comply with before the "accident" to an "object", even if the building was undamaged; and

(2) You failed to comply with.

Under this Coverage Extension, the most we will pay as a result of any one "accident" for:

a. Loss to the Undamaged Portion of the Building is included in the Limit of Insurance that otherwise applies to the damaged building. But in no event will the amount we pay for loss to the building, including the loss in value of the undamaged portion of the building due to enforcement of an ordinance or law to which this coverage applies, exceed:

(1) The amount you actually spend to repair, rebuild or replace the building, but not more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The actual cash value of the building at the time of loss if the building is not repaired or replaced.

b. Demolition Cost and Increased Cost of Construction is $500,000, subject to the following:

(1) With respect to the coverage provided for Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the undamaged parts of the building;

(2) With respect to the coverage provided for Increased Cost of Construction:

(a) We will not pay for the Increased Cost of Construction:

\* Until the building is actually repaired or replaced at the same or another premises; and

\* Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 18 months. We may extend this period in writing during the 18 months.

(b) If the building is repaired or replaced at the same location, or if you elect to rebuild at another location, the most we will pay for the increased cost of construction is the increased cost of construction at the same location.

(c) If the ordinance or law requires relocation to another location, the most we will pay for the increased cost of construction is

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

the increased cost of construction at the new location.

## B.   EXCLUSIONS

Section B.11., **Exclusions**, is replaced with the following:

An "accident" to:

**a.**  Any boiler, fired vessel or electrical steam generator while undergoing hydrostatic, pneumatic or gas pressure testing; or

**b.**  Any electrical or electronic equipment while undergoing insulation breakdown testing.

## C.   SELLING PRICE VALUATION ON FINISHED STOCK

Under Section E.1., Loss Condition j., **Valuation**, is amended by the addition of the following:

Loss to finished stock you manufacture that is directly damaged by an "accident" will be valued at the price for which the property could have been sold at the time of the "accident", less discounts and expenses you otherwise would have had.

## D.   COVERAGE TERRITORY EXTENSION

Under Section E.2., General Condition f., **Policy Period, Coverage Territory**, the coverage territory defined in paragraph (2) is amended to also include Canada.

## E.   COMPREHENSIVE COVERAGE — COMPUTER EQUIPMENT EXTENSION

When either of the following Object Definition endorsements apply:

*   Object Definition No. 5 - Comprehensive Coverage (Excluding Production Machines); or

*   Object Definition No. 6 - Comprehensive Coverage (Including Production Machines);

the following changes apply to Section **F. DEFINITIONS**:

**1.**  The definition of **"accident"** in paragraph 1. is extended to include a sudden and accidental breakdown of electronic computer or electronic data processing equipment. Provision 1.e., which excludes the breakdown of electronic computer or electronic data processing equipment from the definition of an "accident", does not apply.

**2.**  The following is added to the definition of **"object"** in paragraph 3.:

**"Object"** also includes electronic computer or electronic data processing equipment. Under:

*   Object Definition No. 5 - Comprehensive Coverage (Excluding Production Machines); and

*   Object Definition No. 6 - Comprehensive Coverage (Including Production Machines);

the exclusion of electronic computer or electronic data processing equipment unless used to operate one or more insured objects, does not apply.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

POLICY NUMBER:  BM 1098742493

BOILER AND MACHINERY
BM 15 28 06 95

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONSEQUENTIAL DAMAGE

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE FORM

SCHEDULE*

| | | |
|---|---|---|
| Location(s) | SEE G-124576-A | |
| Limit of Loss | TWO HUNDRED FIFTY THOUSAND | Dollars  (S 250,000.00 _____ ) |
| Deductible | SEE G-124588-A | Dollars  (S _____ ) |
| Coinsurance | NIL | ( _____ %) |

Specified Property
ALL PRODUCTS OWNED BY THE INSURED, WHETHER OR NOT IN STORAGE.

*Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations.

BM 15 28 06 95            Copyright, Insurance Services Office, Inc., 1994            Page 1 of 3

## A. COVERAGE

1. We will pay you for "Consequential Damage" to "Specified Property" that is caused solely by an "accident" to an "object", provided all of the following requirements are met:

   a. The "accident" must occur during the time this coverage is in force;

   b. The "object" that has the "accident" must be:

      (1) Specified as covered in the Consequential Damage Schedule;

      (2) At a "location" specified in the Consequential Damage Schedule; and

      (3) In use or connected ready for use.

2. We will also pay:

   a. For loss to "Specified Property" of others for which you are legally liable; and

   b. The reasonable expense incurred by you or us to reduce or avert "Consequential Damage". The amount we pay for that expense is limited to the amount that our payment under paragraphs 1 and 2.a. above is reduced.

## B. EXCLUSIONS

1. All the exclusions of the Boiler and Machinery Coverage Form apply to loss and expense under this endorsement except:

   Lack of power, light, heat, steam or refrigeration.

2. In addition, we will not pay for:

   a. More than the actual cash value, at the time of the "accident," of your "Specified Property" damaged or destroyed, however caused. Actual cash value will include proper deductions for depreciation; or

   b. Your failure to use due diligence and dispatch and all reasonable means to protect the "Specified Property" from damage following an "accident".

## C. DEDUCTIBLE

If a dollar deductible is shown in the Consequential Damage Schedule, we will not pay for loss or expense resulting from any "one accident" until the amount of loss or expense exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or expense in excess of the Deductible, up to the applicable Limit of Insurance. If more than one "object" is involved in "one accident," only the highest Deductible will apply.

## D. CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Boiler and Machinery Conditions.

1. Coinsurance

   We will not pay the full amount of your loss if the Limit of Loss at the time of the "accident" is less than the product of the Coinsurance percentage shown in the Consequential Damage Schedule times the actual cash value of all "Specified Property" at the "Location" where the "accident" occurs.

   Instead, we will determine the most we will pay by using the following steps:

   a. Divide the Limit of Loss by the product of the Coinsurance percentage multiplied by the total actual cash value of all "Specified Property" at the time of the "accident".

   b. Multiply the total amount of the covered loss by the figure determined in paragraph a., above.

   c. Subtract the applicable deductible from the amount determined in paragraph b., above.

   d. The resulting amount or the Limit of Loss for "Consequential Damage," whichever is less, is the most we will pay. We will not pay for the remainder of the loss.

Copyright, Insurance Services Office, Inc., 1994

2. Payment Limits

Payment for loss or expense under this endorsement is subject to the following:

a. Our total payment for any "one accident" for "Consequential Damage" or expenses will not exceed the Limit of Loss shown on the Consequential Damage Schedule. This Limit of Loss is not a part of the Limit of Insurance; it is a separate limit;

b. Our payment will not increase if more than one insured is shown in the Declarations;

c. Loss or expense under this endorsement from an "accident" that occurs during the time this coverage is in force may continue beyond the termination or expiration of this coverage. Our liability for that loss or expense is not limited by the termination or expiration.

3. Reducing Your Loss

As soon as possible after an "accident" you must make use of every available means to reduce or avert loss partially or completely, including:

a. Merchandise or other property such as surplus machinery, duplicate parts, equipment, supplies and surplus or reserve stock you own, control or can obtain; and

b. Salvaging "Specified Property".

E. DEFINITIONS

1. "Consequential Damage" means loss due to spoilage from lack of power, light, heat, steam or refrigeration, resulting from an "accident".

2. "Location" means the premises at the address shown on the Consequential Damage Schedule.

3. "Specified Property" means only the property described in the schedule of this endorsement.

POLICY NUMBER:  BM 1098742493                                    BOILER AND MACHINERY
                                                                 BM 15 33 06 95

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMBINED BUSINESS INTERRUPTION AND EXTRA EXPENSE ACTUAL LOSS

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE FORM

SCHEDULE*

"Location(s)"     SEE G-124576-A

Limit of Loss          SEE G-126512-A          Dollars   ($ _____ )

__Ordinary Payroll Coverage (applies only when an "X" is inserted.)
Deductible        Time:    Days/Hours                    (   SEE G-124588-A        )
                          Dollars:                       ($                        )
                          Multiple of Daily Value        (   2 X 100% A.D.V.       )

Optional Annual Report Date:    _____

Covered "Objects"
SEE G-124576-A

*Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations.

## A. COVERAGE

1. We will pay you for your "Actual Loss" and "Extra Expense" during the "Period of Restoration" provided all of the following requirements are met:

   a. The "Actual Loss" and "Extra Expense" must be caused solely by an "accident" to an "object";

   b. The loss must be as a result of direct physical damage to Covered Property;

   c. The "accident" must occur during the time this coverage is in force;

   d. The "object" that has the "accident" must be:

      (1) Specified as covered in the Combined Business Interruption and Extra Expense Schedule;

      (2) At a "location" shown in the Combined Business Interruption and Extra Expense Schedule; and

      (3) In use or connected ready for use.

2. We will pay:

   a. Your "actual loss" from a total or partial interruption of business; and

   b. The "Extra Expense" you necessarily incur to operate your "Business" as nearly "normal" as practicable during the "Period of Restoration" following an "accident".

   We will consider the actual experience of your business before the "accident" and the probable experience you would have had without the "accident" in determining the amount of our payment.

3. Ordinary Payroll Coverage — If Ordinary Payroll Coverage is shown in the Business Interruption Schedule, the words — but not your ordinary payroll expense — are deleted from the definition of "actual loss".

## B. EXCLUSIONS

All the exclusions of the Boiler and Machinery Coverage Form apply to loss or expense under this coverage, except:

1. Lack of power, light, heat, steam or refrigeration; or

2. A delay in, or interruption of, any business, manufacturing or process activity.

In addition we will not pay for any loss or expense due to:

3. The interruption of business that would not or could not have been carried on if the "accident" had not occurred;

4. Your failure to use due diligence and dispatch and all reasonable means to resume business as nearly "normal" as practicable at the location(s) shown in the Schedule; and

5. The suspension, lapse or cancellation of a contract following an "accident" extending beyond the time business could-have resumed if the contract had not lapsed, been suspended or cancelled.

## C. DEDUCTIBLE

1. Time Deductible

   If a time deductible is shown in the Business Interruption Schedule, we will not be liable for any loss under this endorsement occurring during that specified time period immediately following the Commencement of Liability.

2. Dollar Deductible

   If a dollar deductible is shown in the Business Interruption Schedule, we will first subtract the deductible amount shown in the schedule from the amount we would otherwise pay under this endorsement. We will then pay the amount of loss or expense in excess of the deductible, up to the applicable Limit of Loss.

3. Multiple of Daily Value Deductible

   If a multiple of daily value is shown in the Business Interruption Schedule, we will first subtract from the total amount we would otherwise pay, a dollar amount that is equal to the daily value during the period of interruption at the "location(s)" where the loss occurred, multiplied by the multiple specified on the schedule. The daily value is the amount that would have been earned each working day had no "accident" occurred.

Copyright, Insurance Services Office, Inc., 1994

### D. CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Boiler and Machinery Conditions:

**1. Adjustment of Premium**

Upon receipt of the annual reports you furnish us, we will determine the amount of premium we earned for the past year. If the amount determined is more than the premium we have already charged for this coverage, you must pay the difference. If the amount determined is less than the premium we originally charged, we will refund the difference. However, the amount we return will not exceed 75% of the premium we originally charged.

**2. Annual Reports**

You must complete the Business Interruption-Report of Values worksheet once each year. Your initial report is due on the effective date of the policy. Subsequent reports are due on each anniversary of the policy, unless a date is shown on the Schedule. Your reports must reach us within three months of these due dates.

Statements of value may be substituted for the completed Business Interruption-Report of Values worksheet if the values on the statements are the same as those required by the worksheet.

**3. Coinsurance**

This Coinsurance condition applies only if we did not receive your due report within three months of the due date.

We will not pay the full amount of any loss if the Business Interruption "annual value" at the time of loss is greater than the "estimated annual value" shown in your previous report. Instead, we will determine the most we will pay using the following steps:

a. Divide the "estimated annual value" last reported to us by the "annual value" at the time of the "accident";

b. Multiply the total amount of the covered loss by the figure determined in paragraph a. above;

c. Subtract the applicable deductible from the amount determined in paragraph **b.** above.

The resulting amount or the Limit of Loss for Business Interruption, whichever is less, is the most we will pay. We will not pay for the remainder of the loss.

If more than one location is shown in the Schedule for this coverage, this Coinsurance Condition applies separately to each "location."

**4. Notice of "Accident" and Commencement of Liability**

At our expense, you must immediately give notice of "accident" to any of our offices. You must confirm that notice in writing. Our liability under this coverage starts:

a. At the time of the "accident"; or

b. 24 hours before we receive notice of "accident";

whichever is later.

**5. Payment Limits**

Payment for loss or expense under this endorsement is subject to the following:

a. Our total payment for any "one accident" for interruption of business, or for expenses will not exceed the Limit of Loss shown in Combined Business Interruption and Extra Expense Schedule. This Limit of Loss is not part of the Limit of Insurance; it is a separate limit;

b. Our payment will not increase if more than one insured is shown in the Declarations;

c. Loss or expense under this endorsement from an "accident" that occurs during the time this endorsement is in force may continue beyond the termination or expiration of this endorsement. Our liability for that loss or expense is not limited by the termination or expiration.

d. The amount of our payment will reflect a deductible for the salvage value of any substitute or temporary property remaining after you resume "normal" operations.

**6. Reducing Your Loss**

As soon as possible after an "accident", you must:

a. Resume business, partially or completely; and

b. Make up lost business within a reasonable period of time. This reasonable period does not necessarily end when operations are resumed.

Copyright, Insurance Services Office, Inc., 1994

c.  Make use of every available means in-
    cluding:

    (1) Working extra time or overtime, ei-
        ther at the "location" or at another
        location you acquire to carry on the
        same operations;

    (2) The property or services of other
        concerns; and

    (3) Merchandise or other property, such
        as surplus machinery, duplicate
        parts, equipment, supplies and sur-
        plus or reserve stock you own, con-
        trol or can obtain.

E.  DEFINITIONS

The following definitions apply in addition to the
Definitions of the Boiler and Machinery Cover-
age Form and all provisions of any Object Defi-
nitions endorsements shown in the Declarations.

1.  "Actual loss" means the sum of:

    a.  The net profits you fail to earn because
        of business interruption resulting from
        an "accident"; and

    b.  Whatever part of the following fixed
        charges and expenses the business
        failed to earn but would have earned if
        there had been no "accident":

        (1) Salaries and wages of officers, ex-
            ecutives, employees under contract
            and other essential employees, as
            well as pensions and directors' fee
            but not your ordinary payroll ex-
            pense; and

        (2) Manufacturing, selling, administra-
            tive expenses and any other items
            contributing to your overhead ex-
            penses.

    In calculating the "actual Loss", we will take
    into account the actual experience of your
    business before the "accident" and the
    probable experience you would have had
    without the "accident".

2.  "Annual Value" means the sum of net profits
    and "fixed charges and expenses" that
    would have been earned had the "accident"
    not occurred.

3.  "Estimated Annual Value" means the sum of
    net profits and "fixed charges and expenses"
    as estimated by you in the most recent an-
    nual report.

4.  "Fixed charges and expenses" means the
    sum of the following:

    a.  Salaries and wages of officers, execu-
        tives, employees under contract and
        other essential employees, as well as
        pensions and directors' fees but not
        your ordinary payroll expense; and

    b.  Manufacturing, selling, administrative
        expenses and any other items contrib-
        uting to your overhead expenses.

5.  "Extra Expense"

    a.  Means the cost of operating your "busi-
        ness" during the "Period of Restoration"
        minus what the cost of operating it
        would have been had no "accident" oc-
        curred. Included in "Extra Expense" are
        such necessary items as: emergency
        services, merchandise or other property
        of other concerns.

    b.  May also include all or part of the cost of
        repairing or replacing property damaged
        or destroyed by an "accident". To qualify
        as "Extra Expense", the cost must be in-
        curred for the purpose of minimizing the
        total of our "Extra Expense" payment.
        The amount that we would include in our
        "Extra Expense" payment would be
        equal to:

        (1) The savings in "Extra Expense" you
            have enabled us to realize by hav-
            ing the repairs or replacements
            made; or

        (2) The amount of "Extra Expense" you
            paid to have the repairs or replace-
            ments made;

        whichever is less.

    c.  Does not mean:

        (1) Loss of income; or

        (2) Expense in excess of that which is
            necessary to keep your "Business"
            operating in as nearly "normal" a
            manner as practicable.

Copyright, Insurance Services Office, Inc., 1994

6.  "Location" means the premises at the address shown on the Combined Business Interruption and Extra Expense Schedule.

7.  "Normal" means the condition that would have existed had no "accident" occurred.

8.  "Period of Restoration" means the period of time that

    a.  Begins at the time of the commencement of liability; and

    b.  Ends 5 consecutive days after the date when the damaged property at the described "location" is repaired or replaced.

    "Period of Restoration" does not include any increased time period required by, caused by or resulting from enforcement of any item cited by the Ordinance or Law exclusion in the Boiler and Machinery Coverage Form.

POLICY NUMBER:  BM 1098742493

BOILER AND MACHINERY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# UTILITY INTERRUPTION

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE FORM

SCHEDULE*

Endorsement(s) where this Coverage Extension applies BM1533

Object Definition Endorsement(s) SEE G-124576-A

Utility Service(s) GAS, WATER, STEAM AND ELECTRICITY

Utility Supplier ALL THOSE SUPPLYING THE ABOVE

| Limit per Interruption | Waiting Period | Deductible Amount |
|---|---|---|
| $ 2,500,000 | (Hours) | $ 24 HOURS |

**A. COVERAGE**

1. The coverage provided by the endorsement(s) noted in the Schedule above is extended to include an "accident" to an "object", whether or not at the location specified in that endorsement, that is:

   1. Owned, operated or controlled by a public or private utility that you have contracted with to furnish you the utility service specified above; and

   2. Of a type defined in the Object Definition Endorsement(s) specified above.

**B. COMMENCEMENT OF LIABILITY**

We will not be liable for payment of any loss or expense unless the "Period of Interruption" of the utility exceeds the specified Waiting Period. Our liability then applies to the entire "Period of Interruption".

**C. DEDUCTIBLE**

We will first subtract the deductible amount shown in the Schedule from the amount we would otherwise pay under this endorsement. We will then pay the amount of loss and expense in excess of the deductible up to the Limit per Interruption specified above.

