FILED
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 DEC -1 PM 2:27

| | | |
|---|---|---|
| MAFCOTE, INC. | : | CASE NO. C-1-02-411 |
| Plaintiff | : | Judge Sandra S. Beckwith (Hogan, M.J.) |
| vs. | : | |
| CONTINENTAL CASUALTY INSURANCE COMPANY | : | NOTICE OF FILING OF DEPOSITION OF STEVEN A. SCHULMAN |
| Defendant | : | |

Now comes plaintiff, Mafcote, Inc., and gives notice that the deposition of Steven A. Schulman, taken on February 27, 2003, has been filed with the Clerk.

James M. Moore        (#0009476)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH 45202-4091
(513) 421-6630 (telephone)
(513) 421-0212 (facsimile)
Trial Attorney for Plaintiff

Of Counsel:

LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH 45202-4091
(513) 421-6630 (telephone)
(513) 421-0212 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been transmitted by regular U.S. Mail to John C. Scott, Esq. Faulkner & Tepe, LLP, 2200 Fourth &

Vine Tower, Cincinnati, OH 45202; and Frederick R. Mindlin, Esq., Mound, Cotton, Wollan & Greengrass, One Battery Park Plaza, New York, New York 10004-1486 this 1st day of December, 2003.

*[signature: James M. Moore]*
James M. Moore
Attorney at Law

375717