```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

Mafcote, Inc.,                )
                              )
          Plaintiff,          ) Case No. 1:02-CV-411
                              )
     vs.                      )
                              )
Continental Casualty          )
Insurance Company,            )
                              )
          Defendant.          )

### O R D E R

This matter came before the Court on March 10, 2004 for a scheduling conference. Pursuant to the conference, the Court established the following trial calendar:

    Final Pretrial Conference    April 30, 2004, 1:00 p.m.

    Trial    May 17, 2004, 9:00 a.m.

**IT IS SO ORDERED**

Date  March 10, 2004               s/Sandra S. Beckwith
                                    Sandra S. Beckwith
                             United States District Judge