**D. IN ADDITION TO THE EXCLUSIONS IN THE COVERAGE FORM, THE FOLLOWING EXCLUSIONS APPLY TO THIS COVERAGE:**

We will not pay for loss caused by or resulting from:

1. Lightning;
2. Wind or hail;
3. Weight of ice or snow;
4. Riot;
5. Civil Commotion;
6. Vandalism;
7. Impact of vehicles;
8. Aircraft;
9. Missiles or by objects falling from missiles;
10. Smoke;
11. Collapse;
12. Rising water or flood; or
13. A deliberate act or acts by the supplying utility to shed load to maintain system integrity.

*Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations.

E. DEFINITION

"Period of Interruption" means that time from the interruption of service to that time when that service could be restored to the premises with due diligence and dispatch. All resultant and concomitant interruptions shall be considered as one event.

"Period of Interruption" does not include any increased time period required by, caused by or resulting from enforcement of any item cited by the Ordinance or Law exclusion in the Boiler and Machinery Form.

Copyright, Insurance Services Office, Inc., 1985, 1990

 *INSURANCE IN TOUCH WITH BUSINESS*

## Important Notice To Policyholders
## Property, Crime, Inland Marine and Boiler and Machinery Coverage Parts
(Attachment of G-129948-A, Exclusion of Coverage For Date Related Costs)

This notice is designed to give you an overview of how the Property, Inland Marine, Crime or Boiler Machinery Coverage Part or your policy addresses date related claims. This notice is not your policy. READ YOUR POLICY CAREFULLY to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

If your policy contains a Property, Inland Marine, Crime or Boiler Machinery Coverage Part,

G-129948-A, Exclusion of Coverage For Date Related Costs will be attached to your policy. This new exclusion endorsement specifically reinforces that there is no coverage under the Commercial Property, Inland Marine, Crime and Boiler and Machinery Coverage Parts of your policy for:

- Costs or expenses incurred to assess, design, identify, inspect, install, maintain, modify, monitor, rectify, repair, replace, reprogram or test any equipment, systems, software or their components due to the manner, or in anticipation of the manner, in which equipment, systems, software, or their components recognize, interpret, process or differentiate dates or times, or are unable to recognize, interpret, process or differentiate dates or times; or

- Loss of business income or extra expense incurred due to the period of time required to assess, design, identify, inspect, install, maintain, modify, monitor, rectify, repair, replace, reprogram or test any equipment, systems, software or their components due to the manner, or in anticipation of the manner, in which equipment, systems, software, or their components recognize, interpret, process or differentiate dates or times, or are unable to recognize, interpret, process or differentiate dates or times.

Please note that this exclusion endorsement is not a reduction in the coverage provided under the existing policy forms. Physical loss or damage is a prerequisite to coverage under all first party property damage and time element coverages, as set forth clearly in your policy. In the majority of cases, it is anticipated that date-related incidents will not result in direct physical loss or damage, but will instead result in dissatisfaction with the manner in which equipment, systems, software, or their components recognize, interpret, process or differentiate dates or times, even though the property is operating as it was designed or programmed to operate.

    For example, if the equipment is programmed to only accept the last two digits of any year (e.g. XX) and the programming is also designed to recognize the first two digits of the year as 19, the equipment will correctly recognize the year 2001 as 1901, as designed. It may not be the result that the user is looking for, but there is no direct physical loss or damage to the equipment, as it is performing exactly as it was designed.

In the event direct physical loss or damage does result from a date related incident, we will rely on our existing policy provisions and exclusions in determining whether or not there is coverage for the resulting loss or damage.



INSURANCE IN TOUCH WITH BUSINESS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

### COMMON POLICY CONDITIONS - CANCELLATION

For other than non-payment of premium, the words "30 Days" are deleted from paragraph 2.b. of the Cancellation Condition in Endorsement No. IL 00 17 and replaced by the following:

"        Days"

Nothing herein shall affect our right to suspend insurance on any "object" in accordance with the General Condition - Suspension, in the Coverage Form.

THIS ENDORSEMENT IS A PART OF YOUR POLICY AND TAKES EFFECT ON THE EFFECTIVE DATE OF YOUR POLICY UNLESS ANOTHER EFFECTIVE DATE IS SHOWN BELOW.

| POLICY CHANGE NO. | POLICY NUMBER | EFFECTIVE DATE OF THIS POLICY CHANGE | |
|---|---|---|---|
| NAMED INSURED | | AUTHORIZED REPRESENTATIVE COUNTERSIGNATURE | DATE 08/17/01 |

G-134891-A

**CNA** *INSURANCE IN TOUCH WITH BUSINESS*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## ERRORS AND OMISSIONS

We agree with you that any unintentional error or omission made by the Insured on the description or location of property insured or any failure through unintentional error to include any location owned or occupied at inception shall not void or impair coverage provided by this policy.

It is a condition of this coverage that any error or omission shall be reported and corrected when discovered.

You agree to give us prompt notice of any such error when discovered.

THIS ENDORSEMENT IS A PART OF YOUR POLICY AND TAKES EFFECT ON THE EFFECTIVE DATE OF YOUR POLICY UNLESS ANOTHER EFFECTIVE DATE IS SHOWN BELOW.

| POLICY CHANGE NO. | POLICY NUMBER | EFFECTIVE DATE OF THIS POLICY CHANGE | |
|---|---|---|---|
| NAMED INSURED | | AUTHORIZED REPRESENTATIVE COUNTERSIGNATURE | DATE 08/17/01 |

G-134894-A

 INSURANCE IN TOUCH WITH BUSINESS

**THIS ENDORSEMENT IS ADDED TO THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR DATE-RELATED COSTS

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay any costs or expenses you or others directly or indirectly incur to:

1. Assess, design, identify, inspect, install, maintain, modify, monitor, rectify, repair, replace, reprogram or test any equipment, systems, software, or any components thereof, as described in Section B. of this endorsement:

   a. Because of the manner which such equipment, systems, software, or any components thereof recognize, interpret, process or differentiate dates or times, or are unable to recognize, interpret, process or differentiate dates or times; or

   b. In anticipation of the manner in which such equipment, systems, software, or any components thereof may recognize, interpret, process or differentiate dates or times, or may be unable to recognize, interpret, process or differentiate dates or times; or

2. Obtain advice or consultation with respect to A.1. above.

Without limiting the breadth or scope of the foregoing, one example of the type of cost or expense excluded hereunder is any cost or expense to modify or test equipment, systems, software, or any components thereof, because of the manner in which they recognize, interpret, process or differentiate, dates or times as a consequence of the date change from 1999 to 2000.

B. Equipment, systems, software, or any components thereof include, but are not limited to, the following, whether belonging to any insured or to others:

1. Computer hardware;

2. Computer software;

3. Computer firmware meaning computer programs contained in a hardware device as a read-only memory;

4. Computer operating systems and related software;

5. Computer networks;

6. Microprocessors or micro chips, whether or not part of any computer or computerized system;

7. Any other computerized or electronic equipment, components or circuitry; or

8. Any other products, equipment, services, data or functions that directly or indirectly incorporate, use or rely upon, in any manner, any of the items listed in paragraph B.1. through B.7. above.

C. With respect to any insurance provided for loss of Business Income or Extra Expense, we will not pay for any loss or expense directly or indirectly incurred due to the period of time required to:

1. Assess, design, identify, inspect, install, maintain, modify, monitor, rectify, repair, replace, reprogram or test any equipment, systems, software, or any components thereof, as described in Section B. of this endorsement:

   a. Because of the manner which such equipment, systems, software, or any components thereof recognize, interpret, process or differentiate dates or times, or are unable to recognize, interpret, process or differentiate dates or times; or

   b. In anticipation of the manner in which such equipment, systems, software, or any components thereof may recognize, interpret, process or differentiate dates or times, or may be unable to recognize, interpret, process or differentiate dates or times; or

2. Obtain advice or consultation with respect to C.1. above.

BOILER AND MACHINERY
BM 01 11 06 95

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# MAINE CHANGES – TESTING

This endorsement modifies insurance provided under the following:

     BOILER AND MACHINERY COVERAGE PART

Exclusion **B.11.** is replaced by the following:

**11.** An "accident" to:

  **a.**  Any of the following during a hydrostatic, pneumatic or gas pressure test:

     **(1)**  Boilers, fired vessels or electric steam generators;

     **(2)**  Refrigerating or air conditioning vessels and piping; or

     **(3)**  Auxiliary piping; or

  **b.**  Any of the following while undergoing an insulation breakdown test or while being dried out:

     **(1)**  Rotating electrical machine, transformer, or induction feeder regulator;

     **(2)**  Miscellaneous electrical apparatus;

     **(3)**  Deep-well pump units;

     **(4)**  Small compressing or refrigerating units;

     **(5)**  Air conditioning units;

     **(6)**  Solid state rectifier units; or

     **(7)**  Turbine units.

Copyright, Insurance Services Office, Inc., 1994

BOILER & MACHINERY
BM 01 24 03 00

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART

A. When forming a part of this policy, the Legal Action Against Us Condition in the Boiler And Machinery Coverage Form, the Small Business Boiler And Machinery Coverage Form and the Small Business Boiler And Machinery Broad Coverage Form is replaced by the following:

**Legal Action Against Us**

No one may bring legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 10 years after the date of the "accident";

3. We agree in writing that you have an obligation to pay for damage to Covered Property of others or until the amount of that obligation has been determined by final judgment or arbitration award. No one has the right under this policy to bring us into an action to determine your liability.

B. **Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

   a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the date the insurer becomes insolvent.

If the insured prepares an annual report to shareholders, or an annual report to management reflecting net worth, then such report for the fiscal year immediately preceding the date of insolvency of the insurer will be used to determine net worth.

   b. Payments made by the Association for covered claims will include only that amount of each claim which is:

      (1) In excess of $100; and

      (2) Less than $300,000.

   However, the Association will not:

      (1) Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

      (2) Return to an insured any unearned premium in excess of $10,000.

   These limitations have no effect on the coverage we will provide under this policy.

C. The **Appraisal** Loss Condition is replaced by the following:

**APPRAISAL**

If we and you disagree on the value of the property, or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, we or you may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.

Copyright, Insurance Services Office, Inc., 1999

Each party will:

1.  Pay its chosen appraiser; and
2.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

POLICY NUMBER:                                                    BOILER AND MACHINERY
                                                                 BM 00 31 06 95

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OBJECT DEFINITIONS NO. 6 – COMPREHENSIVE COVERAGE (INCLUDING PRODUCTION MACHINES)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE FORM

A. "Object" means any:

1. Boiler, fired vessel, unfired vessel normally subject to vacuum or internal pressure other than weight of its contents, refrigerating and air conditioning vessels, and any metal piping and its accessory equipment;

2. Mechanical or electrical machine or apparatus used for the generation, transmission or utilization of mechanical or electrical power;

3. Any of the following vessels listed below are included within the provisions of this section when used with an "object":

   a. Condensate return tank;

   b. Cushion or expansion tank used with a hot water heating boiler.

B. "Object" does not mean any:

1. Part of a boiler, fired vessel or electric steam generator that does not contain steam or water;

2. Insulating or refractory material;

3. Non-metallic vessel, unless it is constructed and used in accordance with the American Society of Mechanical Engineers Code; (A.S.M.E.)

4. Catalyst;

5. Buried vessel or piping;

6. Sewer piping, piping forming a part of a fire protection system or water piping other than:

   a. Feed water piping between any boiler and its feed pump or injector; or

   b. Boiler condensate return piping; or

   c. Water piping forming a part of refrigerating and air conditioning vessels and piping used for cooling, humidifying or space heating purposes;

7. Part of a vessel that is not under:

   a. Pressure of the contents of the vessel; or

   b. Internal vacuum;

8. Oven, stove, furnace, incinerator, pot, or kiln;

9. Structure, foundation, cabinet or compartment containing the object;

10. Power shovel, dragline, excavator, vehicle, aircraft, floating vessel or structure, penstock, draft tube or well-casing;

11. Conveyor, crane, elevator, escalator, or hoist, but not excluding any electrical machine or electrical apparatus mounted on or used with this equipment;

12. Electronic computer or electronic data processing equipment, unless used to operate one or more insured objects;

13. Machine or apparatus that is used for research, medical, diagnostic, surgical, dental or pathological purposes;

14. Felt, wire, screen, die, extrusion plate, swing hammer, grinding disc, cutting blade, cable, chain, belt, rope, clutch plate, brake pad, non-metallic part, or any part or tool subject to frequent, periodic replacement;

15. "Object" manufactured by you for sale.

C. For any boiler or fired vessel, the furnace of the "object" and the gas passages from there to the atmosphere will be considered as outside the "object".

D.  When a vessel uses a heat transfer medium other than water or steam we will consider the medium or its vapor as substitutes for the words–water or steam.

E.  We will consider that the - connected ready for use - requirement of the Coverage Form and its endorsements has been met by any "object" in this section if that "object" is:

1.  Periodically filled, moved, emptied and re-filled in the course of its normal service; and

2.  Used for storage of gas or liquid.

F.  For any gas turbine "Accident" does not include the cracking of any part of the object exposed to the products of combustion.

G.  We will not pay for loss or damage to any cata-lyst.

H.  For any "object" covered by this endorsement, Paragraph F.1.e. of the definition of "accident" in the BOILER AND MACHINERY COVERAGE FORM is replaced by the following:

Breakdown of any electronic computer or electronic data processing equipment, unless used to operate one or more insured objects.

    Copyright, Insurance Services Office, Inc., 1994

**EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


- - - - - - - - - - - - - - - - - -X
MAFCOTE, INCORPORATED,            :
       Plaintiff         :
                    :
VS                               : C-01-02-411
                    :
CONTINENTAL CASUALTY INSURANCE    :
COMPANY,                         :
       Defendant        :
- - - - - - - - - - - - - - - - - -X


Deposition of STEVEN A. SCHULMAN taken at the
offices of Mafcote, Incorporated, 108 Main
Street, Norwalk, Connecticut, before
Audra Gulliksen, RPR, Licensed Shorthand
Reporter #106, and Notary Public, in and for
the State of Connecticut on February 27,
2003, at 10:15 a.m.


DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE          100 PEARL ST., 14th FL.
MADISON, CT 06443          HARTFORD, CT 06103-4506
203 245-9583              800 839-6867

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFF:

HOWARD A. JAFFE, ESQ.
28 DeForest Lane
Wilton, CT 06897


ON BEHALF OF THE DEFENDANT:

FREDERIC R. MINDLIN, ESQ.
MOUND, COTTON, WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004-1486


ALSO PRESENT:
    JOEL CHENEVEY, CPA

9

1   method.

2       Q   What is the relationship between Mafcote,

3   Incorporated and Miami Wabash Paper, LLC?

4       A   The relationship in terms of what?

5       Q   Is it a parent/subsidiary relationship?  Are

6   they affiliated?  Do they have some other relationship?

7       A   Mafcote owns 94 percent of the enterprise

8   Miami Wabash.

9       Q   Do you know who owns the other six percent?

10      A   Yes.

11      Q   Who is that?

12      A   Daryl Evans owns three percent and

13  Howard Harper owns three percent.

14      Q   Are you an officer of Miami Wabash Paper?

15      A   Yes.

16      Q   What office do you hold?

17      A   President.

18      Q   Other than you, who are the other officers of

19  Miami Wabash, if there are any?

20      A   Howard Harper is vice president.  Otherwise,

21  I'd have to check the books or the records to see who

22  else is an officer.

23      Q   Where does --

24      A   We also have a CFO, and I believe that person

25  is Miles Hisiger.

48

1  of Miami Wabash Paper to Nick Bozovich,

2  B-o-z-o-v-i-c-h, of CNA from Mr. Schulman which

3  Mr. Schulman used to refresh his recollection

4  concerning the date that he's provided.

5         What explanation, if any, were you provided

6  concerning the reason that you were not notified sooner

7  than August 13, 2001, of an incident that happened on

8  or about July 16 of 2001?

9     A    Firstly, I was told that the boiler accident

10  when it occurred, they didn't know that it was a boiler

11  accident, and then when they traced the problem to the

12  boiler they -- I'm using "they" as Bob Kaminsky and

13  crew.  So they did not know -- first, they didn't know

14  the cause of the -- first, they did not know whether

15  there was a boiler problem or not.  When they

16  determined it was a boiler problem, they didn't -- they

17  did not know what the boiler problem was.

18         Finally, when they determined that it was the

19  particular boiler problem that it was, they then

20  thought they had notified the insurance carrier

21  properly, but that in their attempts to repair the

22  boiler problem, they seemed to have found out that it

23  wasn't the carrier that they notified, was not the

24  carrier that they should have notified, and they were

25  calling me up to confirm or simply to ask me who the

49

1 carrier was, and I believe it was to confirm who the

2 carrier was, at which point I notified our broker.

3     Q   Okay.  Getting back to the Exhibit 1

4 complaint, Defendant's Exhibit 1, paragraph six makes

5 certain statements about a date when the exact nature

6 of the loss was diagnosed.  Is that paragraph accurate

7 to the best of your understanding?

8     A   Yes, it's accurate.

9     Q   Do you know by whom the nature of the problem

10 was diagnosed on July 27th?

11     A   I believe that the nature of the problem was

12 diagnosed by a boiler inspector for the state of Ohio

13 who happened to be also by coincidence the CNA

14 inspector.

15     Q   Do you know the identity of this person?

16     A   No.

17     Q   What's the basis for the understanding that

18 you just testified about?

19     A   The basis is my conversations with

20 Bob Kaminsky on the subject.

21     Q   Is Mr. Kaminsky still employed?

22     A   No.

23     Q   When was he last employed by Mafcote or Miami

24 Wabash?

25     A   I believe sometime around the end of maybe

50

1  November, 2001.

2      Q   And do you know where he is employed today,

3  if he is?

4      A   No.  But he is -- I believe that he is in the

5  Ohio region at a location -- at the same location as

6  when he was working for us.

7      Q   So you have records containing his last known

8  home address?

9      A   Yes.

10      Q   Would you supply that for us, please?

11          What is your understanding, if you have one,

12  as to why it took between July 16 and July 27 to

13  diagnose the exact nature of the loss to use the words

14  in the complaint?

15      A   Well, my understanding is that the

16  requirement for steam is primarily during the July

17  period, during warm weather, the requirement for steam

18  is mainly to run something called a steam foil.

19          MR. JAFFE:  I don't think, if you excuse

20          us for a moment, that you're answering the

21          question that was asked.

22          THE WITNESS:  This is off the record.

23          MR. MINDLIN:  Okay.

24      (THEREUPON, THERE WAS A DISCUSSION

25          OFF THE RECORD.)

51

1     A    The steam foil is an electronically

2    controlled machine.  If in fact the boiler doesn't

3    produce the steam, it could be caused by the

4    electronics on the steam foiler or the boiler.  So

5    first you have to trace whether it's the steam foil

6    that's the problem or the boiler.  When they trace it

7    to the boiler, the question is why wouldn't the boiler

8    whatever, stay on, produce enough steam to run the

9    steam foil for any length of time, and that took time.

10     Q    I've heard mention of something called

11    production line seven.  Are you familiar with that?

12     A    Yes.

13     Q    Can you tell me what that is?

14     A    Production line seven is a coater.  It's a

15    coating, the main coating machine at Miami Valley.

16     Q    How is the steam foil related to production

17    line seven, if it is?

18     A    The steam foil is -- it's one of the pieces

19    of machinery on number seven.

20     Q    Does the malfunctioning of the steam foiler

21    or its inability to function, how does that affect

22    production line seven?

23     A    Well, grades of paper that need to be run

24    with a steam foil can't be run on number seven without

25    the steam foiler in operation.

83

1     A    Well, firstly, I think I testified that the

2   8/21 date was probably a date several days, perhaps a

3   week, but let's say several days after the order was

4   verbally placed.  I think that's what I testified to

5   before and if I didn't, let me state that.

6          Secondly, irrespective of that, Miami was

7   backlogged with orders that required the steam foil

8   which were not necessarily Royal Consumer Products.

9   And when Royal Consumer Products on or somewhat before

10   8/13/03 could not be assured of delivery dates,

11   immediately to satisfy contractual obligations it had

12   to meet demand, essentially told and cancelled the

13   orders that they had placed with Miami Wabash and

14   proceeded with finding vendors that could supply the

15   requirement.

16     Q    Was this order previously placed with Miami

17   Wabash?

18     A    Yes, it was.  Not this order in particular,

19   but the orders that were cancelled that are shown in a

20   separate document we have furnished you shows you the

21   orders that were cancelled.  The orders that were

22   placed are somewhat lower, slightly, than the quantity

23   of the orders that were cancelled.

24     Q    Is it your testimony that the orders that

25   were placed were to replace those orders that were

86

1   question and by recognizing it, I have to say that

2   there could be additional lost orders, which I will

3   amend my answer to include additional lost orders. I

4   really, I have to say I'm sorry. When I was furnishing

5   this loss, these are the lost orders that I knew about

6   because I was familiar with this because of the large

7   amounts of money involved, but I never really checked,

8   to be honest and accurate, I never really carefully

9   checked to see what other orders were lost during the

10  time period.

11          MR. JAFFE: Can I interject here for a

12      moment? Do you have a copy of your demand

13      for production on us, on this particular

14      item?

15          MR. MINDLIN: I have a copy of his

16      response which I believe repeats the demand.

17          MR. JAFFE: That would be great. I just

18      want to understand whether the

19      characterization -- it's number one, all

20      documents which evidence, discuss or pertain

21      to the claims submitted by Mafcote.

22          MR. MINDLIN: No. Number 11.

23          THE WITNESS: What were the certain

24      products that we alleged.

25          MR. JAFFE: Well, you specifically talk

102

1    A   That should be Schedule Four.

2       (THEREUPON, DEFENDANT'S EXHIBIT NO. 13,

3          SCHEDULE FOUR,

4          WAS MARKED FOR IDENTIFICATION.)

5    BY MR. MINDLIN:

6    Q   Let me show you now what we marked as

7    Defendant's Exhibit 13 and ask you if this is a

8    document with which you're familiar?

9    A   Yes.

10   Q   Was this prepared by you or at your

11   direction?

12   A   Yes.

13   Q   Can you tell me what this document purports

14   to tell us?

15   A   Purports to tell us the difference in cost

16   between that which we had to purchase from Folex and

17   that which we purchased from Miami due to the problem

18   with the steam foil.

19   Q   And who is Folex Imaging?

20   A   They are a similar company to Mafcote,

21   Wabash.

22   Q   And they make a product somewhat similar to

23   the one that Miami Wabash makes?

24   A   Correct.

25   Q   And as with the Schedule One and Schedule Two

93

1   or boiler damage of any kind at the Louisville plant of

2   Royal Consumer Products.  Right?

3       A   No.

4       Q   The only place that there was boiler damage

5   was at the Ohio plant of Miami Wabash?

6       A   Correct.

7       Q   Now, towards the bottom half of Schedule Two,

8   there's a purchase order number which is 20872.  Can

9   you turn to that one?  Do you have that in front of

10  you?

11      A   20872, got it, yes.

12      Q   This particular purchase order about a

13  quarter of the way down on the left-hand side on the

14  top under the heading ORD-date, which you've told me is

15  order date, has a date of August 28, 2001.  Do you see

16  that?

17      A   Yes.

18      Q   If my calculation on a calendar is correct,

19  that's about 12 days after the rental boiler was up and

20  operational at Miami Wabash, was it not?

21      A   Correct.

22      Q   Is it your testimony that Miami Wabash was

23  unable to fill this order that was placed on or about

24  August 28 of 2001?

25      A   Absolutely, given the date required for the

118

1  arrived at the $15,000 amount?

2      A    No.

3      Q    Is it just an estimate?

4      A    Yes.

5      Q    You also go on in that same paragraph to

6  indicate you reasonably expect to incur expenses for

7  accountants and auditors in the sum of $20,000?

8      A    Yes.

9      Q    Have you yet incurred any of those expenses?

10     A    Well, at the date that we filed the claim we

11  had we estimated a cost of $15,000.  Since then we have

12  had expenses which have incurred, yes.

13     Q    And have any of those expenses been for

14  anyone other than salaried employees of Mafcote?

15     A    Not for account -- the only accountants and

16  auditors we've so far employed are Mafcote employees or

17  Royal Consumer Product employees or Miami Wabash

18  employees.

19     Q    And do you have any documentation detailing

20  the amount that you have incurred since the preparation

21  of the complaint?

22     A    No.

23     Q    So again, the number is essentially an

24  estimation?

25     A    Yes.

**EXHIBIT 4**

# SCHEDULE 1



SCHEDULE 1 - 10/24/01

Purchases from NuCoat - Invoiced by Cooler Concepts, Inc.

Invoices through September 29, 2001 from Purchase Orders issued August 13, 2001,
and thereafter, for items that normally were and would have been purchased from Miami Valley, if not for the 7/16/01 Accident

| PO Date | PO Number | Product Description | Invoice Date | Unit Price | Unit Measur | Quantity Received | Invoice Price | MVP Unit Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/01 | 20861 | Paper, Glossy, Rolls, 164# | 8/22/01 | 0.5345 | MSI | 19,500 | 10,422.75 | 0.3552 | 6,926.40 | 3,496.35 |
| | 20861 | Sheets, Glossy, 8.5x11 | 8/22/01 | 0.055 | Sheet | 228,000 | 12,540.00 | 0.0332 | 7,569.60 | 4,970.40 |
| | 20861 | Freight | 8/22/01 | | | | 1,070.00 | - | | 1,070.00 |
| | 20861 | Sheets, Glossy, 8.5x11 | 8/22/01 | 0.055 | Sheet | 213,600 | 11,748.00 | 0.0332 | 7,091.52 | 4,656.48 |
| | 20861 | Freight | 8/22/01 | | | | 1,070.00 | | | 1,070.00 |
| 8/21/01 | 20861 | Paper, Glossy, Rolls, 164# | 8/22/01 | 0.5345 | MSI | 3,630 | 1,940.24 | 0.3552 | 1,289.38 | 650.86 |
| | 20861 | Freight | | | | | 299.33 | - | | 299.33 |
| | | Credit for slitting | | | | | (300.00) | - | | (300.00) |
| | | | | | | | 38,790.32 | | | 15,913.42 |
| 8/21/01 | 20861 | Sheets, Glossy, 8.5x11 | 9/18/01 | 0.055 | Sheet | 68,750 | 3,781.25 | 0.0332 | 2,282.50 | 1,498.75 |
| | 20861 | Freight | | | | | 347.19 | - | | 347.19 |
| | | | | | | | 4,128.44 | | | 1,845.94 |
| Total | | | | | | | $ 42,318.76 | | $ 25,159.40 | $ 17,759.36 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 8/22/2001 | 1001 |

235 East Lake Street
Wayzata, MN 55391

| Bill To | Ship To |
|---------|---------|
| Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY 40210 | Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY 40210 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 20861 | 1% 10 Net 30 | JAD | 8/22/2001 | JDLogistics | Shipping Pt. | Aug01, Glossy Paper |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | 8/22/01 Shipment | | |
| 19,500 | S1032 | S1032, Glossy Paper (price is per MSI) | 0.5345 | 10,422.75 |
| 228,000 | Sheets | Sheets, Glossy Paper | 0.055 | 12,540.00 |
| 1 | Freight | Freight Charge JD Logistics | 1,070.00 | 1,070.00 |
| | | | | |
| | | 8/27/01 Shipment | | |
| 213,600 | Sheets | Sheets, Glossy Paper | 0.055 | 11,748.00 |
| 1 | Freight | Freight Charge JD Logistics | 1,070.00 | 1,070.00 |
| | | | | |
| 3,630 | S1032 | 8/31/01 Shipment | | |
| | | S1032, Glossy Paper (price is per MSI) | 0.5345 | 1,940.24 |
| 1 | Freight | Freight Charge CCX | 299.33 | 299.33 |
| | Credit | Credit for Slitting | -300.00 | -300.00 |

RECEIVED SEP 07 2001

Cooler Concepts Return Policy:

Suitability of the finished product for end use is solely the responsibility of the purchaser.  Cooler Concepts implies no warranties.

In the event of any problems with the product:

Please submit samples of defective material together with an explanation of how the product is defective. Cooler Concepts will immediately test the samples. If it is determined by Cooler Concepts that there is a direct problem with the product, Cooler Concepts will issue a credit for the defective product and freight.

Please remit to above address.

| Total | $38,790.32 |
|-------|------------|

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

09/07/01
Page 1

PHONE: 502-635-6327    FAX: 502-635-2429

=================================================================
P U R C H A S E   O R D E R                          20861
=================================================================

ORDER NUMBER:    20861        DV: 1    DEPT:        TYPE:
JOB/SALES ORDER:        PURCHASING AGENT: SJ    SUPPLIER: NUCOAT
PHONE.........: 952-249-8282        FAX: 952-249-8284

-----------------------------------------------------------------

VENDOR NUCOAT, INC.              SHIP ROYAL CONSUMER PRODUCTS
ADDR: 235 EAST LAKE STREET        TO: 1120 WEST MAGNOLIA STREET

    WAYZATA  MN  55391                LOUISVILLE  KY  40210

-----------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/21/01 | 08/23/01 | S. JUPIN | YOUR TRUCK | DESTINATIO | PP & ADD |

-----------------------------------------------------------------

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION – ADD'L ROLL QTY. |

-----------------------------------------------------------------

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE    PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|---|-----------|-----------------|
| 800000 | SH | 1309-28909 [1] | .055 | 44000.00 |
| | | PAPER, GLOSSY, 8-1/2" X 11", TABBED EVERY 200, PALLETIZE & WRAP FOR SHIPMENT | | |
| 6725 | LB | 1309-28909R3 [1]YOUR PART:S1032 | 1.549852 | 10422.75 |
| | | PAPER, 164#, WHITE, GLOSSY, ROLL 26" OR 34-1/2"W ON 3"ID CORE, +/- 2% BW. (BW BASED ON REAM SIZE: 25" X 38" X 500) | | |
| | | POUNDS SHOWN ARE APPROXIMATE.  RECEIVING 19501 MSI AT $.53/MSI = $10,423.25 | | |
| | | PER DIRECTION FROM RICH RIPECKI AND JODI DALVEY LETTER/QUOTE DATED 08/20/01. | | |
| | | ALL PRODUCT WARRANTED FIT FOR PURPOSE | | |
| | | ######################################## CALL 24 HOURS IN ADVANCE OF DELIVERY FOR A DOCK APPOINTMENT AT 502-635-6327 X12 | | |

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

*INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

_____        PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS
120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

09/07/01
Page 2

PHONE: 502-635-6327   FAX: 502-635-2429

```
=================================================================
                P U R C H A S E   O R D E R                 20861
=================================================================
ORDER NUMBER:    20861      DV:  1    DEPT:          TYPE:
JOB/SALES ORDER:          PURCHASING AGENT: SJ   SUPPLIER: NUCOAT
PHONE.........: 952-249-8282       FAX: 952-249-8284
-----------------------------------------------------------------
VENDOR NUCOAT, INC.              SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 235 EAST LAKE STREET       TO: 1120 WEST MAGNOLIA STREET

     WAYZATA  MN  55391              LOUISVILLE  KY  40210
-----------------------------------------------------------------
 Ord-Date | Req-Date | Confirm-To | Ship-Via   | F.O.B.     | Freight
 08/21/01 | 08/23/01 | S. JUPIN   | YOUR TRUCK | DESTINATIO | PP & ADD
-----------------------------------------------------------------
 Tx-Ex-No  | Payment Terms       | Comments
 13-2857778|                     | 1ST REVISION - ADD'L ROLL QTY.
-----------------------------------------------------------------
 ORDER     OUR PART NUMBER                          UNIT     EXTENDED
 QTY  UM & WAREHOUSE    PART DESCRIPTION             COST      AMOUNT
-----------------------------------------------------------------
```

```
              7:00AM - 3:00PM EST.  PLEASE ADVISE YOUR
              CARRIER TO ASK FOR AND RETAIN A CONFIR-
              MATION NUMBER FOR THEIR DOCK APPOINTMENT
              FAILURE TO MAKE AN APPOINTMENT WILL
              RESULT IN A $100.00 CHARGEBACK TO YOU.
              ########################################

              PLEASE APPLY OUR TAX EXEMPTION, #222179,
              ON FILE WITH YOU.

              CONFIRMING ORDER - DO NOT DUPLICATE

 1010 LB 1309-28909R3 [1]YOUR PART:S1032        1.921029      1940.24
              PAPER, 164#, WHITE, GLOSSY, ROLL
              26" OR 34-1/2"W ON 3"ID CORE, +/- 2% BW.
              (BW BASED ON REAM SIZE: 25" X 38" X 500)

              09/07/01 - ADDED LINE TO ACCOMODATE
              ADDITIONAL ROLLS RECEIVED 09/06/01.
```

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

*INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                 09/07/01
1120 WEST MAGNOLIA STREET               Page 3
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

===============================================================
P U R C H A S E   O R D E R                    20861
===============================================================

ORDER NUMBER:    20861      DV: 1    DEPT:           TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: NUCOAT
PHONE.........: 952-249-8282            FAX: 952-249-8284

---------------------------------------------------------------

VENDOR NUCOAT, INC.              SHIP ROYAL CONSUMER PRODUCTS
ADDR: 235 EAST LAKE STREET       TO: 1120 WEST MAGNOLIA STREET

   WAYZATA MN 55391                 LOUISVILLE KY 40210

---------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/21/01 | 08/23/01 | S. JUPIN | YOUR TRUCK | DESTINATIO | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION - ADD'L ROLL QTY. |

---------------------------------------------------------------

| ORDER | OUR PART NUMBER | | UNIT | EXTENDED |
| QTY UM | & WAREHOUSE | PART DESCRIPTION | COST | AMOUNT |
|--------|-----------------|------------------|------|--------|

                                            ----------
                                            56362.99

------------------------------------------------------
THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
* OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
* SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
* QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

*INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

# Invoice

c o o l e r
concepts, inc.

RECEIVED SEP 2 4 2001

235 East Lake Street  Wayzata, MN  55391

| Date | Invoice # |
|------|-----------|
| 9/18/2001 | 1009 |

| Bill To | Ship To |
|---------|---------|
| Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY  40210 | Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY  40210 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 20861 | 1% 10 Net 30 | JAD | 9/18/2001 | USF Holland | Shipping Pt. | Aug01, Glossy Paper |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 68,750 Sheets | | Sheets, Glossy Paper<br>Part # 1309-28909, Paper Glossy, 8-1/2" x 11", tabbed every<br>200, palletize and wrap for shipment<br>68,750 total sheets shipped, 1200 sheets per box, 58 boxes | 0.055 | 3,781.25 |
| 1 Freight | | Freight Charge, USF Holland | 347.19 | 347.19 |

Cooler Concepts Return Policy:

Suitability of the finished product for end use is solely the responsibility of the purchaser.  Cooler Concepts implies no warranties.

In the event of any problems with the product:

Please submit samples of defective material together with an explanation of how the product is defective. Cooler Concepts will immediately test the samples.  If it is determined by Cooler Concepts that there is a direct problem with the product, Cooler Concepts will issue a credit for the defective product and freight.

Please remit to above address.

| | **Total** | $4,128.44 |
|-|-----------|-----------|

ROYAL CONSUMER PRODUCTS                          08/21/01
1120 WEST MAGNOLIA STREET                        Page 1
LOUISVILLE KY 40210

PHONE: 502-635-6327   FAX: 502-635-2429

===============================================================
P U R C H A S E   O R D E R                          20861
===============================================================

ORDER NUMBER:    20861      DV: 1    DEPT:         TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: NUCOAT
PHONE.........: 952-249-8282        FAX: 952-249-8284

VENDOR NUCOAT, INC.               SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 235 EAST LAKE STREET       TO: 1120 WEST MAGNOLIA STREET

    WAYZATA  MN  55391               LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/21/01 | 08/23/01 | S. JUPIN | YOUR TRUCK | DESTINATIO | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | CONFIRMING ORDER TO J. DALVEY |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE   PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------------------------|-----------|-----------------|
| 800000 | SH | 1309-28909 [1]<br>PAPER, GLOSSY, 8-1/2" X 11", TABBED<br>EVERY 200, PALLETIZE & WRAP FOR SHIPMENT | .055 | 44000.00 |
| 4000 | LB | 1309-28909R3 [1]YOUR PART:S1032<br>PAPER, 164#,WHITE, GLOSSY,ROLL<br>26" OR 34-1/2"W ON 3"ID CORE, +/- 2% BW.<br>(BW BASED ON REAM SIZE: 25" X 38" X 500)<br><br>POUNDS SHOWN ARE APPROXIMATE.  RECEIVING<br>19501 MSI AT $.53/MSI = $10,423.25<br><br>PER DIRECTION FROM RICH RIPECKI AND JODI<br>DALVEY LETTER/QUOTE DATED 08/20/01<br><br>ALL PRODUCT WARRANTED FIT FOR PURPOSE<br><br>########################################<br>CALL 24 HOURS IN ADVANCE OF DELIVERY FOR<br>A DOCK APPOINTMENT AT 502-635-6327 X12 | 2.605812 | 10423.25 |

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

## INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

Page 2

PHONE: 502-635-6327  .  FAX: 502-635-2429

=======================================================
P U R C H A S E   O R D E R                    20861
=======================================================

ORDER NUMBER:    20861      DV:  1    DEPT:         TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: NUCOAT
PHONE.........: 952-249-8282         FAX: 952-249-8284

VENDOR NUCOAT, INC.               SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 235 EAST LAKE STREET        TO: 1120 WEST MAGNOLIA STREET

    WAYZATA  MN  55391                 LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/21/01 | 08/23/01 | S. JUPIN | YOUR TRUCK | DESTINATIO | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | CONFIRMING ORDER TO J. DALVEY |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE    PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|--------------------------------------------------|-----------|-----------------|

          7:00AM - 3:00PM EST.  PLEASE ADVISE YOUR
          CARRIER TO ASK FOR AND RETAIN A CONFIR-
          MATION NUMBER FOR THEIR DOCK APPOINTMENT
          FAILURE TO MAKE AN APPOINTMENT WILL
          RESULT IN A $100.00 CHARGEBACK TO YOU.
          #########################################

          PLEASE APPLY OUR TAX EXEMPTION, #222179,
          ON FILE WITH YOU.

          CONFIRMING ORDER - DO NOT DUPLICATE

          Account Coding: _____

          Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

NVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

08/21/01
Page 3

PHONE: 502-635-6327    FAX: 502-635-2429

=================================================================

P U R C H A S E    O R D E R                              20861

=================================================================

ORDER NUMBER:    20861      DV:  1    DEPT:           TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: NUCOAT
PHONE.........: 952-249-8282        FAX: 952-249-8284

VENDOR NUCOAT, INC.               SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 235 EAST LAKE STREET       TO: 1120 WEST MAGNOLIA STREET

    WAYZATA  MN  55391                 LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/21/01 | 08/23/01 | S. JUPIN | YOUR TRUCK | DESTINATIO | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | CONFIRMING ORDER TO J. DALVEY |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|-------------------------------|------------------|-----------|-----------------|

54423.25

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
 *  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
 *  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
 *  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

**EXHIBIT 5**

# SCHEDULE 2



SCHEDULE 2 - October 24, 2001

Purchases from Permalite
Invoices through September 29, 2001 from Purchase Orders issued August 13, 2001, and thereafter for items that normally were and would have been purchased from Miami Valley, if not for the 7/16/01 Accident

| PO Date | PO Number | Product Description | Invoice Date | Unit Price | Unit Measure | Quantity Received | Invoice Price | MVP Unit Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 4 | 8/31/01 | 0.835 | Sheet | 3,600.00 | 3,006.00 | 0.3913 | 1,408.68 | 1,597.32 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 4 | 8/31/01 | 0.699 | Sheet | 15,000.00 | 10,485.00 | 0.3113 | 4,669.50 | 5,815.50 |
| | | Freight charges | | | | | 1,561.22 | | - | 1,561.22 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 4 | 9/7/01 | 0.835 | Sheet | 11,100.00 | 9,268.50 | 0.3913 | 4,343.43 | 4,925.07 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 4 | 9/7/01 | 0.699 | Sheet | 12,600.00 | 8,807.40 | 0.3113 | 3,922.38 | 4,885.02 |
| | | Freight charges | | | | | 3,009.55 | | - | 3,009.55 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 4 | 9/13/01 | 0.835 | Sheet | 33,600.00 | 28,056.00 | 0.3913 | 13,147.68 | 14,908.32 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 4 | 9/13/01 | 0.699 | Sheet | 44,700.00 | 31,245.30 | 0.3113 | 13,915.11 | 17,330.19 |
| | | Freight charges | | | | | 2,575.00 | | | 2,575.00 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 4 | 9/10/01 | 0.835 | Sheet | 2,700.00 | 2,254.50 | 0.3913 | 1,056.51 | 1,197.99 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 4 | 9/10/01 | 0.699 | Sheet | 16,500.00 | 11,533.50 | 0.3113 | 5,136.45 | 6,397.05 |
| | | Freight charges | | | | | 2,633.35 | | - | 2,633.35 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 4 | 9/28/01 | 0.835 | Sheet | 10,800.00 | 9,018.00 | 0.3913 | 4,226.04 | 4,791.96 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 4 | 9/28/01 | 0.699 | Sheet | 12,900.00 | 9,017.10 | 0.3113 | 4,015.77 | 5,001.33 |
| 8/28/01 | 20872 | Glossy, rolls Freight | 9/28/01 | 0.7407 | MSI | 81,837.83 | 60,617.28 | 0.3552 | 29,068.80 | 31,548.48 |
| | | | | | | | 2,700.00 | | - | 2,700.00 |
| 8/28/01 | 20872 | Glossy, rolls | 9/24/01 | 0.7407 | MSI | 32,937.17 | 24,396.56 | 0.3552 | 11,699.28 | 12,697.28 |
| 8/28/01 | 20872 | Glossy, rolls Freight | 9/25/01 | 0.7407 | MSI | 70,681.25 | 52,353.60 | 0.3552 | 25,105.98 | 27,247.62 |
| | | | | | | | 2,400.00 | | | 2,400.00 |
| | | Total | | | | | $ 274,937.86 | | $ 121,715.61 | $ 153,222.25 |

# Permalite
RepcoMediaCorporation

730 East Alondra Boulevard
(310) 377-0244 (800) 237-6583 National FAX (310) 715-8228
Gardena, California 90248

13138-01
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

**SHIP TO:**
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19722 | 08-31-01 | 1 |

TRUCK-LA  DAMES-LA  PREPAID  NET 30 DAYS  UNKNOWN/FOB-US

| UNIT QUANTITY SHPD/BKORD | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | PRICE | PRC MSR | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 12 | PK | 1240N-24423W | | | 1240N 24 X 42 (300) | 250.50 | PK | 3006.00 |
| 50 | PK | 1240N-20423W | | | 1240N 20 X 42 (300) | 209.70 | PK | 10485.00 |
| | | | | | PRO # 1071349921 | | | |
| | | | | | GUARANTEED DELIVERY SVC | | | |

RECEIVED SEP 12 2001

SUB-TOTAL 13491.00
FREIGHT 1561.22
TOTAL 15052.22

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

ACCOUNTING COPY

1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

Page 1

PHONE: 502-635-6327   FAX: 502-635-2429

P U R C H A S E   O R D E R                    20852

ORDER NUMBER:    20852      DV: 1    DEPT:          TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                   SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.         TO: 1120 WEST MAGNOLIA STREET

GARDENA  CA  90248                    LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION - ITEM NO. LINE 1 |

| ORDER QTY UM | OUR PART NUMBER & WAREHOUSE      PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|--------------|--------------------------------------------------|-----------|-----------------|
| 88000 SH | 1309-40021M [1] | .835 | 73480.00 |
| | MASTER SHEET, 4X6, PHOTO, 24" X 42" | | |
| | *** PLS NOTE: ITEM NUMBER REVISION *** | | |
| 158000 SH | 1309-40022M [1] | .699 | 110442.00 |
| | MASTER SHEET, 5X7, PHOTO, 20" X 42" | | |

CONFIRMS PAUL SPAULDING CONVERSATION
WITH BILL BOLDUC.  PARTIAL SHIPMENTS OF
BOTH ITEMS MUST SHIP WEEK OF 08/27/01
W/50,000 OF OUR ITEM 1309-28945M (4X6) &
90,000 OF OUR ITEM 1309-40022M (5X7) DUE
NO LATER THAN 09/04/01.

ALL PRODUCT WARRANTED FIT FOR PURPOSE

#########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                                    08/27/01
1120 WEST MAGNOLIA STREET                                  Page 2
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

=================================================================

P U R C H A S E    O R D E R                              20852

=================================================================

ORDER NUMBER:     20852     DV:  1     DEPT:          TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

-----------------------------------------------------------------

VENDOR PERMALITE                    SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 230 E. ALONDRA BLVD.          TO: 1120 WEST MAGNOLIA STREET

  GARDENA  CA  90248                      LOUISVILLE  KY  40210

-----------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

-----------------------------------------------------------------

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION - ITEM NO. LINE 1 |

-----------------------------------------------------------------

| ORDER QTY UM & WAREHOUSE | OUR PART NUMBER    PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|--------------------------|------------------------------------|-----------|-----------------|

7:00AM - 3:00PM EST.  PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK APPOINTMENT
FAILURE TO MAKE AN APPOINTMENT WILL
RESULT IN A $100.00 CHARGEBACK TO YOU.
###########################################

PLEASE APPLY OUR TAX EXEMPTION, #222179,
ON FILE WITH YOU.

0% UNDERRUN / 10% OVERRUN ALLOWED
IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
DISPOSITION

CONFIRMING ORDER - DO NOT DUPLICATE

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                                    08/27/01
1120 WEST MAGNOLIA STREET                                   Page 3
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

=================================================================

P U R C H A S E   O R D E R                              20852

=================================================================

ORDER NUMBER:    20852      DV:  1    DEPT:          TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

-----------------------------------------------------------------

VENDOR PERMALITE                  SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

GARDENA  CA  90248                    LOUISVILLE KY  40210

-----------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|-----------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

-----------------------------------------------------------------

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION – ITEM NO. LINE 1 |

-----------------------------------------------------------------

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------|------------------|-----------|-----------------|
| | | | | | |

                                              _____
                                                   183922.00

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
  *  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
  *  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
  *  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

                                                          PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF, NONE OF SUCH CONDITIONS SHALL BE

**Republic Media Corporation**

220 East Alondra Boulevard
Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8248

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19738 | 09-07-01 | 1 |

SOLD TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| NUMBER | SHIP VIA / CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|
| 20852 | TRUCK-LH  DAWES/LH | PREPAY-ADD | | NET 30 DAYS | GARDENA/FAX 9-6 |

| QUANTITY ORDERED | QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 37 | PK | 1309-40021M | | | 1240N 24x42 (300) Shts Per Pk | | 250.50 | PK | 9268. |
| 42 | 42 | PK | 1309-40022M | | | 1240N 20x42 (300) Shts Per Pk | | 209.70 | PK | 8807. |
| | | | | | | | | SUB-TOTAL | | 18075. |
| | | | | | | | | FREIGHT | | 3009. |
| | | | | | | | | TOTAL | | 21085. |

DUPLICATE

ORTAGES MUST BE REPORTED WITHIN 48 HOURS.

1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

Page 1

PHONE: 502-635-6327     FAX: 502-635-2429

=====================================================================
P U R C H A S E   O R D E R                    20852
=====================================================================

ORDER NUMBER:    20852     DV: 1     DEPT:          TYPE:
JOB/SALES ORDER:           PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

---

VENDOR PERMALITE                    SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

  GARDENA  CA  90248                    LOUISVILLE  KY  40210

---

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

---

Tx-Ex-No      | Payment Terms          | Comments
13-2857778    |                        | 1ST REVISION - ITEM NO. LINE 1

---

| ORDER<br>QTY | UM & WAREHOUSE | OUR PART NUMBER<br>PART DESCRIPTION | UNIT<br>COST | EXTENDED<br>AMOUNT |
|------|------|------|------|------|
| 88000 | SH | 1309-40021M [1]<br>MASTER SHEET, 4X6, PHOTO, 24" X 42" | .835 | 73480.00 |
| | | *** PLS NOTE: ITEM NUMBER REVISION *** | | |
| 158000 | SH | 1309-40022M [1]<br>MASTER SHEET, 5X7, PHOTO, 20" X 42" | .699 | 110442.00 |

CONFIRMS PAUL SPAULDING CONVERSATION
WITH BILL BOLDUC. PARTIAL SHIPMENTS OF
BOTH ITEMS MUST SHIP WEEK OF 08/27/01
W/50,000 OF OUR ITEM 1309-28945M (4X6) &
90,000 OF OUR ITEM 1309-40022M (5X7) DUE
NO LATER THAN 09/04/01.

ALL PRODUCT WARRANTED FIT FOR PURPOSE.

#########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

Page 2

1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

P U R C H A S E    O R D E R                    20852

ORDER NUMBER:    20852      DV: 1      DEPT:              TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                  SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248                  LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION - ITEM NO. LINE 1 |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------|-----|-----------|-----------------|

7:00AM - 3:00PM EST.  PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK APPOINTMENT
FAILURE TO MAKE AN APPOINTMENT WILL
RESULT IN A $100.00 CHARGEBACK TO YOU.
################################################

PLEASE APPLY OUR TAX EXEMPTION, #222179,
ON FILE WITH YOU.

0% UNDERRUN / 10% OVERRUN ALLOWED
IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
DISPOSITION.

CONFIRMING ORDER - DO NOT DUPLICATE

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

## NVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210                    Page 3

PHONE: 502-635-6327   FAX: 502-635-2429

P U R C H A S E   O R D E R                    20852

ORDER NUMBER:     20852      DV:  1    DEPT:              TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                  SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

     GARDENA  CA  90248                LOUISVILLE KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|-----------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION - ITEM NO. LINE 1 |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----|-----|-----|-----|
| | | | | | |

183922.00

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
*  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
*  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
*  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS        PER _____
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

**Crystaline**
ReprodMedia Corporation

236 East Alondra Boulevard
Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-6228

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19752 | 09-13-01 | 1 |

**SOLD TO:**
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

**SHIP TO:**
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

NUMBER 20852

| SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|
| TRUCK-LW | NATIONWIDE | PREPAY-ADD | NE | 30 DAYS | GARDENA FAX 7/12 |

| QTY ORDERED | QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | 112 | PK | 1309-40021M | | | 1240N 24x42 (300)Shts Per Pk | | | 250.50 | PK | 28056.0 |
| 149 | 149 | PK | 1309-40022M | | | 1240N 20x42 (300)Shts Per Pk | | | 209.70 | PK | 31245.3 |
| | | | | | | REF# 6496B | | | | | |
| | | | | | | | | | SUB-TOTAL | | 59301.3 |
| | | | | | | | | | FREIGHT | | 2575.0 |
| | | | | | | | | | TOTAL | | 61876.3 |

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

Page 1

PHONE: 502-635-6327    FAX: 502-635-2429

=================================================================

P U R C H A S E   O R D E R                    20852

=================================================================

ORDER NUMBER:    20852      DV: 1    DEPT:          TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

-----------------------------------------------------------------

VENDOR PERMALITE                 SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.       TO: 1120 WEST MAGNOLIA STREET

GARDENA  CA  90248               LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION – ITEM NO. LINE 1 |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE     PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|------------------------------------------------|-----------|-----------------|
| 88000 | SH | 1309-40021M [1] | .835 | 73480.00 |
| | | MASTER SHEET, 4X6, PHOTO, 24" X 42" | | |
| | | *** PLS NOTE: ITEM NUMBER REVISION *** | | |
| 158000 | SH | 1309-40022M [1] | .699 | 110442.00 |
| | | MASTER SHEET, 5X7, PHOTO, 20" X 42" | | |

CONFIRMS PAUL SPAULDING CONVERSATION
WITH BILL BOLDUC.  PARTIAL SHIPMENTS OF
BOTH ITEMS MUST SHIP WEEK OF 08/27/01
W/50,000 OF OUR ITEM 1309-28945M (4X6) &
90,000 OF OUR ITEM 1309-40022M (5X7) DUE
NO LATER THAN 09/04/01.

ALL PRODUCT WARRANTED FIT FOR PURPOSE

#########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

Page 2

PHONE: 502-635-6327  FAX: 502-635-2429

==================================================

P U R C H A S E   O R D E R          20852

==================================================

ORDER NUMBER:    20852     DV:  1    DEPT:        TYPE:
JOB/SALES ORDER:        PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE              SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.    TO: 1120 WEST MAGNOLIA STREET

GARDENA CA  90248                LOUISVILLE KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|---|---|---|---|---|---|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|---|---|---|
| 13-2857778 | | 1ST REVISION - ITEM NO. LINE 1 |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE   PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|---|---|---|---|

7:00AM - 3:00PM EST.  PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK APPOINTMENT
FAILURE TO MAKE AN APPOINTMENT WILL
RESULT IN A $100.00 CHARGEBACK TO YOU.
###########################################

PLEASE APPLY OUR TAX EXEMPTION, #222179,
ON FILE WITH YOU.

0% UNDERRUN / 10% OVERRUN ALLOWED
IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
DISPOSITION.

CONFIRMING ORDER - DO NOT DUPLICATE

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

08/27/01
Page 3

PHONE: 502-635-6327   FAX: 502-635-2429

P U R C H A S E   O R D E R                    20852

ORDER NUMBER:    20852      DV: 1    DEPT:           TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE              SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.    TO: 1120 WEST MAGNOLIA STREET

GARDENA  CA  90248               LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|---|---|---|---|---|---|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

Tx-Ex-No      Payment Terms           Comments
13-2857778                            1ST REVISION - ITEM NO. LINE 1

| ORDER QTY  UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|---|---|---|---|---|
| | | | | 183922.00 |

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
* OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
* SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
* QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ReproMedia Corporation

235 East Alondra Boulevard   Gardena, California 90248
(310) 327-0244  (800) 237-6583 National  FAX (310) 715-8728

| INVOICE # | DATE |
|---|---|
| 17758A | 09-10-01 |

PAGE 1

**Sold To:**
13138-01
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

**Ship To:**
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| ORDER NUMBER | SHIP VIA CARRIER | FREIGHT | SALESMAN | TERMS | FOB |
|---|---|---|---|---|---|
| 20852 | TRUCK-LM  DAWES SO | PREPAY-ADD | | NET 30 DAYS | GARDENA FAX 7/7 |

| QTY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | PK | 1309-40021M | | | 1240N 24x42 (300)Shts Per Pk | | 250.50 | 2254.5 | PK | 13788. |
| 55 | PK | 1309-40022M | | | 1240N 20x42 (300)Shts Per Pk | | 209.70 | 1153.3 | PK | 2633. |
| | | | | | PRO# 107130439A/2633.35 | | | | | 16421. |

SUB-TOTAL
FREIGHT
TOTAL

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

ROYAL CONSUMER PRODUCTS                        08/27/01
1120 WEST MAGNOLIA STREET                        Page 1
LOUISVILLE KY 40210

PHONE: 502-635-6327   FAX: 502-635-2429

========================================================
P U R C H A S E   O R D E R                      20852
========================================================

ORDER NUMBER:    20852      DV:  1    DEPT:         TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                 SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 230 E. ALONDRA BLVD.      TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248               LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

Tx-Ex-No  | Payment Terms          | Comments
13-2857778 |                       | 1ST REVISION – ITEM NO. LINE 1

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE   PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------------------------|-----------|-----------------|
| 88000 | SH | 1309-40021M [1] | .835 | 73480.00 |
|  |  | MASTER SHEET, 4X6, PHOTO, 24" X 42" |  |  |
|  |  | *** PLS NOTE: ITEM NUMBER REVISION  *** |  |  |
| 158000 | SH | 1309-40022M [1] | .699 | 110442.00 |
|  |  | MASTER SHEET, 5X7, PHOTO, 20" X 42" |  |  |

CONFIRMS PAUL SPAULDING CONVERSATION
WITH BILL BOLDUC.  PARTIAL SHIPMENTS OF
BOTH ITEMS MUST SHIP WEEK OF 08/27/01
W/50,000 OF OUR ITEM 1309-28945M (4X6) &
90,000 OF OUR ITEM 1309-40022M (5X7) DUE
NO LATER THAN 09/04/01.

ALL PRODUCT WARRANTED FIT FOR PURPOSE

###########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

## INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                                      08/27/01
1120 WEST MAGNOLIA STREET                                    Page 2
LOUISVILLE KY 40210

PHONE: 502-635-6327   FAX: 502-635-2429

====================================================================
P U R C H A S E   O R D E R                          20852
====================================================================

ORDER NUMBER:    20852      DV:  1    DEPT:          TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                 SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 230 E. ALONDRA BLVD.       TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248                LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION − ITEM NO. LINE 1 |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------|-----------------|-----------|-----------------|

7:00AM − 3:00PM EST.  PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK APPOINTMENT
FAILURE TO MAKE AN APPOINTMENT WILL
RESULT IN A $100.00 CHARGEBACK TO YOU.
##########################################

PLEASE APPLY OUR TAX EXEMPTION, #222179,
ON FILE WITH YOU.

0% UNDERRUN / 10% OVERRUN ALLOWED
IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
DISPOSITION.

CONFIRMING ORDER − DO NOT DUPLICATE

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

NVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

08/27/01
Page 3

PHONE: 502-635-6327    FAX: 502-635-2429

P U R C H A S E   O R D E R                    20852

ORDER NUMBER:    20852    DV:  1    DEPT:              TYPE:
JOB/SALES ORDER:              PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                    SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.          TO: 1120 WEST MAGNOLIA STREET

    GARDENA  CA  90248                  LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION – ITEM NO. LINE 1 |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|-------------------------------|------------------|-----------|-----------------|

183922.00

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
*  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
*  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
*  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

NVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

RepcoWestaieCorporation
230 East Alondra Boulevard
Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

RECEIVED OCT 09 2001

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19810 | 07-28-01 | 1 |

SHIP VIA / CARRIER: TRUCK-LW
FREIGHT: PREPAY-ADD
SALESMAN:
TERMS: 2 % NET 10
F.O.B.: GARDENA FAX 9/28

NUMBER: 20852

| QTY O'RED | QTY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE /PER | EXTENSIO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 43 | PK | 1240N-20423W | ESTRN SG | | | | | 209.70 | PK | 9017. |
| 36 | 36 | PK | 1240N-24423W | | | 1240N 20 X 42 (300) | | | 250.50 | PK | 9018. |
| | | | | | | 1240N 24 X 42 (300) | | | | | |
| | | | | | | | | | TOTAL | | 18035. |

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

Page 1

PHONE: 502-635-6327   FAX: 502-635-2429

=================================================================
P U R C H A S E   O R D E R                         20852
=================================================================

ORDER NUMBER:   20852    DV:   /    DEPT:        TYPE:
JOB/SALES ORDER:        PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

-----------------------------------------------------------------

VENDOR PERMALITE              SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.    TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248            LOUISVILLE  KY  40210

-----------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via  | F.O.B.      | Freight |
| 08/16/01 | 09/04/01 | S. JUPIN   | YOUR TRUCK | SHIP POINT | PP & ADD |

-----------------------------------------------------------------

Tx-Ex-No     Payment Terms          Comments
13-2857778                          1ST REVISION - ITEM NO. LINE 1

-----------------------------------------------------------------

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE    PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|---|---|---|---|---|
| 88000 | SH | 1309-40021M [1] | .835 | 73480.00 |
| | | MASTER SHEET, 4X6, PHOTO, 24" X 42" | | |
| | | *** PLS NOTE: ITEM NUMBER REVISION  *** | | |
| 158000 | SH | 1309-40022M [1] | .699 | 110442.00 |
| | | MASTER SHEET, 5X7, PHOTO, 20" X 42" | | |

CONFIRMS PAUL SPAULDING CONVERSATION
WITH BILL BOLDUC.  PARTIAL SHIPMENTS OF
BOTH ITEMS MUST SHIP WEEK OF 08/27/01
W/50,000 OF OUR ITEM 1309-28945M (4X6) &
90,000 OF OUR ITEM 1309-40022M (5X7) DUE
NO LATER THAN 09/04/01.

ALL PRODUCT WARRANTED FIT FOR PURPOSE

#########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

## INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF, NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

08/27/01
Page 2

PHONE: 502-635-6327 · FAX: 502-635-2429

P U R C H A S E   O R D E R                    20852

ORDER NUMBER:    20852      DV:  1    DEPT:            TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                    SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 230 E. ALONDRA BLVD.         TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248                  LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION - ITEM NO. LINE 1 |

| ORDER | OUR PART NUMBER | | UNIT | EXTENDED |
|-------|-----------------|---------------|------|----------|
| QTY UM | & WAREHOUSE | PART DESCRIPTION | COST | AMOUNT |

7:00AM - 3:00PM EST.  PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK APPOINTMENT
FAILURE TO MAKE AN APPOINTMENT WILL
RESULT IN A $100.00 CHARGEBACK TO YOU.
########################################

PLEASE APPLY OUR TAX EXEMPTION, #222179,
ON FILE WITH YOU.

0% UNDERRUN / 10% OVERRUN ALLOWED
IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
DISPOSITION.

CONFIRMING ORDER - DO NOT DUPLICATE

Account Coding: _____

Capital Appropriation No.: _____

DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES
ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.
NVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

08/27/01
Page 3

PHONE: 502-635-6327    FAX: 502-635-2429

P U R C H A S E   O R D E R                          20852

ORDER NUMBER:    20852      DV:  1    DEPT:           TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                    SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.          TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248                  LOUISVILLE KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/16/01 | 09/04/01 | S. JUPIN   | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 1ST REVISION - ITEM NO. LINE 1 |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------|--------------------|-----------|-----------------|

                                                        183922.00

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
   *  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
   *  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
   *  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

   Account Coding: _____

   Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

## INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

**ReproMediaCorporation**

230 East Alondra Boulevard    Gardena, California 90248
(310) 327-0244 (800) 737-6583 National FAX (310) 715-8228

13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO

RECEIVED OCT 0 5 2001

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19809A | 09-28-01 | 1 |

ORDER NUMBER 20872

SHIP VIA: TRUCK-LH    CARRIER: ESTRN SG

FREIGHT: PREPAY-ADD

SALESMAN: HOUSE ACCT

TERMS: 2 % NET 10

F.O.B. GARDENA FAX 9/28

| PRINT QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | SYD | 12432625 | A1124A1 | | 26.25 1243N PHOTOGLS M/R | 2856 | 2082 | 0.96000 | SYD | 1998. |
| | SYD | 12432625 | A1125A1 | | 26.25 1243N PHOTOGLS M/R | 3141 | 2290 | 0.96000 | SYD | 2198. |
| | SYD | 12432625 | A1125B1 | | 26.25 1243N PHOTOGLS M/R | 3115 | 2271 | 0.96000 | SYD | 2180 |
| | SYD | 12432625 | A1125C1 | | 26.25 1243N PHOTOGLS M/R | 2905 | 2118 | 0.96000 | SYD | 2033 |
| | SYD | 12432625 | A1125E1 | | 26.25 1243N PHOTOGLS M/R | 2100 | 1531 | 0.96000 | SYD | 1469 |
| | SYD | 12432625 | A1125D1 | | 26.25 1243N PHOTOGLS M/R | 3011 | 2195 | 0.96000 | SYD | 2107 |
| | SYD | 12432625 | A1127A1 | | 26.25 1243N PHOTOGLS M/R | 3166 | 2308 | 0.96000 | SYD | 2215 |
| | SYD | 12432625 | A1127B1 | | 26.25 1243N PHOTOGLS M/R | 3145 | 2293 | 0.96000 | SYD | 2201 |
| | SYD | 12432625 | A1127C1 | | 26.25 1243N PHOTOGLS M/R | 3185 | 2322 | 0.96000 | SYD | 2229 |
| | SYD | 12432625 | A1127C1 | | 26.25 1243N PHOTOGLS M/R | 3141 | 2290 | 0.96000 | SYD | 2198 |
| | SYD | 12432625 | A1127D1 | | 26.25 1243N PHOTOGLS M/R | 3166 | 2308 | 0.96000 | SYD | 2215 |
| | SYD | 12432625 | A1127E1 | | 26.25 1243N PHOTOGLS M/R | 3166 | 2308 | 0.96000 | SYD | 2215 |
| | SYD | 12432625 | A1127F1 | | 26.25 1243N PHOTOGLS M/R | 3156 | 2301 | 0.96000 | SYD | 2208 |
| | SYD | 12432625 | A1128A1 | | 26.25 1243N PHOTOGLS M/R | 3160 | 2304 | 0.96000 | SYD | 2211 |
| | SYD | 12432625 | A1128B1 | | 26.25 1243N PHOTOGLS M/R | 3166 | 2308 | 0.96000 | SYD | 2215 |
| 15 | SYD | 12432625 | A1128C1 | | 26.25 1243N PHOTOGLS M/R | 2166 | 1579 | 0.96000 | SYD | 1515 |
| 15 | SYD | 12432475 | | | 24.75 1243N PHOTOGLS M/R | | | | | |

DUPLICATE

RCR RENTAL
ReproMediaCorporation
230 East Alondra Boulevard
(310) 327-0244 (800) 237-6583 National FAX (310) 715-9228
Gardena, California 90248

13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

RECEIVED OCT 05 2001

SHIP TO
CARRIER: ESTRN SG
FREIGHT: PREPAY-ADD
SALESMAN: HOUSE ACCT 2
TERMS: NET 10
FOB: GARDENA FAX 9/28

INVOICE # 17809A
LOUISVILLE
09-28-01

20872

| QUANTY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | SYD | 12432475 | A1124A2 | | 1243N PHOTOGLS M/R | 2855 | 1963 | 0.96000 | SYD | 1884. |
| | SYD | 12432475 | A1125A2 | | 1243N PHOTOGLS M/R | 3140 | 2159 | 0.96000 | SYD | 2072. |
| | SYD | 12432475 | A1125B2 | | 1243N PHOTOGLS M/R | 3116 | 2142 | 0.96000 | SYD | 2056. |
| | SYD | 12432475 | A1125C2 | | 1243N PHOTOGLS M/R | 2905 | 1997 | 0.96000 | SYD | 1917. |
| | SYD | 12432475 | A1125E2 | | 1243N PHOTOGLS M/R | 2100 | 1444 | 0.96000 | SYD | 1386. |
| | SYD | 12432475 | A1125D2 | | 1243N PHOTOGLS M/R | 3009 | 2069 | 0.96000 | SYD | 1986. |
| | SYD | 12432475 | A1127A2 | | 1243N PHOTOGLS M/R | 3165 | 2176 | 0.96000 | SYD | 2088. |
| | SYD | 12432475 | A1127B2 | | 1243N PHOTOGLS M/R | 3145 | 2162 | 0.96000 | SYD | 2075. |
| | SYD | 12432475 | A1127C2 | | 1243N PHOTOGLS M/R | 3185 | 2190 | 0.96000 | SYD | 2102. |
| | SYD | 12432475 | A1127D2 | | 1243N PHOTOGLS M/R | 3140 | 2159 | 0.96000 | SYD | 2072. |
| | SYD | 12432475 | A1127E2 | | 1243N PHOTOGLS M/R | 3165 | 2176 | 0.96000 | SYD | 2088. |
| | SYD | 12432475 | A1127F2 | | 1243N PHOTOGLS M/R | 3155 | 2169 | 0.96000 | SYD | 2082. |
| | SYD | 12432475 | A1128A2 | | 1243N PHOTOGLS M/R | 3161 | 2173 | 0.96000 | SYD | 2086. |
| | SYD | 12432475 | A1128B2 | | 1243N PHOTOGLS M/R | 3165 | 2176 | 0.96000 | SYD | 2089. |
| | SYD | 12432475 | A1128C2 | | 1243N PHOTOGLS M/R | 2164 | 1488 | 0.96000 | SYD | 1428. |

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

**Reprint Media Corporation**
230 East Alondra Boulevard        Gardena, California 90248
(310) 327-0244  (800) 237-6583 National  FAX (310) 715-8728

RECEIVED OCT 0 5 2001

**INVOICE #** 178097A    **DATE** 09-28-01    **PAGE** 3

SHIP TO:
13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO:
S H I P
T O

| QTY NUMBER ORDERED | QUANTITY SHIPPED | UNIT | SHIP VIA / CARRIER | | | | SALESMAN | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20872 | | | STOCK # TRUCK-LN | CONTROL # ESTRN SG | ROLL # | FREIGHT PREPAY-ADD | DESCRIPTION HOUSE ACCT | | | SOLD TO GARDENA FAX 9/28 | |

ITEMS: 2 X NET 10

| DESCRIPTION | LINEAR YDS. SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|
| TOTAL SQ YDS: | 63143 | | | |
| SUB-TOTAL | | | | 60617 |
| FREIGHT | | | | 2700 |
| TOTAL | | | | 63317 |

DUPLICATE

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

ROYAL CONSUMER PRODUCTS
120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

09/26/01
Page 1

PHONE: 502-635-6327    FAX: 502-635-2429

P U R C H A S E   O R D E R                          20872

ORDER NUMBER:    20872        DV:  1      DEPT:                TYPE:
JOB/SALES ORDER:              PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE
ADDR: 230 E. ALONDRA BLVD.              SHIP ROYAL CONSUMER PRODUCTS
                                        TO: 1120 WEST MAGNOLIA STREET

      GARDENA  CA  90248                 LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION - INCR. QTY. |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------|------------------|-----------|-----------------|
| 12000 | LB | 1309-28909R3 [1] | PAPER, 128#,WHITE, GLOSSY,ROLL, 43"W X 40"OD X 3" OR 6"ID CORE, +/- 2% BASIS WT (BW BASED ON REAM SIZE: 25" X 38" X 500) | 1.90598 | 22871.76 |

09/12/01 - PRICE AND QUANTITY REVISIONS
PER PAUL SPAULDING CONVERSATION WITH
BILL BOLDUC.

PRICE PER POUND IS APPROXIMATE. ACTUAL
PRICE WILL BE $.50/MSI OR $.648/SY.
CONVERSION IS APPROX. .2623 LBS/MSI OR
.34 LBS/SY.

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------|------------------|-----------|-----------------|
| 46000 | LB | 1309-28909R3 [1]YOUR PART:1243-N | PAPER, 124.6#,WHITE, GLOSSY,ROLL, 26.25" & 24.75"W ON 3" OR 6"ID CORE, +/- 2% BW. (BW BASED ON REAM SIZE: 25" X 38" X 500) | 2.82352 | 129881.92 |

PER PAUL SPAULDING, RICH REPECKI AND

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.
NVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.      PER _____
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                      09/26/01
120 WEST MAGNOLIA STREET                      Page 1
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

====================================================================
P U R C H A S E   O R D E R              20872
====================================================================

ORDER NUMBER:    20872      DV: 1      DEPT:              TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

--------------------------------------------------------------------

VENDOR PERMALITE                  SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

    GARDENA  CA  90248               LOUISVILLE  KY  40210

--------------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

--------------------------------------------------------------------

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION - INCR. QTY. |

--------------------------------------------------------------------

| ORDER | OUR PART NUMBER | | UNIT | EXTENDED |
| QTY UM | & WAREHOUSE | PART DESCRIPTION | COST | AMOUNT |
|--------|-----------------|------------------|------|--------|
| 12000 LB | 1309-28909R3 [1] | | 1.90598 | 22871.76 |

PAPER, 128#,WHITE, GLOSSY,ROLL, 43"W X
40"OD X 3" OR 6"ID CORE, +/- 2% BASIS WT
(BW BASED ON REAM SIZE: 25" X 38" X 500)

09/12/01 - PRICE AND QUANTITY REVISIONS
PER PAUL SPAULDING CONVERSATION WITH
BILL BOLDUC.

PRICE PER POUND IS APPROXIMATE. ACTUAL
PRICE WILL BE $.50/MSI OR $.648/SY.
CONVERSION IS APPROX. .2623 LBS/MSI OR
.34 LBS/SY.

| 46000 LB | 1309-28909R3 | [1]YOUR PART:1243-N | 2.82352 | 129881.92 |

PAPER, 124.6#,WHITE, GLOSSY,ROLL, 26.25"
& 24.75"W ON 3" OR 6"ID CORE, +/- 2% BW.
(BW BASED ON REAM SIZE: 25" X 38" X 500)

PER PAUL SPAULDING, RICH REPECKI AND

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

**INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.**

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                    09/26/01
.20 WEST MAGNOLIA STREET                   Page 2
LOUISVILLE KY 40210

PHONE: 502-635-6327     FAX: 502-635-2429

===============================================================
P U R C H A S E    O R D E R              20872
===============================================================

ORDER NUMBER:     20872      DV: 1    DEPT:          TYPE:
JOB/SALES ORDER:             PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

---

VENDOR PERMALITE                  SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

    GARDENA  CA  90248               LOUISVILLE  KY  40210

---

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION – INCR. QTY. |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|-------------------------------|------------------|-----------|-----------------|

TONY SARY EMAIL CORRESPONDENCE SEPT. 2001

*** PLEASE ENSURE CORE PLUGS ARE USED
    TO PREVENT CORES FROM BEING CRUSHED
    DURING SHIPMENT.                   ***

PRICE PER POUND IS APPROXIMATE. ACTUAL
PRICE WILL BE $.7407/MSI OR $.96/SY.
CONVERSION IS APPROX. .2623 LBS/MSI OR
.34 LBS/SY.

ALL PRODUCT WARRANTED FIT FOR PURPOSE

###########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12
7:00AM – 3:00PM EST. PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK TIME.
FAILURE TO MAKE AN APPOINTMENT WILL

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

**\*INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT**

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE. ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.

THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                    09/26/01
120 WEST MAGNOLIA STREET                   Page 3
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

P U R C H A S E   O R D E R                    20872

ORDER NUMBER:    20872    DV:  1    DEPT:          TYPE:
JOB/SALES ORDER:          PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                     SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 230 E. ALONDRA BLVD.          TO: 1120 WEST MAGNOLIA STREET

    GARDENA CA  90248                    LOUISVILLE KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION - INCR. QTY. |

| ORDER | OUR PART NUMBER | | UNIT | EXTENDED |
|-------|-----------------|---|------|----------|
| QTY | UM & WAREHOUSE | PART DESCRIPTION | COST | AMOUNT |

RESULT IN A $100.00 CHARGEBACK TO YOU.
#######################################

PLEASE APPLY OUR TAX EXEMPTION, #222179,
ON FILE WITH YOU.

0% UNDERRUN / 10% OVERRUN ALLOWED
IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
DISPOSITION.

INFORMATION REQUESTED TO BE ON ALL DOCU-
MENTATION MUST ALSO BE SHOWN ON EACH
ROLL CORE.  IN ADDITION, PLEASE NOTE
ROLL # OF # BY LOT NO.

****************************************
NOTE:  PLEASE ADVISE TOTAL YIELD AS SOON
       AS JOB IS COMPLETE.
****************************************

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

**INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS**

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                          09/26/01
20 WEST MAGNOLIA STREET                          Page 4
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

P U R C H A S E   O R D E R                            20872

ORDER NUMBER:    20872    DV: 1    DEPT:              TYPE:
JOB/SALES ORDER:          PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                    SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.         TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248                  LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION - INCR. QTY. |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE    PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|---------------------------------------------------|-----------|-----------------|

CONFIRMING ORDER - DO NOT DUPLICATE

                                                  152753.68

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
*  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
*  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
*  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

*INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

                                          PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.

ReproMedia Corporation
231 East Alondra Boulevard
Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

SHIP TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

SOLD TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

NUMBER: 20872

| SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|
| TRUCK-LW | NATIONWIDE | PREPAY-ADD | HOUSE ACCT | NET 30 DAYS | GARDENA, FAX 9/12 |

INVOICE # 19753    09-24-01    1

| QTY QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS, SQUARE YDS | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | 13130-01 | | | | | | | |
| 10 | SYD | 1243N4300 | | | **1309-2B909R3** | | | SYD | 2464. |
| | SYD | 1243N4300 | A1110A | | 43.00 1243N PHOTOGLS M/R | 3185 | 3804 | 0.64800 | |
| | SYD | 1243N4300 | A1111A | | 43.00 1243N PHOTOGLS M/R | 3130 | 3739 | 0.64800 | 2422. |
| | SYD | 1243N4300 | A1111B | | 43.00 1243N PHOTOGLS M/R | 2880 | 3440 | 0.64800 | 2229. |
| | SYD | 1243N4300 | A1111C | | 43.00 1243N PHOTOGLS M/R | 3240 | 3870 | 0.64800 | 2507. |
| | SYD | 1243N4300 | A1111D | | 43.00 1243N PHOTOGLS M/R | 3230 | 3858 | 0.64800 | 2499. |
| | SYD | 1243N4300 | A1111E | | 43.00 1243N PHOTOGLS M/R | 3225 | 3852 | 0.64800 | 2496. |
| | SYD | 1243N4300 | A1111F | | 43.00 1243N PHOTOGLS M/R | 3225 | 3852 | 0.64800 | 2496. |
| | SYD | 1243N4300 | A1111G | | 43.00 1243N PHOTOGLS M/R | 3220 | 3846 | 0.64800 | 2492. |
| | SYD | 1243N4300 | A1112A | | 43.00 1243N PHOTOGLS M/R | 3040 | 3631 | 0.64800 | 2352. |
| | SYD | 1243N4300 | A1112B | | 43.00 1243N PHOTOGLS M/R | 3146 | 3757 | 0.64800 | 2434. |

ROLLS ARE 44" BUT SOLD AS 43"

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

**RapidMediaCorporation**
220 East Alondra Boulevard    Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

SHIP TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

FOB:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| INVOICE # | | |
|---|---|---|
| 19753 | 09-24-01 | 1 |

SHIP VIA: TRUCK-LM  CARRIER: NATIONWIDE  FREIGHT: PREPAY-ADD  SALESMAN: HOUSE ACCT  TERMS: NET 30 DAYS  FOB: GARDENA FAX 9/12

NUMBER: 0872   13138-01

| QTY QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | SYD | 1243N4300 | | | **1309-289 09R3** | | | | | |
| | SYD | 1243N4300 | A1110A | | 43.00 1243N PHOTOGLS M/R | 3185 | 3804 | 0.64800 | SYD | 2464. |
| | SYD | 1243N4300 | A1111A | | 43.00 1243N PHOTOGLS M/R | 3130 | 3739 | 0.64800 | SYD | 2422. |
| | SYD | 1243N4300 | A1111B | | 43.00 1243N PHOTOGLS M/R | 2880 | 3440 | 0.64800 | SYD | 2229. |
| | SYD | 1243N4300 | A1111C | | 43.00 1243N PHOTOGLS M/R | 3240 | 3870 | 0.64800 | SYD | 2507. |
| | SYD | 1243N4300 | A1111D | | 43.00 1243N PHOTOGLS M/R | 3230 | 3858 | 0.64800 | SYD | 2499. |
| | SYD | 1243N4300 | A1111E | | 43.00 1243N PHOTOGLS M/R | 3225 | 3852 | 0.64800 | SYD | 2496. |
| | SYD | 1243N4300 | A1111F | | 43.00 1243N PHOTOGLS M/R | 3225 | 3852 | 0.64800 | SYD | 2496. |
| | SYD | 1243N4300 | A1111G | | 43.00 1243N PHOTOGLS M/R | 3220 | 3846 | 0.64800 | SYD | 2492. |
| | SYD | 1243N4300 | A1112A | | 43.00 1243N PHOTOGLS M/R | 3040 | 3631 | 0.64800 | SYD | 2352. |
| | SYD | 1243N4300 | A1112B | | 43.00 1243N PHOTOGLS M/R | 3146 | 3757 | 0.64800 | SYD | 2434. |

ROLLS ARE 44" BUT SOLD AS 43"

**Reprint Media Corporation**

230 East Alondra Boulevard      Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19753 | 09-24-01 | 2 |

P.O. NUMBER: 20872

13138-01
ROYAL CONSUMER PRODUCTS
1129 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| SHIP QUANTITY ORDERED | QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | TERMS | LINEAR YDS. SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

SHIP VIA: TRUCK-LW
CARRIER: NATIONWIDE
FREIGHT: PREPAY-ADD
SALESMAN: HOUSE ACCT
TERMS: NET 30 DAYS
F.O.B.: GARDENA FAX 9/12

TOTAL SQ YDS: 37649 TOTAL

EXTENSION: 24396

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

ROYAL CONSUMER PRODUCTS
120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

09/26/01
Page 1

PHONE: 502-635-6327     FAX: 502-635-2429

========================================================

P U R C H A S E   O R D E R                              20872

========================================================

ORDER NUMBER:     20872      DV: 1      DEPT:             TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ          SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE
  ADDR: 230 E. ALONDRA BLVD.              SHIP ROYAL CONSUMER PRODUCTS
                                          TO: 1120 WEST MAGNOLIA STREET

    GARDENA  CA  90248                        LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|---|---|---|---|---|---|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|---|---|---|
| 13-2857778 | | 2ND REVISION - INCR. QTY. |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE   PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|---|---|---|---|---|
| 12000 | LB | 1309-28909R3 [1] | | |
| | | PAPER, 128#,WHITE, GLOSSY,ROLL, 43"W X | 1.90598 | 22871.76 |
| | | 40"OD X 3" OR 6"ID CORE, +/- 2% BASIS WT | | |
| | | (BW BASED ON REAM SIZE: 25" X 38" X 500) | | |

09/12/01 - PRICE AND QUANTITY REVISIONS
PER PAUL SPAULDING CONVERSATION WITH
BILL BOLDUC.

PRICE PER POUND IS APPROXIMATE. ACTUAL
PRICE WILL BE $.50/MSI OR $.648/SY.
CONVERSION IS APPROX. .2623 LBS/MSI OR
.34 LBS/SY.

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE   PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|---|---|---|---|---|
| 46000 | LB | 1309-28909R3 [1]YOUR PART:1243-N | 2.82352 | 129881.92 |
| | | PAPER, 124.6#,WHITE, GLOSSY,ROLL, 26.25" | | |
| | | & 24.75"W ON 3" OR 6"ID CORE, +/- 2% BW. | | |
| | | (BW BASED ON REAM SIZE: 25" X 38" X 500) | | |

PER PAUL SPAULDING, RICH REPECKI AND

Account Coding: _____

Capital Appropriation No.: _____

DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL,AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.
INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                     09/26/01
20 WEST MAGNOLIA STREET                     Page 2
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

====================================================================
P U R C H A S E   O R D E R                           20872
====================================================================

ORDER NUMBER:    20872      DV: 1    DEPT:              TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                 SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.       TO: 1120 WEST MAGNOLIA STREET

     GARDENA  CA  90248              LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION – INCR. QTY. |

| ORDER QTY | UM | OUR PART NUMBER & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|----|-----------------------------|------------------|-----------|-----------------|

TONY SARY EMAIL CORRESPONDENCE SEPT. 2001

*** PLEASE ENSURE CORE PLUGS ARE USED
    TO PREVENT CORES FROM BEING CRUSHED
    DURING SHIPMENT.                    ***

PRICE PER POUND IS APPROXIMATE. ACTUAL
PRICE WILL BE $.7407/MSI OR $.96/SY.
CONVERSION IS APPROX. .2623 LBS/MSI OR
.34 LBS/SY.

ALL PRODUCT WARRANTED FIT FOR PURPOSE

##########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12
7:00AM – 3:00PM EST.  PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK TIME.
FAILURE TO MAKE AN APPOINTMENT WILL

Account Coding: _____

Capital Appropriation No.: _____

DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

ROYAL CONSUMER PRODUCTS                    09/26/01
20 WEST MAGNOLIA STREET                    Page 3
LOUISVILLE KY 40210

PHONE: 502-635-6327   FAX: 502-635-2429

====================================================================

P U R C H A S E   O R D E R                          20872

====================================================================

ORDER NUMBER:   20872      DV: 1    DEPT:        TYPE:
JOB/SALES ORDER:           PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

--------------------------------------------------------------------

VENDOR PERMALITE              SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 230 E. ALONDRA BLVD.    TO: 1120 WEST MAGNOLIA STREET

    GARDENA  CA  90248              LOUISVILLE  KY  40210

--------------------------------------------------------------------

Ord-Date │ Req-Date  │ Confirm-To │ Ship-Via │ F.O.B.     │ Freight
08/28/01 │ 09/04/01  │ S. JUPIN   │ YOUR TRUCK │ SHIP POINT │ PP & ADD

--------------------------------------------------------------------

Tx-Ex-No │ Payment Terms        │ Comments
13-2857778 │                    │ 2ND REVISION - INCR. QTY.

--------------------------------------------------------------------

  ORDER      OUR PART NUMBER                        UNIT      EXTENDED
  QTY  UM  & WAREHOUSE     PART DESCRIPTION          COST      AMOUNT

--------------------------------------------------------------------

            RESULT IN A $100.00 CHARGEBACK TO YOU.
            #####################################

            PLEASE APPLY OUR TAX EXEMPTION, #222179,
            ON FILE WITH YOU.

            0% UNDERRUN / 10% OVERRUN ALLOWED
            IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
            HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
            DISPOSITION.

            INFORMATION REQUESTED TO BE ON ALL DOCU-
            MENTATION MUST ALSO BE SHOWN ON EACH
            ROLL CORE.  IN ADDITION, PLEASE NOTE
            ROLL # OF # BY LOT NO.

            *****************************************
            NOTE:   PLEASE ADVISE TOTAL YIELD AS SOON
                    AS JOB IS COMPLETE.
            *****************************************

    Account Coding: _____

    Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

**INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.**

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                    09/26/01
120 WEST MAGNOLIA STREET                   Page 4
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

================================================
P U R C H A S E   O R D E R              20872
================================================

ORDER NUMBER:    20872    DV: 1    DEPT:         TYPE:
JOB/SALES ORDER:          PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE.........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                  SHIP ROYAL CONSUMER PRODUCTS
 ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

   GARDENA CA 90248                   LOUISVILLE KY 40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|---|---|---|---|---|---|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|---|---|---|
| 13-2857778 | | 2ND REVISION - INCR. QTY. |

| ORDER | OUR PART NUMBER | | UNIT | EXTENDED |
|---|---|---|---|---|
| QTY UM | & WAREHOUSE | PART DESCRIPTION | COST | AMOUNT |

CONFIRMING ORDER - DO NOT DUPLICATE

                                              _____
                                              152753.68

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
*  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
*  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
*  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS

                                              PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.    _____ 9/26/01
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

ReproMediaCorporation

230 East Alondra Boulevard    Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO

20872

19785    09-25-01    1

SHIP VIA: TRUCK-LH    CARRIER: ESTRN-88    FREIGHT: PREPAY-ADD    SALESMAN: HOUSE ACCT    TERMS: 2% NET 10 DAYS    F.O.B: GARDENA EMAIL 9/24

| QTY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS | SQUARE YDS | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | SYD | 12432625 | A1121D1 | | 26.25 1243N PHOTOGLS M/R | 2950 | 2151 | 0.96000 | SYD | 2064. |
| | SYD | 12432625 | A1121D1 | | 26.25 1243N PHOTOGLS M/R | 2755 | 2009 | 0.96000 | SYD | 1928. |
| | SYD | 12432625 | A1121D1 | | 26.25 1243N PHOTOGLS M/R | 3071 | 2239 | 0.96000 | SYD | 2149. |
| | SYD | 12432625 | A1121E1 | | 26.25 1243N PHOTOGLS M/R | 3156 | 2301 | 0.96000 | SYD | 2208. |
| | SYD | 12432625 | A1121F1 | | 26.25 1243N PHOTOGLS M/R | 3126 | 2279 | 0.96000 | SYD | 2187. |
| | SYD | 12432625 | A1121C1 | | 26.25 1243N PHOTOGLS M/R | 2960 | 2158 | 0.96000 | SYD | 2071. |
| | SYD | 12432625 | A1122A1 | | 26.25 1243N PHOTOGLS M/R | 2745 | 2147 | 0.96000 | SYD | 2041. |
| | SYD | 12432625 | A1122B1 | | 26.25 1243N PHOTOGLS M/R | 2975 | 2184 | 0.96000 | SYD | 2096. |
| | SYD | 12432625 | A1122C1 | | 26.25 1243N PHOTOGLS M/R | 3156 | 2301 | 0.96000 | SYD | 2208. |
| | SYD | 12432625 | A1122D1 | | 26.25 1243N PHOTOGLS M/R | 3002 | 2189 | 0.96000 | SYD | 2101. |
| | SYD | 12432625 | A1122E1 | | 26.25 1243N PHOTOGLS M/R | 2901 | 2115 | 0.96000 | SYD | 2030. |
| 13 | SYD | 12432625 | A1123A1 | | 26.25 1243N PHOTOGLS M/R | 3030 | 2209 | 0.96000 | SYD | 2120. |
| | SYD | 12432625 | A1123C1 | | 26.25 1243N PHOTOGLS M/R | 2572 | 1875 | 0.96000 | SYD | 1800. |
| | SYD | 12432475 | A1121B2 | | 24.75 1243N PHOTOGLS M/R | 2950 | 2028 | 0.96000 | SYD | 1948. |
| 13 | SYD | 12432475 | A1121D2 | | 24.75 1243N PHOTOGLS M/R | 2755 | 1894 | 0.96000 | SYD | 1818. |

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

**ABERDEEN**
RepairWeldsCorporation

13138
230 East Alondra Boulevard
(310) 377-0244 (800) 237-6583 National FAX (310) 715-8228
Gardena, California 90248

INV NUMBER: 20072

SHIP TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

CARRIER: TRUCK-LH  ESTRN SG

FREIGHT: PREPAY-ADD

SALESMAN: HOUSE ACCT

TERMS: 2% NET 10 DAYS

SHIP TO: GARDENA EMAIL 8/24

INVOICE # 17786   DATE 09-25-01

| UNITS QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | SYD | 12432475 | A1121E2 | | 24.75 1243N PHOTOGLS M/R | 3071 | 2111 | 0.96000 | SYD | 2026 |
| | SYD | 12432475 | A1121F2 | | 24.75 1243N PHOTOGLS M/R | 3155 | 2169 | 0.96000 | SYD | 2082 |
| | SYD | 12432475 | A1121C2 | | 24.75 1243N PHOTOGLS M/R | 3124 | 2148 | 0.96000 | SYD | 2062 |
| | SYD | 12432475 | A1122A2 | | 24.75 1243N PHOTOGLS M/R | 2760 | 2035 | 0.96000 | SYD | 1953 |
| | SYD | 12432475 | A1122B2 | | 24.75 1243N PHOTOGLS M/R | 2945 | 2025 | 0.96000 | SYD | 1944 |
| | SYD | 12432475 | A1122C2 | | 24.75 1243N PHOTOGLS M/R | 2995 | 2059 | 0.96000 | SYD | 1976 |
| | SYD | 12432475 | A1123B2 | | 24.75 1243N PHOTOGLS M/R | 3155 | 2169 | 0.96000 | SYD | 2082 |
| | SYD | 12432475 | A1122D2 | | 24.75 1243N PHOTOGLS M/R | 3002 | 2064 | 0.96000 | SYD | 1981 |
| | SYD | 12432475 | A1122E2 | | 24.75 1243N PHOTOGLS M/R | 2655 | 1825 | 0.96000 | SYD | 1752 |
| | SYD | 12432475 | A1123C2 | | 24.75 1243N PHOTOGLS M/R | 3030 | 2083 | 0.96000 | SYD | 1999 |
| | SYD | 12432475 | A1123A2 | | 24.75 1243N PHOTOGLS M/R | 2572 | 1748 | 0.96000 | SYD | 1697 |

TOTAL SQ YDS: 54535

SUB-TOTAL 52355
FREIGHT 2400
TOTAL 54755

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS.

DUPLICATE

ROYAL CONSUMER PRODUCTS                    09/26/01
120 WEST MAGNOLIA STREET                    Page 1
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

==================================================================
P U R C H A S E   O R D E R                    20872
==================================================================

ORDER NUMBER:    20872        DV: 1    DEPT:            TYPE:
JOB/SALES ORDER:              PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

------------------------------------------------------------------

VENDOR PERMALITE                      SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.            TO: 1120 WEST MAGNOLIA STREET

   GARDENA  CA  90248                    LOUISVILLE  KY  40210

------------------------------------------------------------------

Ord-Date | Req-Date  | Confirm-To | Ship-Via   | F.O.B.     | Freight
08/28/01 | 09/04/01  | S. JUPIN   | YOUR TRUCK | SHIP POINT | PP & ADD

------------------------------------------------------------------

Tx-Ex-No  | Payment Terms          | Comments
13-2857778 |                       | 2ND REVISION - INCR. QTY.

------------------------------------------------------------------

ORDER    OUR PART NUMBER                         UNIT      EXTENDED
QTY  UM & WAREHOUSE    PART DESCRIPTION           COST      AMOUNT

12000 LB 1309-28909R3 [1]                        1.90598   22871.76
                 PAPER, 128#,WHITE, GLOSSY,ROLL, 43"W X
                 40"OD X 3" OR 6"ID CORE, +/- 2% BASIS WT
                 (BW BASED ON REAM SIZE: 25" X 38" X 500)

                 09/12/01 - PRICE AND QUANTITY REVISIONS
                 PER PAUL SPAULDING CONVERSATION WITH
                 BILL BOLDUC.

                 PRICE PER POUND IS APPROXIMATE. ACTUAL
                 PRICE WILL BE $.50/MSI OR $.648/SY.
                 CONVERSION IS APPROX. .2623 LBS/MSI OR
                 .34 LBS/SY.

46000 LB 1309-28909R3 [1]YOUR PART:1243-N        2.82352   129881.92
                 PAPER, 124.6#,WHITE, GLOSSY,ROLL, 26.25"
                 & 24.75"W ON 3" OR 6"ID CORE, +/- 2% BW.
                 (BW BASED ON REAM SIZE: 25" X 38" X 500)

                 PER PAUL SPAULDING, RICH REPECKI AND

        Account Coding: _____

        Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

_____                    PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                 09/26/01
120 WEST MAGNOLIA STREET                Page 2
LOUISVILLE KY 40210

PHONE: 502-635-6327   FAX: 502-635-2429

========================================================================
P U R C H A S E   O R D E R                          20872
========================================================================

ORDER NUMBER:    20872    DV: 1    DEPT:         TYPE:
JOB/SALES ORDER:          PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

------------------------------------------------------------------------
VENDOR PERMALITE                 SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 230 E. ALONDRA BLVD.     TO: 1120 WEST MAGNOLIA STREET

    GARDENA  CA  90248                LOUISVILLE  KY  40210
------------------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN   | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No  | Payment Terms | Comments |
|-----------|---------------|----------|
| 13-2857778 |              | 2ND REVISION - INCR. QTY. |

| ORDER | OUR PART NUMBER | | UNIT | EXTENDED |
|-------|-----------------|------------------|------|----------|
| QTY UM & WAREHOUSE | PART DESCRIPTION | | COST | AMOUNT |

------------------------------------------------------------------------

TONY SARY EMAIL CORRESPONDENCE SEPT.2001

*** PLEASE ENSURE CORE PLUGS ARE USED
    TO PREVENT CORES FROM BEING CRUSHED
    DURING SHIPMENT.                    ***

PRICE PER POUND IS APPROXIMATE. ACTUAL
PRICE WILL BE $.7407/MSI OR $.96/SY.
CONVERSION IS APPROX. .2623 LBS/MSI OR
.34 LBS/SY.

ALL PRODUCT WARRANTED FIT FOR PURPOSE

##########################################
CALL 24 HOURS IN ADVANCE OF DELIVERY FOR
A DOCK APPOINTMENT AT 502-635-6327 X12
7:00AM - 3:00PM EST.  PLEASE ADVISE YOUR
CARRIER TO ASK FOR AND RETAIN A CONFIR-
MATION NUMBER FOR THEIR DOCK TIME.
FAILURE TO MAKE AN APPOINTMENT WILL

Account Coding: _____

Capital Appropriation No.: _____

## DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

**\*INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS**

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.

ROYAL CONSUMER PRODUCTS
120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

09/26/01
Page 3

PHONE: 502-635-6327   FAX: 502-635-2429

==================================================================

P U R C H A S E   O R D E R                          20872

==================================================================

ORDER NUMBER:    20872      DV: 1      DEPT:          TYPE:
JOB/SALES ORDER:            PURCHASING AGENT: SJ    SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

------------------------------------------------------------------

VENDOR PERMALITE                 SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 230 E. ALONDRA BLVD.     TO: 1120 WEST MAGNOLIA STREET

      GARDENA  CA  90248              LOUISVILLE  KY  40210

------------------------------------------------------------------

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

------------------------------------------------------------------

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION - INCR. QTY. |

------------------------------------------------------------------

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|--------------------------------|------------------|-----------|-----------------|

RESULT IN A $100.00 CHARGEBACK TO YOU.
######################################

PLEASE APPLY OUR TAX EXEMPTION, #222179,
ON FILE WITH YOU.

0% UNDERRUN / 10% OVERRUN ALLOWED
IF OVERRUN EXCEEDS 10% ALLOWABLE, PLEASE
HOLD EXCESS IN INVENTORY UNTIL WE ADVISE
DISPOSITION.

INFORMATION REQUESTED TO BE ON ALL DOCU-
MENTATION MUST ALSO BE SHOWN ON EACH
ROLL CORE.  IN ADDITION, PLEASE NOTE
ROLL # OF # BY LOT NO.

****************************************
NOTE:  PLEASE ADVISE TOTAL YIELD AS SOON
       AS JOB IS COMPLETE.
****************************************

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

**INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.**

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE. IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
THIS ORDER IS SUBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS SHALL BE

ROYAL CONSUMER PRODUCTS                    09/26/01
120 WEST MAGNOLIA STREET                   Page 4
LOUISVILLE KY 40210

PHONE: 502-635-6327     FAX: 502-635-2429

==================================================================
P U R C H A S E   O R D E R                         20872
==================================================================

ORDER NUMBER:   20872      DV:  1    DEPT:        TYPE:
JOB/SALES ORDER:           PURCHASING AGENT: SJ   SUPPLIER: PERMAL
PHONE..........: 310-327-0244/800-237-6583 FAX: 310-715-8228

VENDOR PERMALITE                  SHIP ROYAL CONSUMER PRODUCTS
ADDR: 230 E. ALONDRA BLVD.        TO: 1120 WEST MAGNOLIA STREET

     GARDENA CA 90248                  LOUISVILLE KY 40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 08/28/01 | 09/04/01 | S. JUPIN | YOUR TRUCK | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | | 2ND REVISION – INCR. QTY. |

| ORDER | OUR PART NUMBER | | UNIT | EXTENDED |
| QTY UM & WAREHOUSE | PART DESCRIPTION | | COST | AMOUNT |

CONFIRMING ORDER – DO NOT DUPLICATE

                                              152753.68

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
*  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
*  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
*  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

**DO NOT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES**

ORDERS FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RECEIVE A WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

**\*INVOICE IN NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS**

PER _____

IF FREIGHT IS AT OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
ALL FREIGHT CHARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
ORDER CALL FOR US TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

**EXHIBIT 6**

03/01/02  17:09 FAX 1 203 849 9177                                    ☑003

## EOLEX IMAGING GLOSSY PAPER
### INVOICES DATED JULY 1 THROUGH AUGUST 24, 2001

| P.O. Date | P.O. Number | Product Description | Invoice Date | Unit Price | Unit Measure | Units Received | Invoice Price | MVP Unit Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/16/01 | 20677 | Glossy, 8.5 x 11 sheets | 7/17/01 | 0.085 | Sheet | 150,000.0 | 12,750.00 | 0.0332 | 4,980 | 7,770 |
| | | Freight | | | | | 1,175.00 | | | 1,175 |
| 7/16/01 | 20677 | Glossy, 8.5 x 11 sheets | 7/16/01 | 0.085 | Sheet | 100,000.0 | 8,500.00 | 0.0332 | 3,320 | 5,180 |
| | | Freight | | | | | 1,175.00 | | - | 1,175 |
| 7/23/01 | 20684 | Glossy, 8.5 x 11 sheets | 7/25/01 | 0.085 | Sheet | 252,000.0 | 21,420.00 | 0.0332 | 8,366 | 13,054 |
| 7/23/01 | 20684 | Glossy, rolls | 7/20/01 | 0.80214 | MSI | 70,384.9 | 56,458.54 | 0.3552 | 25,001 | 31,458 |
| | | Freight | | | | | 1,784.28 | | - | 1,784 |
| | | Total | | | | | $ 103,262.82 | | | $ 61,596 |



03/01/02  17:09 FAX 1 203 849 9177                                    ☑004

Royal Consumer Products
1120 W Magnolia Avenue
Louisville, KY 40210
(502) 635-6327

Facsimile Transmittal

| To: | STEVE SCHULMAN | Fax: | CT |
|---|---|---|---|
| From: | Mary Lynn Lage | Date: | 2/15/02 |
| Re: | Ink Jet | Pages: | 11 (including cover) |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Steve:

We received a total of 502,000 8 ½" x 11" sheets from Folex, approx. 12,550 lbs.
See attached.

03/01/02  17:09 FAX 1 203 849 9177                                    005

# folex ®
## I M A G I N G

**FOLEX H.S. SCHLEUSSNER, INC.**
6 DANIEL ROAD EAST
FAIRFIELD, NEW JERSEY 07004
973-575-4500 • 800-631-1150 • Fax 973-575-4646
Visit Folex at http://www.folex.com

| 27467 | 01 |
|---|---|
| **INVOICE DATE** | |
| 07/16/01 | |

BILL TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

SHIP TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 132564 | 07/16/01 | 064246 | NJ | 20 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 20677 | | Truck | Prepaid |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | .08 | SH | |
| 00132241 | 250,000 | 100,000 | | | 8,500.00 |
| FOTOJET HGWW | | 150,000 | | | |
| 8.5X11 1 SHEET | | | | | |
| | | BULK PACK—SEPARATE EVERY 200 SHEETS | | | |

| | |
|---|---|
| SALE AMOUNT | 8,500.00 |
| MISC CHARGES | .00 |
| SHIPPING/HANDLING | 1,175.00 |
| SALES TAX | .00 |
| TOTAL | 9,675.00 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 9,675.00 |

COMMENTS:

TERMS:    NET 30 DAYS

THE TERMS AND CONDITIONS APPEARING ON THE BACK CONSTITUTE THE ENTIRE AG

## MILLEN INDUSTRIES, INC.

3966

71854

7/17/01

| RECEIVED FROM | Foley | | | | DATE RECEIVED | 7/17/01 |
| ADDRESS | | | | | PURCHASE ORDER NO | 2677 |
| CITY AND STATE | Fairfield N.J. | | | | REQUISITION NO. | |
| FOR DEPARTMENT | Prod | | | | DATE OF INVOICE | |
| DELIVERED BY | Oasis Trans | | | | PRO NUMBER | |

| FREIGHT | EXPRESS | P.P | DELIVERED | PICK UP | CHARGES PAID | CHARGES COLLECT - AMOUNT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | WEIGHT |
|---|---|---|
| 100,000 | Foto Qt  HGWN  8½×11 | |
| | | 2500 lbs |

| PARTIAL | COMPLETE | CAR LOAD | CASES | PKGE | CRATES | BUNDLES | LOOSE | BBLS | BAGS | DRUMS | CRATES |
|---|---|---|---|---|---|---|---|---|---|---|---|

REMARKS

RECEIVED BY

03/01/02  17:09 FAX 1 203 849 9177                                                                    Ø007

# folex ®
## I M A G I N G

**FOLEX H.S. SCHLEUSSNER, INC.**
6 DANIEL ROAD EAST
FAIRFIELD, NEW JERSEY 07004
973-575-4500 • 800-631-1150 • Fax 973-575-4646
Visit Folex at http://www.folex.com

| INVOICE NO. | PAGE |
|---|---|
| 27500 | 01 |

| INVOICE DATE |
|---|
| 07/17/01 |

**BILL TO:**
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

**SHIP TO:**
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 132564 | 07/16/01 | 064246 | NJ | 20 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD/COL. |
|---|---|---|---|
| 20677 | | Truck | Prepaid |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 00132241 FOTOJET HGWW 8.5X11-1 SHEET | 150,000 | 150,000 | .08 | SH | 12,750.00 |
| BULK PACK-SEPARATE EVERY 200 SHEETS | | | | | |

| | |
|---|---|
| SALE AMOUNT | 12,750.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | 1,175.00 |
| SALES TAX | .00 |
| TOTAL | 13,925.00 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | **13,925.00** |

COMMENTS:

TERMS:     NET 30 DAYS

THE TERMS AND CONDITIONS APPEARING ON THE BACK CONSTITUTE THE ENTIRE AGRE

03/01/02  17:09 FAX 1 203 849 9177                                     ☑008

# MILLEN
## INDUSTRIES, INC.

71858

3068

| | |
|---|---|
| RECEIVED FROM _Foley_ | DATE RECEIVED _7/18/01_ |
| ADDRESS | PURCHASE ORDER NO _20677_ |
| CITY AND STATE _Fairfield  NJ_ | REQUISITION NO |
| FOR DEPARTMENT _Pearl_ | DATE OF INVOICE |
| DELIVERED BY _Go Express_ | PRO NUMBER |

| FREIGHT | EXPRESS | P.P. | DELIVERED | PICK UP | CHARGES PAID | CHARGES COLLECT — AMOUNT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | WEIGHT |
|---|---|---|
| 150 cs | at 1000 Sheets ea | 150,000 |
| | 8½" X 11" Litho point III | |
| | | 3750 lbs. |

| PARTIAL | COMPLETE | CAR LOAD | CASES | KEGS | CRATES | BUNDLES | LOOSE | BBLS | BAGS | DRUMS | CRTNS |
|---|---|---|---|---|---|---|---|---|---|---|---|

REMARKS

RECEIVED BY

03/01/02  17:09 FAX 1 203 849 9177                                                @009

# folex
## I M A G I N G

FOLEX H.S. SCHLEUSSNER, INC.
6 DANIEL ROAD EAST
FAIRFIELD, NEW JERSEY 07004
973-575-4500 • 800-631-1150 • Fax 973-575-4646
Vsk Folex at http://www.folex.com

| 27604 | 01 |
|---|---|
| **INVOICE DATE** | |
| 07/25/01 | |

BILL TO: MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

SHIP TO: MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 132641 | 07/24/01 | 064246 | NJ | 20 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 20684 | CCX | | |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 00132241 FOTOJET HGWW 8.5X11 1 SHEET | 275.000 | 252.000 23.000 | .08 | SH | 21,420.00 |

| | |
|---|---|
| SALE AMOUNT | 21,420.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | 21,420.00 |
| TOTAL | .00 |
| AMOUNT RECEIVED | |
| **BALANCE DUE** | 21,420.00 |

COMMENTS:

TERMS:    NET 30 DAYS

THE TERMS AND CONDITIONS APPEARING ON THE BACK CONSTITUTE THE ENTIRE AGR
PERTAINING TO THIS PURCHASE WHICH MAY NOT BE MODIFIED EXCEPT BY WRITTEN C

# MILLEN INDUSTRIES, INC.

# 403 7/31 cor

71902

| | |
|---|---|
| RECEIVED FROM | DATE RECEIVED 7/27/61 |
| Foley | PURCHASE ORDER NO 20684 |
| ADDRESS | REQUISITION NO |
| CITY AND STATE Fairfield NJ | DATE OF INVOICE |
| FOR DEPARTMENT Del | PRO NUMBER |
| DELIVERED BY Jc Express | CHARGES COLLECT — AMOUNT |

| FREIGHT | EXPRESS | P.P | DELIVERED | PICK UP | CHARGES PAID | |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | WEIGHT |
|---|---|---|
| 25 200 Sh | Foley't HGWW 1309-28909 | |
| 28800 | 1309-28909 | |
| | PO# 20684A | # 4039 7/31 Cor |
| | # Bal d receipt | |
| | | 6300 lbs. |

| PARTIAL | COMPLETE | CAR LOAD | CASES | PKGE | CRATES | BUNDLES | LOOSE | RELS | BAGS | DRUMS | CRTNS |
|---|---|---|---|---|---|---|---|---|---|---|---|

REMARKS

RECEIVED BY

03/01/02  17:10 FAX 1 203 849 9177                                      ☑011

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

07/31/01
Page 1

PHONE: 502-635-6327    FAX: 502-635-2419

20677

P U R C H A S E   O R D E R

ORDER NUMBER:      20677        DV: 1    DEPT: 1       TYPE:
JOB/SALES ORDER:               PURCHASING AGENT: SJ    SUPPLIER: FOLEX
PHONE----------: 800-631-1150          FAX: 973-575-4646

VENDOR FOLEX IMAGING            SHIP ROYAL CONSUMER PRODUCTS
  ADDR: 6 DANIEL ROAD EAST       TO: 1120 WEST MAGNOLIA STREET

    FAIRFIELD  NJ  07004           LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|---|---|---|---|---|---|
| 07/13/01 | 07/17/01 | S. JUPIN | BEST WAY | SHIP POINT | PP & ADD |

| Tx-Ex-No | Payment Terms | Comments |
|---|---|---|
| 13-2857778 | NET 30 | CONFIRM ORDER-DAVE ROBINSON |

| ORDER QTY | UM & WAREHOUSE | OUR PART NUMBER | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 250000 | SH | 1309-28909 [1] | GLOSSY - 100CT -. | .085 | 21250.00 |
|  |  |  | DATE REQUIRED: 07/17/01 |  |  |
|  |  |  | 8.5 X 11 GLOSSY SHEETS |  |  |
| 19202 | LB | 1309-28909R3 | [1]164#GLOSSY INKJET ROLL,34-1/2" | 2.9403067 | 56459.77 |
|  |  |  | DATE REQUIRED: 07/16/01 |  |  |
|  |  |  | WIDE ON 3"ID CORES. 3300FT (SQ.) BASIS |  |  |
|  |  |  | WEIGHT. |  |  |

CONFIRMING ORDER PLACED BY MARY LYNN
LAGE TO DAVID ROBINSON.

Account Coding: _____

Capital Appropriation No.: _____

T SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES

OM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

I NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

PER _____

UR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE.
RGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
IS TO PAY SAME. WE DO NOT ACCEPT COLLECT SHIPMENTS.

JBJECT TO ALL OF THE CONDITIONS OF

03/01/02  17:10 FAX 1 203 849 9177                                          ☑012

07/31/01
Page 2

ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA STREET
LOUISVILLE KY 40210

PHONE: 502-635-6327     FAX: 502-635-2419

PURCHASE  ORDER                                           20677

| | | | |
|---|---|---|---|
| ORDER NUMBER: 20677 | DV: 1 | DEPT: 1 | TYPE: |
| JOB/SALES ORDER: | PURCHASING AGENT: SJ | | SUPPLIER: FOLEX |
| PHONE---------: 800-631-1150 | FAX: 973-575-4646 | | |

VENDOR FOLEX IMAGING
ADDR: 6 DANIEL ROAD EAST

SHIP ROYAL CONSUMER PRODUCTS
TO: 1120 WEST MAGNOLIA STREET

FAIRFIELD  NJ  07004                    LOUISVILLE  KY  40210

| Ord-Date 07/13/01 | Req-Date 07/17/01 | Confirm-To S. JUPIN | Ship-Via BEST WAY | F.O.B. SHIP POINT | Freight PP & ADD |
|---|---|---|---|---|---|

| Tx-Ex-No 13-2857778 | Payment Terms NET 30 | Comments CONFIRM ORDER-DAVE ROBINSON |
|---|---|---|

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|---|---|---|---|---|
| | | | | 77709.77 |

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
* OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
* SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
* QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

OT SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES
FROM THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
WRITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.

N NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENT

PER _____

OUR EXPENSE, YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE
HARGES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
LOT TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
SUBJECT TO ALL OF THE TERMS

03/01/02  17:10 FAX 1 203 849 9177                                           ☑013

ROYAL CONSUMER PRODUCTS                07/31/01
1120 WEST MAGNOLIA STREET              Page 1
LOUISVILLE KY 40210

PHONE: 502-635-6327     FAX: 502-635-2429

P U R C H A S E   O R D E R                    20684

ORDER NUMBER:     20684      DV: 1     DEPT: 1        TYPE:
JOB/SALES ORDER:           PURCHASING AGENT: SJ    SUPPLIER:  FOLEX
PHONE........: 800-631-1150          FAX: 973-575-4646

VENDOR FOLEX IMAGING          SHIP ROYAL CONSUMER PRODUCTS
ADDR: 6 DANIEL ROAD EAST      TO: 1120 WEST MAGNOLIA STREET

     FAIRFIELD  NJ  07004             LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|------------|----------|--------|---------|
| 07/23/01 | 07/27/01 | S. JUPIN   |          |        |         |

| Tx-Ex-No   | Payment Terms | Comments |
|------------|---------------|----------|
| 13-2857778 |               | CONFIRMING ORDER – P.SPAULDING |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|-------------------------------|------------------|-----------|-----------------|
| 25200 SH  | 1309-28909 [1] | GLOSSY – 100CT _. | 0.0850 | 2142.00 |

CONFIRMS ORDER PLACED BY PAUL SPAULDING
TO DAVID ROBINSON ON 07/23/01.

                                                          2142.00

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
*  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
*  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
*  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

Account Coding: _____

Capital Appropriation No.: _____

SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES
THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.
NAME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

                                    PER _____

EXPENSE YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE
IT MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
D MAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.
JECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE HEREOF. NONE OF SUCH CONDITIONS
CEPT BY WAY OF A WRITTEN INSTRUMENT SIGNED BY THE

03/01/02  17:10 FAX 1 203 849 9177                                    ☑014

JYAL CONSUMER PRODUCTS                          07/31/01
1120 WEST MAGNOLIA STREET                        Page 1
LOUISVILLE KY 40210

PHONE: 502-635-6327    FAX: 502-635-2429

P U R C H A S E   O R D E R              20684A

ORDER NUMBER:    20684A      DV= 1     DEPT: 1      TYPE:
JOB/SALES ORDER:             PURCHASING AGENT: SJ   SUPPLIER: FOLEX
PHONE.........: 800-631-1150            FAX: 973-575-4646

VENDOR FOLEX IMAGING          SHIP ROYAL CONSUMER PRODUCTS
ADDR: 6 DANIEL ROAD EAST      TO: 1120 WEST MAGNOLIA STREET

   FAIRFIELD  NJ  07004          LOUISVILLE  KY  40210

| Ord-Date | Req-Date | Confirm-To | Ship-Via | F.O.B. | Freight |
|----------|----------|-----------|----------|--------|---------|
| 07/23/01 | 07/27/01 | S. JUPIN  |          |        |         |

| Tx-Ex-No | Payment Terms | Comments |
|----------|---------------|----------|
| 13-2857778 | NET 30      |          |

| ORDER QTY | OUR PART NUMBER UM & WAREHOUSE | PART DESCRIPTION | UNIT COST | EXTENDED AMOUNT |
|-----------|-------------------------------|------------------|-----------|-----------------|
| 226800 SH | 1309-28909 [1] | GLOSSY - 100CT -- | 0.0850 | 19278.00 |

CONFIRMING ORDER - DO NOT DUPLICATE

                                                  19278.00

THE FOLLOWING INFO. MUST APPEAR ON ALL PACKING LISTS, INVOICES,
ETC., AND ON EACH CONTAINER:
 *  OUR PO/RELEASE NO., PART NO. AND DESCRIPTION.
 *  SUPPLIER ORDER NO./LOT NO. & DATE OF ORDER AND/OR MANUFACTURE.
 *  QUANTITY SHIPPED IN TOTAL AND PER CONTAINER.

See PO # 20684

Account Coding: _____

Capital Appropriation No.: _____

T SHIP GOODS WITHOUT A WRITTEN ACKNOWLEDGED ORDER WITH PRICES
M THE ABOVE COMPANY ("THE COMPANY") SHALL HAVE NO EFFECT AND ARE NOT VALID UNTIL AND UNLESS YOU
RITTEN PURCHASE ORDER ON THIS FORM SIGNED BY AN AUTHORIZED PURCHASING AGENT OF THE COMPANY.
N AME OF AND TO ADDRESS OF ORIGIN, IN DUPLICATE, WITH SHIPPING DOCUMENTS.

                                    PER _____

* DEFENSE YOU MUST SHIP CHEAPEST WAY UNLESS WE ADVISE OTHERWISE
GES MUST BE PREPAID AND ADDED TO YOUR INVOICE IF TERMS OF THIS
TO PAY SAME, WE DO NOT ACCEPT COLLECT SHIPMENTS.

IBJECT TO ALL OF THE CONDITIONS OF PURCHASE CONTAINED ON THE REVERSE SIDE

EXHIBIT 7

Aug 29 01 09:55a     Nick Bozovich                              717-751-3710          p.2



**CNA**  *INSURANCE IN TOUCH WITH BUSINESS*

2401 Pleasant Valley Rd York PA 17402

Nick Bozovich
Senior General Adjuster
CNA Commercial Insurance
Telephone   717-751-3719
                    800-955-9054 x3719
Facsimile    717-751-3710
Internet      nicholas.bozovich@cna.com

August 29, 2001

Mr. Bob Kaminsky
Miami Wabash Paper Co
413 Oxford Rd
Franklin, OH 45005

Mr. Steve Schulman
Miami Wabash Paper Co/Mafcote Industries
108 Main St
Norwalk, CT 06851

Insured                    : Mafcote Industries / Miami Wabash Paper Co
Location of Occurrence     : 413 Oxford Rd, Franklin, OH
Date of Occurrence         : 7/26/01
Date Reported              : 8/14/01
Type of Occurrence         : Boiler & Machinery Accident
CNA Claim Number           : 7A 114546

Dear Mr. Kaminsky & Mr. Schulman:

This letter will confirm my phone conversations with you regarding the repair costs of the boiler that was damaged in this accident.

Our investigation of this occurrence shows that an accumulation of soft scale on the waterside surface of a Lattner Horizontal Fire Tube Boiler caused overheating of the boiler shell. Subsequent to the overheating, and caused by the overheating, the boiler shell cracked.

This occurrence was reported to CNA on 8/14/01. A local boiler repair firm, Schweitzer Brothers of Cincinnati, OH was contacted to examine the boiler and determine if it could be repaired. They found that it was repairable, and provided a bid of $16,000. This bid included replacement of all bottom tubes.   Repair would be in accordance with manufacturer specifications, and Schweitzer Brother's guarantees their workmanship.

Since the physical damage deductible on this policy is $25,000, there is no claim payable under that coverage.   During our investigation, you had rented a boiler on a temporary basis to replace the damaged unit.  The cost of that rental was reported to be $3,373.00 per week after an installation charge of $3,968.00.  It was reported that the rental boiler unit was delivered and set up on 8/15/01.

The Combined Business Interruption and Extra Expense Actual Loss form commences liability at the time of the "accident", or 24 hours before CNA receives notice, whichever is later.  In this instance, the occurrence was reported to CNA on 8/14/01 at 12:01 pm, EST.  CNA's liability under the policy began at 12:01 pm, EST on 8/13/01.  Any business income or extra expense loss prior to that date would not be covered by the policy.

08/30/01  17:08 FAX 1 203 849 9177                                        @003

Aug 29 01 09:55a        Nick Bozovich              717-751-3710           p.3

Mr. Kaminsky and Mr. Schulman            -2-                    August 29, 2001

The repair estimate was communicated to Mr. Kaminsky on 8/23/01.  Schweitzer Brothers told us that they could begin repair on Monday, 8/27/01.  They estimated repair would take about 4 days.

Adding on 2 days to test the repair and re-certify the boiler, the repair would be complete by October 3, 2001.  Based on the policy language, CNA's liability under the policy for business income and extra expense claims will terminate on October 6th, 2001.

The period of time for coverage is based on the Combined Business Interruption and Extra Expense Actual Loss form of the policy that provides coverage for "Actual Loss" and "Extra Expense" during the "Period of Restoration".  The "Period of Restoration" is defined as the period of time that "...begins at the time of the commencement of liability; and Ends 5 consecutive days after the date when the damaged property a the described "location is repaired or replaced".

In order to finalize the amount to be paid under the policy, I'll need to obtain copies of the bills for the rental boiler.  Please forward them to me at the address shown on this letter.  If you have any questions, please contact me.

Sincerely,

Nick Bozovich, AIC
Senior General Adjuster

Cc: Genatt Associates, New Hyde Park, NY

**EXHIBIT 8**

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUN 2 8 2002

KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

MAFCOTE, INC.                    :     CASE NO. C-1-02-411

    Plaintiff                   :     JUDGE SANDRA S. BECKWITH

    -vs-                        :

CONTINENTAL CASUALTY            :     ANSWER OF DEFENDANT,
INSURANCE COMPANY                     CONTINENTAL CASUALTY
                                :     INSURANCE COMPANY

    Defendant                   :

                                :

* * * * * * *

CONTINENTAL CASUALTY INSURANCE COMPANY ("Continental") by its

attorneys, Mound, Cotton, Wollan & Greengrass and Faulkner & Tepe, LLP, for its Answer to

the Complaint of the plaintiff ("Mafcote") states, upon information and belief:

### FIRST CLAIM

    1.    Denies each and every allegation of paragraphs 1 and 8 of that Complaint except

admits that it issued its Policy No. BM109874493 to Mafcote for a term of one year effective

June 8, 2002 ("Continental Policy") and begs leave to refer to the terms, provisions, and

conditions of the Continental Policy at the trial and all other stages of this action and to refer all

questions of law to the Court.

    2.    Denies each and every allegation of paragraph 2 of that Complaint except admits that

it is authorized to issue policies of insurance covering property in Ohio.

    3.    Denies knowledge or information sufficient to form a belief as to the truth of the

allegations of paragraphs 3, 4, 5 and 6 of that Complaint.

    4.    Denies knowledge or information sufficient to form a belief as to the truth of the

allegations of paragraph 7 of that Complaint except admits that Continental first received notice

from Mafcote of its claim for loss on or about August 14, 2001.

FAULKNER & TEPE
ATTORNEYS AT LAW
2200 FOURTH & VINE TOWER
5 WEST FOURTH STREET
CINCINNATI, OHIO 45202-3606
(513) 421-7500

5.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of that Complaint except admits that it was advised by Mafcote that on or about August 15, 2001 Mafcote had installed a rental boiler to replace the its damaged boiler until repairs could be completed.

6.  Denies each and every allegation contained in paragraphs 10 and 12 of that Complaint.

7.  Admits the allegations contained in paragraph 11 of that Complaint.

## SECOND CLAIM

8.  Repeats and realleges each of its responses to paragraphs 1 through 12 of the Complaint as set forth in paragraphs of 1 through 7 of this Answer to the extent those paragraphs are incorporated in the Second Claim through paragraph 13 of that Complaint.

9.  Denies each and every allegation of paragraph 14 of that Complaint and begs leave to refer all questions of law to the Court.

## FIRST DEFENSE

10.  The Continental Policy contains the following provisions in its COMBINED BUSINESS INTERRUPTION AND EXTRA EXPENSE ACTUAL LOSS FORM:

A.  COVERAGE

1.  We will pay you for your "Actual Loss" and "Extra Expense" during the "Period of Restoration" provided all of the following requirements are met:

   a.  The "Actual Loss" and "Extra Expense" must be caused solely by an "accident to an "object";

   b.  The loss must be as a result of direct physical damage to Covered Property;

   c.  The "accident" must occur during the time this coverage is in force:

FAULKNER & TEPE
ATTORNEYS AT LAW
2200 FOURTH & VINE TOWER
5 WEST FOURTH STREET
CINCINNATI, OHIO 45202-3606
(513) 421-7500

    d.   The "object" that has the "accident" must be:

        (1) Specified as covered in the Combined Business Interruption and Extra Expense Schedule;

        (2) At a "location" shown in the Combined Business Interruption and Extra Expense Schedule; and

        (3) In use or connected ready for use.

2.    We will pay:

    a.   Your "actual loss" from a total or partial interruption of business; and

    b.   The "Extra Expense" you necessarily incur to operate your "Business" as nearly "normal" as practicable during the "Period of Restoration" following an "accident".

We will consider the actual experience of your business before the "accident" and the probable experience you would have had without the "accident" in determining the amount of our payment.

\* \* \*

## D. CONDITIONS

\* \* \*

4. Notice of "Accident" and Commencement of Liability

At our expense you must immediately give notice of "accident" to any of our offices.  You must confirm that notice in writing. Our liability under this coverage starts:

    a. At the time of the "accident", or
    b. 24 hours before we receive notice of "accident"

    whichever is later

## E. DEFINITIONS

The following definitions apply in addition to the Definitions of the Boiler and Machinery Coverage Form and all provisions of any Object. Definitions endorsements shown in the Declarations.

FAULKNER & TEPE
ATTORNEYS AT LAW
2200 FOURTH & VINE TOWER
5 WEST FOURTH STREET
CINCINNATI, OHIO 45202-3606
(513) 421-7500

1. "Actual loss" means the sum of:

    a.  The net profits you fail to earn because of business interruption resulting from an "accident"; and

    b.  Whatever part of the following fixed charges and expenses the business failed to earn but would have earned if there had been no "accident":

          \* \* \*

    (2) Manufacturing, selling, administrative expenses and any other items contributing to your overhead expenses.

          \* \* \*

5. "Extra Expense"

    a.  Means the cost of operating your "business:" during the "Period of Restoration" minus what the cost of operating it would have been had no "accident": occurred. Included in "Extra Expense" are such necessary items as: emergency services, merchandise or other property of other concerns.

    b.  May also include all or part of the cost of repairing or replacing property damaged or destroyed by an "accident". To qualify as "Extra Expense", the cost must be incurred for the purpose of minimizing the total of our "Extra Expense" payment. The amount that we would include in our "Extra Expense" payment would be equal to:

        (1)    The savings in "Extra Expense" you have enabled us to realize by having the repairs or replacements made; or

        (2)    The amount of "Extra Expense" you paid to have the repairs or replacements made;

whichever is less.

          \* \* \*

8. "Period of Restoration" means the period of time that:

    a.  Begins at the time of the commencement of liability; and

FAULKNER & TEPE
ATTORNEYS AT LAW
2200 FOURTH & VINE TOWER
5 WEST FOURTH STREET
CINCINNATI, OHIO 45202-3606
(513) 421-7500

        b.   Ends 5 consecutive days after the date when the damaged property at the described "location" is repaired or replaced.

11.  The extent of the loss to which Mafcote is entitled to recover under the Continental Policy, if any, must be determined in accordance with the policy provisions set forth above including the provisions which concern Commencement of Liability and Actual Loss during the Period of Restoration at the location where the loss occurred.

<strong>SECOND DFENSE</strong>

12.  Continental repeats and realleges the paragraph 10 of this Answer as if set forth in full at this place in this Answer.

13.  To the extent that Mafcote is seeking damages under the Continental Policy for losses that Mafcote and/or its subsidiaries that were incurred at locations other than the location where the accident to the object occurred, there is no coverage under the Continental Policy for such losses.

<strong>THIRD DEFENSE</strong>

14.  The Continental Policy provides in Paragraph D.6 of the COMBINED BUSINESS INTERRUPTION AND EXTRA EXPENSE ACTUAL LOSS FORM as follows:

6.    **Reducing Your Loss**

As soon as possible after an "accident", you must:

   a.   Resume business, partially or completely, and
   b.   Make up lost business within a reasonable period of time.  This reasonable period does not necessarily and when operations are resumed.

   c.   Make use of every available means including:

     (1)  Working extra time or overtime, either at the "location" or at another location you acquire to carry on the same operations;

     (2)  The property or services of other concerns; and

<strong>FAULKNER & TEPE</strong><br/>
ATTORNEYS AT LAW<br/>
2200 FOURTH & VINE TOWER<br/>
5 WEST FOURTH STREET<br/>
CINCINNATI, OHIO 45202-3606<br/>
(513) 421-7500

(3) Merchandise or other property, such as surplus machinery, duplicate parts, equipment, supplies and surplus or reserve stock you own, control or can obtain.

15. The extent of the loss to which Mafcote is entitled to recover under the Continental Policy, if any, must be determined and reduced in accordance with the policy provisions set forth above.

WHEREFORE, the defendant, Continental Casualty Insurance Company requests judgment dismissing the Complaint with prejudice together with costs and expenses.

Dated this __28__ day of June, 2002.

JOHN C. SCOTT, #0029518
Attorney for Defendant
FAULKNER & TEPE, LLP
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202
(513) 421-7500
FAX – (513) 421-7502
jscott@faulkner-tepe.com

FREDERIC R. MINDLIN, #
COSTANTINO P. SURIANO, #
Attorneys for Defendant
MOUND, COTTON, WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004-1486
(212) 804-4200
FAX – (212) 344-8066
fmindlin@moundcotton.com

FAULKNER & TEPE
ATTORNEYS AT LAW
2200 FOURTH & VINE TOWER
5 WEST FOURTH STREET
CINCINNATI, OHIO 45202-3605
(513) 421-7500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon William H.

Kaufman, P.O. Box 280, 144 E. Mulberry Street, Lebanon, Ohio 45036, by regular U.S. Mail

this _28_ day of June, 2002.

JOHN C. SCOTT

FAULKNER & TEPE
ATTORNEYS AT LAW
2200 FOURTH & VINE TOWER
5 WEST FOURTH STREET
CINCINNATI, OHIO 45202-3606
(513) 421-7500