IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MAFCOTE, INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. C-01-02-411 |
| | ) | |
| V. | ) | JUDGE SANDRA S. BECKWITH |
| | ) | ( X. J.; HOGAN, M.J.) |
| CONTINENTAL CASUALTY | ) | |
| INSURANCE COMPANY | ) | **AFFIDAVIT OF** |
| | ) | **FREDERIC R. MINDLIN** |
| Defendant. | ) | |
| | ) | |

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK)

FREDERIC R. MINDLIN, being duly sworn, deposes and says:

1.     I am a member of the law firm of Mound Cotton Wollan & Greengrass, attorneys for defendant, Continental Casualty Insurance Company ("Continental") and I am fully familiar with the facts and circumstances of this proceeding. I submit this affidavit in conjunction with Continental's motion *in limine* to preclude the expert testimony of Thomas Cochran, Miles Hilsinger, Mary Lynn Lage, C.P.A. and Earl Rynston because plaintiff has failed to produce expert witness reports for these witnesses. The expert testimony of Thomas Cochran should also be precluded on the grounds that his testimony is irrelevant and seeks to provide legal conclusions.

## RELEVANT EXHIBITS

2.     Annexed hereto as Exhibit 1 is a true and correct copy of the Court's Calendar Order filed on September 11, 2002 setting forth the dates by which the parties must disclose expert witnesses and produce expert reports:

> Plaintiff identify primary experts: March 4, 2003
> Plaintiff produce primary reports: April 4, 2003
> Defendant rebuttal for identifying primary experts: May 6, 2003
> Defendant rebuttal for producing primary reports: June 6, 2003.

3.      Annexed hereto as Exhibit 2 is Plaintiff's Notice of Expert Witnesses served on March 4, 2003 naming experts Earl Rynston, Mary Lynn Lage, C.P.A. and Miles Hilsinger.  A Curriculum Vitae was attached for Ms. Lage.

4.      By letter dated April 9, 2003, plaintiff submitted a "Curriculum Vitae" for Earl Rynston in the form of an e-mail correspondence from Mr. Rynston to counsel for plaintiff.  A copy of the April 9, 2003 letter with attached e-mail is annexed hereto as Exhibit 3.

5.      Annexed hereto as Exhibit 4 is Defendant's Notice of Expert Witness served on May 6, 2003.

6.      Annexed hereto as Exhibit 5 is a copy of Defendant's Expert Report filed on June 5, 2003. By cover letter of the same date, counsel for defendant requested an expert report for each of plaintiff's experts in accordance with the Court's September 11, 2002 Calendar Order.

7.      Annexed hereto as Exhibit 6 is Plaintiff's Request For Leave To Extend Time To Disclose Expert Witnesses served on June 6, 2003.

8.      Annexed hereto as Exhibit 7 is the Court's Amended Calendar Order filed on June 10, 2003 which grants Plaintiff's Request For Leave To Extend Time To Disclose Expert Witnesses and amends the deadline for plaintiff to identify primary experts to August 6, 2003 and amends the deadline for plaintiff to produce primary reports to September 5, 2003.

9.      Annexed hereto as Exhibit 8 is the Court's Amended Calendar Order filed July 10, 2003 granting defendant a 30 day extension following plaintiff's expert witness reports to disclose additional rebuttal expert witnesses and 30 days to submit additional rebuttal expert reports.

10.      Annexed hereto as Exhibit 9 is Plaintiff's Disclosure of Expert Witnesses which names Thomas W. Cochran, Jr. as plaintiff's expert witness and provides that "Mr. Cochran will testify concerning the nature and purpose of boiler and machinery insurance, coverage afforded by defendant's Policy No. BM1098742493 to plaintiff's loss, and ambiguities in policy language.

11.      Annexed hereto as Exhibit 10 is a letter from plaintiff's counsel to counsel for defendant requesting an additional seven days to produce Mr. Cochran's expert report.

12.    Despite the extensions of time granted by this Court and counsel for defendant, plaintiff has failed to produce an expert report for any of its four expert witnesses.

## INSTANT MOTION

13.    The preclusion of expert testimony by Mr Cochran, Ms. Lage, Mr. Hilsinger and Mr. Rynston is proper in this case because plaintiff has failed to produce any expert report in accordance with Fed.R.Civ.P. 26(a)(2)(B) and this Court's June 10, 2003 Amended Calendar Order.

14.    Defendant has complied with this Court's Calendar Order by notifying plaintiff of expert witness Joel Chenevey, C.P.A. by May 5, 2003 (Exhibit 4) and producing Mr. Chenevey's expert report by June 6, 2003 (Exhibit 5).

15.    This motion *in limine* is also submitted to preclude the testimony of Mr. Cochran. According to plaintiff, Mr. Cochran will testify as to "the nature and purpose of boiler and machinery insurance, coverage afforded by defendant's Policy No. BM1098742493 to plaintiff's loss, and ambiguities in policy language."

16.    This action arises out of an accident to a steam boiler located at Miami Wabash Paper, llc ("Miami Wabash") in Franklin, Ohio on July 16, 2001. As set forth in the accompanying Memorandum of Law, Mr. Cochran's testimony should be precluded because it does not bear on any material fact related to the steam boiler accident or to any business income loss or extra expense incurred by Mafcote.

17.    Further, the interpretation of an insurance policy and the determination of whether it is ambiguous is a matter of law for the court. As shown in the accompanying Memorandum of Law, a motion *in limine* is properly granted where an expert's testimony is directed toward a legal interpretation of the insurance policy at issue.

18.    Accordingly, Continental requests that this court preclude the expert testimony of Thomas W. Cochran, Jr., Miles Hilsinger, C.P.A., Mary Lynn Lage and Earl Rynston because

plaintiff failed to submit expert reports for these witnesses,   In addition,   Mr. Cochran's

testimony should be precluded because it is irrelevant and calls for a legal conclusion.

*Frederic R. Mindlin*

FREDERIC R. MINDLIN

Sworn to before me this 16th
day of March, 2004.

Notary Public

CRYSTAL COLLINS
Notary Public, State of New York
No. 01CO4941137
Qualified in New York County
Certificate Filed in New York County
Commission Expires August 15, 20 06

EXHIBIT 1

 DOCKETED

J:\CRUMBA\FORMS\CALENDAR\02-411.WPD

FILED
KENNETH J. MURPHY

02 SEP 11 PM 12: 01

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mafcote, Incorporated,
   Plaintiff,

v.

Continental Casualty Insurance Company,
   Defendant.

Case No. C-1-02-411
(Beckwith, J.; Hogan, M.J.)

| Judge | 481X |
|---|---|
| Mag. | BE |
| Journal | |
| Issue | CMTC |
| Docketed | ✓ |

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for leave to amend complaint: **October 4, 2002**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify primary experts: **March 4, 2003**
   Plaintiff produce primary reports: **April 4, 2003**
   Defendant rebuttal for identifying primary experts: **May 6, 2003**
   Defendant rebuttal for producing primary reports: **June 6, 2003**

3. Notice of compliance with Rule 26: **June 6, 2003**

4. Parties to exchange witness list and summary: **June 6, 2003**

5. Discovery deadline: **July 7, 2003**

6. Dispositive motions deadline: **August 7, 2003**

7. Final pretrial conference: **January 2004***

8. Trial: **February 2004***

_September 4, 2002_
Date

bac    September 4, 2002

Timothy S. Hogan
United States Magistrate Judge

*The specific dates will be assigned by the District Court.

12

Frederic R Mindlin, Esq.
Mound Cotton Wollan & Greengrass - 1
One Battery Plaza
New York, NY 10004


Re: 1:02-cv-00411

                    ------------------------------

                    ****  NOTICE  ****

YOU MUST INFORM THIS OFFICE, IN WRITING, OF ANY CHANGE OF ADDRESS

####################################################################
WE ARE PLEASED TO ANNOUNCE OUR COURT'S PRESENCE ON THE INTERNET AT
http://www.ohsd.uscourts.gov.   PLEASE VISIT THIS SITE FOR UPDATED
INFORMATION REGARDING COURT POLICIES, PROCEDURES, AND FEES.
####################################################################

PLEASE BE AWARE THAT ANY NEW ACTION WITH A CORPORATE PARTY NOW
REQUIRES COUNSEL TO FILE A "CORPORATE DISCLOSURE STATEMENT". THIS
FORM IS AVAILABLE AT ALL CLERK'S OFFICES AND ON THE WEB AT
http://www.ohsd.uscourts.gov/forms.htm.

*********************************************************************

                    THANK YOU


                    ------------------------------

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MAFCOTE, INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. C-01-02-411 |
| ) | |
| V. ) | JUDGE SANDRA S. BECKWITH |
| ) | ( X.J.; HOGAN, M.J.) |
| CONTINENTAL CASUALTY ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF EXPERT WITNESSES

1.    Earl Rynston, Ganet & Associates

Will testify that coverage was provided by Continental Casualty Company under Policy BM1098742493 to Mafcote Industries and its affiliates for all losses outlined in the letter from Steve Schulman to Nick Bozovich, Senior General Adjuster of CNACommercial Insurance, dated October 29, 2001, and the attachments that accompany that letter.

(Curriculum Vitae to be supplied)

2.    Mary Lynn Lage, C.P.A.

Ms. Lage will testify that the accounting statements and information submitted to O.E. Schenevey, CPA, Reboul & Henderson, Inc. in letters dated December 7, 2001 from Ann Rocchio and December 28, 2001 from Steven A. Schulman were prepared in accordance with accepted accounting principals.

3.    Miles Hilsinger
108 Main Street
Norwalk Connecticut 06850

(Curriculum Vitae will be supplied)

Mr. Hilsinger will testify that the temporary replacement, outsourcing of materials and changes of production schedules were necessary, reasonable and additional expenses in the paper industry to preserve clients, minimize loss and to maintain the business of Mafecote Industries as nearly as normal after

the boiler problem was diagnosed and addressed and that every available means to resume business as soon and as normal as possible was employed.

Respectfully submitted,

McINTOSH & McINTOSH

By _____

Bruce B. McIntosh
Reg. #0013525
Attorney for Plaintiff
15 E. 8th Street, Suite 300 W
Cincinnati, Ohio 45202
513-929-4040

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed and faxed to Frederic R. Mindlin, Attorney for Defendant, One Battery Park Plaza, New York, New York 10004 and to John C. Scott, Attorney at Law, 2200 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, Ohio 45202, by ordinary U.S. Mail this 4th day of March, 2003.

MARY LYNN LAGE, CPA
2201 WILDFLOWER TRAIL
FISHERVILLE, KY 40023
(502) 261-9754

## Education

University of Louisville
BS Business Management, Accounting Major, 1991

Certified Public Accountant, 1997
Kentucky License #7109

## Background

Diversified experience in manufacturing, service and public accounting industries.  Background includes management and staff positions with expertise in:
- General Accounting
- Cost Accounting
- Inventory/Cost Control
- Financial Reporting
- Systems Implementation
- Department Management

## Professional Experience

*Royal Consumer Products, LLC*
*Div. of Mafcote Industries, Inc.*
**Controller - April 2001 to Present**
Responsible for overall management of financial accounting, cost accounting, inventory management, purchasing and systems management for Royal Consumer Products Division.  Work with Operations Manager to improve cost and production efficiencies in all production processes.

*Georgia Gulf Chemicals & Vinyls, LLC*
*Louisville, KY  40299*
**Plant Controller – January 1996 to March 2001**
Responsible for overall management and reports for financial and cost accounting, develop production standards, develop fiscal budget, and purchase all materials for Louisville Plant.

*Kinetic Corporation*
*Louisville, KY  40206*
**Chief Financial Officer – September 1993 to January 1996**
Responsible for cash management and financial accounting for all departments and divisions.  Other responsibilities included property management for all tenant at Distillery Commons.

## Organization Affiliations

- American Institute of Certified Public Accountants
- Kentucky Society of Certified Public Accountants
- Institute of Management Accountants, Louisville Chapter

EXHIBIT 3

*McIntosh & McIntosh P.L.L.C.*

*15 East Eighth Street*
*Suite 300 W*
*Cincinnati, Ohio 45202*

*Bruce B. McIntosh*
*Michael Todd McIntosh*
*A. Brian McIntosh\**

*\*Also Licensed to Practice*
*in the Commonwealth*
*of Kentucky*

*Telephone  (513) 929-4040*
*Telecopier  (513) 929-4070*
*E-Mail: McIntosh@McIntoshlaw.com*
*Website: www.McIntoshlaw.com*

April 9, 2003

Mr. Frederic R. Mindlin
Attorney at Law
MOUND, COTTON, WOLLAN & GREENGRASS
One Battery Park Plaza
New York, N.Y. 10004-1486

RE:    Mafcote, Inc. v. Continental Casualty Insurance Co.

Your File No. 2429.004

Dear Fred:

Although the enclosed "Curriculum Vitae" of Earle S. Rynston may not be a format with which you have become accustomed, I believe, nevertheless, it provides the necessary biographical information to qualify him as my expert in insurance matters.

I look forward to your response with respect to the suggested mediation.

Sincerely,

McINTOSH & McINTOSH

By
Bruce B. McIntosh

BBMcI:fw
Encl.
Cc:    Mr. Steven S. Schulman
Mr. J. C. Scott

**Fay Wahl**

| | |
|---|---|
| **From:** | "Bruce B. McIntosh" |
| **To:** | "FAY WAHL" <FAY@McIntoshlaw.com> |
| **Sent:** | Friday, April 04, 2003 10:19 AM |
| **Subject:** | Fw: Mafcote Inc/Miami Wabash Paper |

----- Original Message -----
From: Earle S. Rynston
To: bruce@mcintoshlaw.com
Cc: fay@mcintoshlaw.com
Sent: Tuesday, March 04, 2003 3:32 PM
Subject: Mafcote Inc/Miami Wabash Paper

Dear Mr. Mc Intosh,

This is in answer to your inquiry as to my background in the insurance industry. I have been a licensed broker for property and casualty insurance for over 40 years. My insurance education was as a student at The College of Insurance, now a campus of St. Johns University in New York. It continued afterwards in continuing studies to this day.

My career began with Davis., Dorland & Co, a nationally known New York City brokerage firm founded in 1899. I was with them for 34 years. When I left I was Executive Vice President and a Director of the company , with 180 employees. I am now a Senior Vice President of Genatt Associates , who are a major regional brokerage firm , with 80 employees.

The scope of clients these two firms had and have as clients are a whose who of corporate America ,From financial firms such as Dun & Bradstreet. American Express, and J.P. Morgan Chase Bank to industrial companies such as Warner Lambert, Hoffman La Roche, etc.. These firms depend upon Boiler and Machinery to protect their production equipment and data processing systems. By being with these companies I learned a great deal about this coverage. I used this knowledge as an integral part of my approach to new clients , whose brokers usually ignored this aspect of client protection and knew little about it.

Sincerely,

Earle S. Rynston

EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MAFCOTE, INCORPORATED, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. C-01-02-411 |
| ) | |
| V. ) | JUDGE SANDRA S. BECKWITH |
| ) | ( X. J.; HOGAN, M.J.) |
| CONTINENTAL CASUALTY ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S NOTICE OF EXPERT WITNESS

1.    Joel E. Chenevey, C.P.A.

Mr. Chenevey will testify that Mafcote has not substantiated a loss of production during the Period of Restoration as set forth under the CNA policy and therefore, Mafcote does not have a compensable business interruption claim, under the terms of the policy.

A copy of Mr. Chenevey's Curriculum Vitae is attached.

Dated: May 6, 2003

The Defendant,
CONTINENTAL    CASUALTY    INSURANCE
COMPANY, INC.

By its Attorneys,

MOUND, COTTON, WOLLAN & GREENGRASS

*Frederic R. Mindlin*

Frederic R. Mindlin,  pro hac vice
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

FAULKNER & TEPE, LLP
Jack C. Scott
Ohio Bar # 0029518
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202-3606
(513) 421-7500

TO:    Bruce McIntosh, Esq.
       Attorney for Plaintiff
       15 East 8th Street, Suite 300W
       Cincinnati, Ohio 45202

I, Allison J. Gigante hereby certify that a copy of the foregoing was mailed, via Federal Express this 6th day of May, 2003 to the following counsel of record:

Bruce B. McIntosh, Esq.
15 E. 8th Street
Suite 300 W
Cincinnati, Ohio 45202

Allison J. Gigante

## JOEL E. CHENEVEY

### EDUCATION

Certified Public Accountant

University of Akron

Ashland College

Ohio Certificate 19272

Bachelor of Science,

Accounting

Business

### BUSINESS EXPERIENCE

| | |
|---|---|
| Reboul & Henderson, Inc. | Associate |
| Reboul, Johnson & Henderson, Inc. | Associate |
| Alex N. Sill Company | Accountant |
| Harter, Singhaus & Co., CPA's | Accountant |
| Swallen, Lawhun, Habbard & Abraham, CPA's | Accountant |
| Touche Ross | Accountant |

### PROFESSIONAL ORGANIZATIONS

American Institute of Certified Public Accountants

Ohio Society of Certified Public Accountants

National Association of Professional Insurance Investigators

Canton Claims Association

### CIVIC AND SOCIAL ORGANIZATIONS

B.P.O. Elks

Pro Football H.O.F. Security Committee

Mr. Chenevey joined Messrs. Reboul & Henderson in 1991 and is currently working at the Cleveland West location. An avid sports fan, he is a lifetime resident of the Akron-Canton area. Mr. Chenevey has worked throughout the United States and Canada in the insurance adjusting industry since 1986. In addition, he has presented educational claims seminars to insurance industry personnel.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

Linda Eckhouse, being duly sworn, deposes and says:

Deponent is not a party to this action, is over the age of 18 years, and resides in Staten

Island, New York 10308.

That on the 6th day of May, 2003 deponent served the annexed DEFENDANT'S

NOTICE OF EXPERT WITNESS upon:

Bruce McIntosh, Esq.
Attorney for Plaintiff
15 East 8th Street, Suite 300W
Cincinnati, Ohio 45202

attorneys for plaintiffs at the address designated by said attorneys by depositing the same

enclosed in a postpaid properly addressed wrapper directed to each of said attorneys at the above

addresses in an official depository under the exclusive care and custody of the United States

Postal Service within the State of New York and via facsimile.

_Linda Eckhouse_
———————————
Linda Eckhouse

Sworn to before me this
6th day of May, 2003

_Kathryn Alba_
———————————
Notary Public

**KATHRYN ALBA**
**NOTARY** PUBLIC, State of New York
No. 01AL4733320
Qualified in Richmond County
Commission Expires August 31, 20 _05_

EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

OFFICE COPY

**FILED**

JUN 0 6 2003

KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

| | |
|---|---|
| MAFCOTE, INCORPORATED, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| CONTINENTAL CASUALTY | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |

Civil Action No. C-01-02-411

JUDGE SANDRA S. BECKWITH
( X. J.; HOGAN, M.J.)

## DEFENDANT'S EXPERT REPORT

In compliance with the Court's Calendar Order dated September 4, 2002, defendant Continental Casualty Insurance Company ("Continental") submits the attached expert report of Joel E. Chenevey C.P.A..

Dated: June 5, 2003

The Defendant,
CONTINENTAL    CASUALTY    INSURANCE
COMPANY, INC.

By its Attorneys,

MOUND, COTTON, WOLLAN & GREENGRASS

*Frederic R Mindl*

Frederic R. Mindlin, pro hac vice
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

FAULKNER & TEPE, LLP
Jack C. Scott
Ohio Bar # 0029518
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202-3606
(513) 421-7500

TO:     Bruce McIntosh, Esq.
        Attorney for Plaintiff
        15 East 8th Street, Suite 300W
        Cincinnati, Ohio 45202

I, Allison J. Gigante hereby certify that a copy of the foregoing was mailed, via Federal Express this 5th day of June, 2003 to the following counsel of record:

Bruce B. McIntosh, Esq.
15 E. 8th Street
Suite 300 W
Cincinnati, Ohio 45202

_____
Allison J. Gigante

# REBOUL & HENDERSON INC.

### INVESTIGATIVE ACCOUNTING
### INSURANCE CLAIM ACCOUNTING AND LITIGATION SUPPORT SERVICES

7160 CHAGRIN ROAD, SUITE 175, CHAGRIN FALLS, OHIO 44023

(440) 893-8900
FAX (440) 893-9877

June 2, 2003

Mr. Frederic R. Mindlin
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1485

*RE:    Insured:  Miami Wabash Paper Company, Inc.*
*A Mafcote Affiliate*
*Franklin, OH*
*CNA Claim No.: 7A 114546*
*Date of accident: July 16, 2001*
*Business Interruption Loss*
*Boiler and Machinery policy*

Dear Mr. Mindlin:

We have reviewed the insured's accounting records within the scope of work you requested. The following comments relate to the extent of our work and the results of our accounting review.

The insured's Miami Wabash Paper operation coats paper and paperboard. An accident occurred at this facility on July 16, 2001 involving the insured's boiler. This affected the steam foiling process on the #7 coater machine. The insured was able to have a temporary boiler operational on August 16, 2001. We understand CNA Insurance paid the Extra Expense claim related to the temporary boiler rental. An additional $253,693.61 claim was submitted for incremental outside purchase costs and claim preparation. The claim was made for Miami Wabash Paper, LLC and Royal Consumer Products, LLC, both of which are Mafcote affiliates.

Although the insured did not submit a Business Interruption claim, you have requested that we analyze a potential Business Interruption loss at Miami Wabash. You have advised us that CNA's liability period begins on 12:01 pm on August 13, 2001 and extends through September 19, 2001. As detailed on the enclosed schedules, we have calculated a production increase, not a loss. Furthermore, we were not provided documentation to support any sales cancellations that were a direct result of the CNA liability period. A sales or production loss has not been substantiated and therefore the insured has not sustained a Business Interruption loss.

Mr. Frederic R. Mindlin
Mound, Cotton, Wollan & Greengrass
June 2, 2003
Page 2 of 3

It is a normal business practice for Royal Consumer Products to purchase coated paper from Miami Wabash. The insured previously provided us with copies of cancelled orders by Royal Products to Miami Wabash. However, these cancellations appear to have been initiated before the CNA liability period.

In order to analyze a potential Business Interruption loss at Miami Wabash during the CNA liability period, we obtained daily pound production for the #7 coater machine. As detailed on Exhibit C of the enclosed, we have listed the daily pounds for January 1, 2001 through December 2, 2001. We have requested the December 3 through 31, 2001 production pounds from the insured, but we have not yet been provided this information.

We have segregated production into four time periods:

| | | |
|---|---|---|
| 1.) | Pre-accident | January 1 through July 15, 2001 <br> 229,445 average weekly lbs. |
| 2.) | Post accident and before CNA liability period | July 16 through August 12, 2001 <br> 207,209 average weekly lbs. |
| 3.) | CNA liability period | August 13 through September 19, 2001 <br> 243,354 average weekly lbs. |
| 4.) | Post CNA liability period | September 20 through December 2, 2001 <br> 254,652 average weekly lbs. |

We calculated average weekly production of 229,445 pounds before the accident and 254,652 pounds after the CNA liability period. For these 38.57 weeks unaffected by the accident, weekly production averaged 236,353 pounds. Based on this weekly average, we have projected 1,283,396 pounds of production for the 5.43 week CNA liability period.

Actual production pounds were 1,321,410, or 243,354 pounds per week, during the CNA liability period. Actual production exceeds our projection by 38,014 pounds. A loss in production or sales has not been substantiated during the CNA liability period. As a result, the insured has not sustained a Business Interruption loss.

On Exhibit B, we have calculated a $.1460 Business Interruption value per pound. The annual values were calculated by the insured and previously used to determine the 2-day deductible. The insured's calculated values appear reasonable. We have divided the annual value by our projected annual pounds of 12,290,353. Our projection is based on our 236,353 projected weekly pounds previously discussed.

Mr. Frederic R. Mindlin
Mound, Cotton, Wollan & Greengrass
June 2, 2003
Page 3 of 3

Please contact Joel E. Chenevey, CPA of our office at (800) 648-4567 should you have any questions or require additional information.

Very truly yours,

*Reboul & Henderson*

Reboul & Henderson, Inc.

Enclosure

MIAMI WABASH PAPER
A MAFCOTE AFFILIATE
DATE OF ACCIDENT: JULY 16, 2001
CNA LIABILITY PERIOD - 8/13/01 12:01 PM THRU 9/19/01
BUSINESS INTERRUPTION LOSS CALCULATION

| | R & H SUGGESTED 5.43 WEEKS | |
|---|---|---|
| PROJECTED LBS | 1,283,396 | EXHIBIT C |
| ACTUAL LBS | 1,321,410 | EXHIBIT C |
| LOST (INCREASED) LBS | (38,014) | |
| BUSINESS INTERRUPTION VALUE PER POUND | $ 0.1460 | EXHIBIT B |
| CALCULATED BUSINESS INTERRUPTION LOSS | $ - | |

MIAMIBI19 calcthrusept19 6/2/2003

REBOUL & HENDERSON, INC.

EXHIBIT A

# MIAMI WABASH PAPER
## A MAFCOTE AFFILIATE
### DATE OF ACCIDENT: JULY 16, 2001
### BUSINESS INTERRUPTION VALUE PER LB.

|  | (A) ANNUAL VALUE | AVG PER LB |
|---|---|---|
| WEEKLY LBS. PRODUCTION | | 236,353 |
| WEEKS | | 52 |
| PROJECTED ANNUAL LBS | | 12,290,353 |
| | | |
| TOTAL SALES | $ 13,740,000 | $   1.1179 |
| | | |
| LESS: CASH DISCOUNTS | 52,000 | 0.0042 |
| | | |
| NET SALES | 13,792,000 | 1.1222 |
| | | |
| LESS: MATERIALS AND SUPPLIES | | |
| RAW MATERIALS | 9,126,000 | 0.7425 |
| SUPPLIES CONSUMED | 306,000 | 0.0249 |
| SERVICES PURCHASED | 670,000 | 0.0545 |
| TOTAL MATERIALS & SUPPLIES | 10,102,000 | 0.8219 |
| | | |
| GROSS EARNINGS | 3,690,000 | 0.3002 |
| | | |
| LESS: ORDINARY PAYROLL | 1,896,000 | 0.1543 |
| | | |
| GROSS EARNINGS LESS ORDINARY PAYROLL | $ 1,794,000 | 0.1460 |

*EXHIBIT C*

**(A)**
| NUMBER OF DAYS | 302 |
|---|---|
| AVERAGE DAILY | $   5,940 |
| DAYS | 2 |
| 2 DAY DEDUCTIBLE | $   11,880 |

**(A)** ANNUAL VALUE CALCULATED BY INSURED AND USED IN
2 DAY DEDUCTIBLE CALCULATION, WHICH APPEARS REASONABLE.

*EXHIBIT A*

MIAMIBI19 VALUE19 6/2/2003

REBOUL & HENDERSON, INC.

EXHIBIT B

MIAMI WABASH PAPER
A MAFCOTE AFFILIATE
DATE OF ACCIDENT: JULY 16, 2001
#7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT | | AFTER ACCIDENT & BEFORE CNA PERIOD | | CNA LIABILITY PERIOD | | AFTER CNA LIABILITY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS |
| MON | 1/1/2001 | | | | | | | | | |
| TUES | 1/2/2001 | | | | | | | | | |
| WED | 1/3/2001 | | 41,656 | | | | | | | |
| THURS | 1/4/2001 | | 55,754 | | | | | | | |
| FRI | 1/5/2001 | | 95,790 | | | | | | | |
| SAT | 1/6/2001 | | | | | | | | | |
| SUN | 1/7/2001 | 1 | | 193,200 | | | | | | |
| MON | 1/8/2001 | | 62,640 | | | | | | | |
| TUES | 1/9/2001 | | 23,934 | | | | | | | |
| WED | 1/10/2001 | | 60,310 | | | | | | | |
| THURS | 1/11/2001 | | 103,380 | | | | | | | |
| FRI | 1/12/2001 | | 114,608 | | | | | | | |
| SAT | 1/13/2001 | | | | | | | | | |
| SUN | 1/14/2001 | 2 | 55,996 | 420,868 | | | | | | |
| MON | 1/15/2001 | | | | | | | | | |
| TUES | 1/16/2001 | | 21,720 | | | | | | | |
| WED | 1/17/2001 | | 83,734 | | | | | | | |
| THURS | 1/18/2001 | | 72,952 | | | | | | | |
| FRI | 1/19/2001 | | 21,332 | | | | | | | |
| SAT | 1/20/2001 | | | | | | | | | |
| SUN | 1/21/2001 | 3 | | 199,738 | | | | | | |
| MON | 1/22/2001 | | 90,802 | | | | | | | |
| TUES | 1/23/2001 | | 108,405 | | | | | | | |
| WED | 1/24/2001 | | 91,204 | | | | | | | |
| THURS | 1/25/2001 | | 57,470 | | | | | | | |
| FRI | 1/26/2001 | | 65,444 | | | | | | | |
| SAT | 1/27/2001 | | 21,942 | | | | | | | |
| SUN | 1/28/2001 | 4 | | 435,267 | | | | | | |
| MON | 1/29/2001 | | 39,278 | | | | | | | |
| TUES | 1/30/2001 | | 40,048 | | | | | | | |
| WED | 1/31/2001 | | 51,071 | | | | | | | |
| THURS | 2/1/2001 | | 45,034 | | | | | | | |
| FRI | 2/2/2001 | | 45,196 | | | | | | | |
| SAT | 2/3/2001 | | | | | | | | | |
| SUN | 2/4/2001 | 5 | | 220,627 | | | | | | |
| MON | 2/5/2001 | | 40,426 | | | | | | | |
| TUES | 2/6/2001 | | 41,602 | | | | | | | |
| WED | 2/7/2001 | | 53,957 | | | | | | | |

MIAMIMBI19 lbs19 8/2/2003

REBOUL & HENDERSON, INC.

EXHIBIT C
PAGE 1

MIAMI WABASH PAPER
A MAFCOTE AFFILIATE
DATE OF ACCIDENT: JULY 16, 2001
#7 COATER LBS - DAILY PRODUCTION

EXHIBIT C
PAGE 2

| DAY | DATE | WK | BEFORE ACCIDENT | | AFTER ACCIDENT & BEFORE CNA PERIOD | | CNA LIABILITY PERIOD | | AFTER CNA LIABILITY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS |
| THURS | 2/8/2001 | | 37,018 | | | | | | | |
| FRI | 2/9/2001 | | 30,548 | | | | | | | |
| SAT | 2/10/2001 | | | | | | | | | |
| SUN | 2/11/2001 | 6 | | 203,551 | | | | | | |
| MON | 2/12/2001 | | 38,303 | | | | | | | |
| TUES | 2/13/2001 | | 29,648 | | | | | | | |
| WED | 2/14/2001 | | 49,122 | | | | | | | |
| THURS | 2/15/2001 | | 61,346 | | | | | | | |
| FRI | 2/16/2001 | | | | | | | | | |
| SAT | 2/17/2001 | | | | | | | | | |
| SUN | 2/18/2001 | 7 | | 178,419 | | | | | | |
| MON | 2/19/2001 | | 69,972 | | | | | | | |
| TUES | 2/20/2001 | | 79,180 | | | | | | | |
| WED | 2/21/2001 | | 77,800 | | | | | | | |
| THURS | 2/22/2001 | | | | | | | | | |
| FRI | 2/23/2001 | | | | | | | | | |
| SAT | 2/24/2001 | | | | | | | | | |
| SUN | 2/25/2001 | 8 | | 226,952 | | | | | | |
| MON | 2/26/2001 | | 39,122 | | | | | | | |
| TUES | 2/27/2001 | | 28,482 | | | | | | | |
| WED | 2/28/2001 | | 54,936 | | | | | | | |
| THURS | 3/1/2001 | | | | | | | | | |
| FRI | 3/2/2001 | | | | | | | | | |
| SAT | 3/3/2001 | | | | | | | | | |
| SUN | 3/4/2001 | 9 | | 122,540 | | | | | | |
| MON | 3/5/2001 | | 22,516 | | | | | | | |
| TUES | 3/6/2001 | | 40,230 | | | | | | | |
| WED | 3/7/2001 | | 68,542 | | | | | | | |
| THURS | 3/8/2001 | | 3,896 | | | | | | | |
| FRI | 3/9/2001 | | 1,700 | | | | | | | |
| SAT | 3/10/2001 | | | | | | | | | |
| SUN | 3/11/2001 | 10 | | 136,884 | | | | | | |
| MON | 3/12/2001 | | 28,962 | | | | | | | |
| TUES | 3/13/2001 | | 29,247 | | | | | | | |
| WED | 3/14/2001 | | 9,390 | | | | | | | |
| THURS | 3/15/2001 | | 35,294 | | | | | | | |
| FRI | 3/16/2001 | | | | | | | | | |
| SAT | 3/17/2001 | | | | | | | | | |
| SUN | 3/18/2001 | 11 | | 102,893 | | | | | | |

REBOUL & HENDERSON, INC.

MIAMI WABASH PAPER
A MAFCOTE AFFILIATE
DATE OF ACCIDENT: JULY 16, 2001
#7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT DAILY LBS | BEFORE ACCIDENT WEEKLY LBS | AFTER ACCIDENT & BEFORE CNA PERIOD DAILY LBS | AFTER ACCIDENT & BEFORE CNA PERIOD WEEKLY LBS | CNA LIABILITY PERIOD DAILY LBS | CNA LIABILITY PERIOD WEEKLY LBS | AFTER CNA LIABILITY PERIOD DAILY LBS | AFTER CNA LIABILITY PERIOD WEEKLY LBS |
|---|---|---|---|---|---|---|---|---|---|---|
| MON | 3/19/2001 | | 80,770 | | | | | | | |
| TUES | 3/20/2001 | | 80,790 | | | | | | | |
| WED | 3/21/2001 | | 64,560 | | | | | | | |
| THURS | 3/22/2001 | | | | | | | | | |
| FRI | 3/23/2001 | | - | | | | | | | |
| SAT | 3/24/2001 | | | | | | | | | |
| SUN | 3/25/2001 | 12 | | 226,120 | | | | | | |
| MON | 3/26/2001 | | 78,452 | | | | | | | |
| TUES | 3/27/2001 | | 95,540 | | | | | | | |
| WED | 3/28/2001 | | 67,332 | | | | | | | |
| THURS | 3/29/2001 | | 120,938 | | | | | | | |
| FRI | 3/30/2001 | | | | | | | | | |
| SAT | 3/31/2001 | | | | | | | | | |
| SUN | 4/1/2001 | 13 | | 362,262 | | | | | | |
| MON | 4/2/2001 | | 59,056 | | | | | | | |
| TUES | 4/3/2001 | | 26,922 | | | | | | | |
| WED | 4/4/2001 | | 23,982 | | | | | | | |
| THURS | 4/5/2001 | | 44,858 | | | | | | | |
| FRI | 4/6/2001 | | | | | | | | | |
| SAT | 4/7/2001 | | | | | | | | | |
| SUN | 4/8/2001 | 14 | | 154,818 | | | | | | |
| MON | 4/9/2001 | | 60,164 | | | | | | | |
| TUES | 4/10/2001 | | 43,645 | | | | | | | |
| WED | 4/11/2001 | | 25,416 | | | | | | | |
| THURS | 4/12/2001 | | 14,416 | | | | | | | |
| FRI | 4/13/2001 | | | | | | | | | |
| SAT | 4/14/2001 | | | | | | | | | |
| SUN | 4/15/2001 | 15 | | 143,641 | | | | | | |
| MON | 4/16/2001 | | 33,116 | | | | | | | |
| TUES | 4/17/2001 | | 44,178 | | | | | | | |
| WED | 4/18/2001 | | 30,392 | | | | | | | |
| THURS | 4/19/2001 | | 16,302 | | | | | | | |
| FRI | 4/20/2001 | | | | | | | | | |
| SAT | 4/21/2001 | | | | | | | | | |
| SUN | 4/22/2001 | 16 | | 123,998 | | | | | | |
| MON | 4/23/2001 | | 73,242 | | | | | | | |
| TUES | 4/24/2001 | | 78,331 | | | | | | | |
| WED | 4/25/2001 | | 87,720 | | | | | | | |
| THURS | 4/26/2001 | | | | | | | | | |

MIAMI WABASH PAPER
A MAFCOTE AFFILIATE
DATE OF ACCIDENT: JULY 16, 2001
#7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT | | AFTER ACCIDENT & BEFORE CNA PERIOD | | CNA LIABILITY PERIOD | | AFTER CNA LIABILITY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS |
| FRI | 4/27/2001 | | | | | | | | | |
| SAT | 4/28/2001 | | | | | | | | | |
| SUN | 4/29/2001 | | | | | | | | | |
| MON | 4/30/2001 | 17 | 66,526 | 239,293 | | | | | | |
| TUES | 5/1/2001 | | 28,732 | | | | | | | |
| WED | 5/2/2001 | | 25,400 | | | | | | | |
| THURS | 5/3/2001 | | 57,870 | | | | | | | |
| FRI | 5/4/2001 | | | | | | | | | |
| SAT | 5/5/2001 | | | | | | | | | |
| SUN | 5/6/2001 | 18 | 28,536 | 178,528 | | | | | | |
| MON | 5/7/2001 | | 70,940 | | | | | | | |
| TUES | 5/8/2001 | | 57,068 | | | | | | | |
| WED | 5/9/2001 | | 67,754 | | | | | | | |
| THURS | 5/10/2001 | | 17,467 | | | | | | | |
| FRI | 5/11/2001 | | | | | | | | | |
| SAT | 5/12/2001 | | | | | | | | | |
| SUN | 5/13/2001 | 19 | | 241,765 | | | | | | |
| MON | 5/14/2001 | | 62,576 | | | | | | | |
| TUES | 5/15/2001 | | 142,702 | | | | | | | |
| WED | 5/16/2001 | | 138,383 | | | | | | | |
| THURS | 5/17/2001 | | 3,858 | | | | | | | |
| FRI | 5/18/2001 | | 1,570 | | | | | | | |
| SAT | 5/19/2001 | | | | | | | | | |
| SUN | 5/20/2001 | 20 | | 349,089 | | | | | | |
| MON | 5/21/2001 | | 66,253 | | | | | | | |
| TUES | 5/22/2001 | | 60,898 | | | | | | | |
| WED | 5/23/2001 | | 58,322 | | | | | | | |
| THURS | 5/24/2001 | | 61,534 | | | | | | | |
| FRI | 5/25/2001 | | | | | | | | | |
| SAT | 5/26/2001 | | | | | | | | | |
| SUN | 5/27/2001 | 21 | | 247,007 | | | | | | |
| MON | 5/28/2001 | | 117,682 | | | | | | | |
| TUES | 5/29/2001 | | 80,514 | | | | | | | |
| WED | 5/30/2001 | | 72,928 | | | | | | | |
| THURS | 5/31/2001 | | 70,446 | | | | | | | |
| FRI | 6/1/2001 | | | | | | | | | |
| SAT | 6/2/2001 | | | | | | | | | |
| SUN | 6/3/2001 | 22 | | 341,570 | | | | | | |
| MON | 6/4/2001 | | 68,758 | | | | | | | |

MIAMIB119 lbs19 6/2/2003

EXHIBIT C
PAGE 4

MIAMI WABASH PAPER
A MAFCOTE AFFILIATE
DATE OF ACCIDENT: JULY 16, 2001
#7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT DAILY LBS | BEFORE ACCIDENT WEEKLY LBS | AFTER ACCIDENT & BEFORE CNA PERIOD DAILY LBS | AFTER ACCIDENT & BEFORE CNA PERIOD WEEKLY LBS | CNA LIABILITY PERIOD DAILY LBS | CNA LIABILITY PERIOD WEEKLY LBS | AFTER CNA LIABILITY PERIOD DAILY LBS | AFTER CNA LIABILITY PERIOD WEEKLY LBS |
|---|---|---|---|---|---|---|---|---|---|---|
| TUES | 6/5/2001 | | 45,482 | | | | | | | |
| WED | 6/6/2001 | | 62,508 | | | | | | | |
| THURS | 6/7/2001 | | 32,058 | | | | | | | |
| FRI | 6/8/2001 | | | | | | | | | |
| SAT | 6/9/2001 | | | | | | | | | |
| SUN | 6/10/2001 | 23 | | | | | | | | |
| MON | 6/11/2001 | | 105,748 | | | | | | | |
| TUES | 6/12/2001 | | 76,176 | | | | | | | |
| WED | 6/13/2001 | | 51,622 | | | | | | | |
| THURS | 6/14/2001 | | 31,182 | 208,806 | | | | | | |
| FRI | 6/15/2001 | | | | | | | | | |
| SAT | 6/16/2001 | | | | | | | | | |
| SUN | 6/17/2001 | 24 | | | | | | | | |
| MON | 6/18/2001 | | 56,017 | | | | | | | |
| TUES | 6/19/2001 | | 68,550 | | | | | | | |
| WED | 6/20/2001 | | 30,152 | | | | | | | |
| THURS | 6/21/2001 | | 15,992 | 264,728 | | | | | | |
| FRI | 6/22/2001 | | 39,074 | | | | | | | |
| SAT | 6/23/2001 | | | | | | | | | |
| SUN | 6/24/2001 | 25 | | | | | | | | |
| MON | 6/25/2001 | | 10,476 | | | | | | | |
| TUES | 6/26/2001 | | 65,662 | 209,785 | | | | | | |
| WED | 6/27/2001 | | 74,758 | | | | | | | |
| THURS | 6/28/2001 | | 40,960 | | | | | | | |
| FRI | 6/29/2001 | | 25,646 | | | | | | | |
| SAT | 6/30/2001 | | | | | | | | | |
| SUN | 7/1/2001 | 26 | | | | | | | | |
| MON | 7/2/2001 | | 78,411 | 217,502 | | | | | | |
| TUES | 7/3/2001 | | 53,590 | | | | | | | |
| WED | 7/4/2001 | | | | | | | | | |
| THURS | 7/5/2001 | | | | | | | | | |
| FRI | 7/6/2001 | | | | | | | | | JULY 4TH |
| SAT | 7/7/2001 | | | | | | | | | JULY 4TH |
| SUN | 7/8/2001 | 27 | | | | | | | | JULY 4TH |
| MON | 7/9/2001 | | 49,300 | 132,001 | | | | | | |
| TUES | 7/10/2001 | | 74,358 | | | | | | | |
| WED | 7/11/2001 | | 76,596 | | | | | | | |
| THURS | 7/12/2001 | | 85,264 | | | | | | | |
| FRI | 7/13/2001 | | 57,106 | | | | | | | |

MIAMIBI19 lbs19 6/2/2003

REBOUL & HENDERSON, INC.

EXHIBIT C
PAGE 5

## MIAMI WABASH PAPER
### A MAFCOTE AFFILIATE
### DATE OF ACCIDENT: JULY 16, 2001
### #7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT DAILY LBS | BEFORE ACCIDENT WEEKLY LBS | AFTER ACCIDENT & BEFORE CNA PERIOD DAILY LBS | AFTER ACCIDENT & BEFORE CNA PERIOD WEEKLY LBS | CNA LIABILITY PERIOD DAILY LBS | CNA LIABILITY PERIOD WEEKLY LBS | AFTER CNA LIABILITY PERIOD DAILY LBS | AFTER CNA LIABILITY PERIOD WEEKLY LBS | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 7/14/2001 | | | | | | | | | | |
| SUN | 7/15/2001 | | | | | | | | | | |
| MON | 7/16/2001 | 28 | | 342,624 | 42,392 | | | | | | ACCIDENT |
| TUES | 7/17/2001 | | | | 76,086 | | | | | | |
| WED | 7/18/2001 | | | | 60,711 | | | | | | |
| THURS | 7/19/2001 | | | | 68,604 | | | | | | |
| FRI | 7/20/2001 | | | | 63,272 | | | | | | |
| SAT | 7/21/2001 | | | | 15,304 | | | | | | |
| SUN | 7/22/2001 | 29 | | | | 326,369 | | | | | |
| MON | 7/23/2001 | | | | 19,642 | | | | | | |
| TUES | 7/24/2001 | | | | 15,122 | | | | | | |
| WED | 7/25/2001 | | | | 39,448 | | | | | | |
| THURS | 7/26/2001 | | | | 46,272 | | | | | | |
| FRI | 7/27/2001 | | | | 21,442 | | | | | | |
| SAT | 7/28/2001 | | | | 8,166 | | | | | | |
| SUN | 7/29/2001 | 30 | | | 8,100 | 158,192 | | | | | |
| MON | 7/30/2001 | | | | - | | | | | | |
| TUES | 7/31/2001 | | | | 21,550 | | | | | | |
| WED | 8/1/2001 | | | | | | | | | | |
| THURS | 8/2/2001 | | | | | | | | | | |
| FRI | 8/3/2001 | | | | 96,062 | | | | | | |
| SAT | 8/4/2001 | | | | 24,738 | | | | | | |
| SUN | 8/5/2001 | 31 | | | 50,485 | 192,835 | | | | | |
| MON | 8/6/2001 | | | | 29,182 | | | | | | |
| TUES | 8/7/2001 | | | | - | | | | | | |
| WED | 8/8/2001 | | | | | | | | | | |
| THURS | 8/9/2001 | | | | 58,828 | | | | | | |
| FRI | 8/10/2001 | | | | 48,532 | | | | | | |
| SAT | 8/11/2001 | | | | 5,438 | | | | | | |
| SUN | 8/12/2001 | 32 | | | 9,458 | 151,438 | - | | | | 12:01 PM — CNA LIABILITY BEGINS / RENTAL BOILER BEGINS |
| MON | 8/13/2001 | | | | | | 7,230 | | | | |
| TUES | 8/14/2001 | | | | | | 28,406 | | | | |
| WED | 8/15/2001 | | | | | | 10,394 | | | | |
| THURS | 8/16/2001 | | | | | | 21,504 | | | | |
| FRI | 8/17/2001 | | | | | | 19,496 | | | | |
| SAT | 8/18/2001 | | | | | | 49,002 | | | | |
| SUN | 8/19/2001 | 33 | | | | | - | 136,032 | | | |
| MON | 8/20/2001 | | | | | | 94,404 | | | | |
| TUES | 8/21/2001 | | | | | | 45,300 | | | | |

REBOUL & HENDERSON, INC.

EXHIBIT C
PAGE 6

## MIAMI WABASH PAPER
## A MAFCOTE AFFILIATE
## DATE OF ACCIDENT: JULY 16, 2001
## #7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT | | AFTER ACCIDENT & BEFORE CNA PERIOD | | CNA LIABILITY PERIOD | | AFTER CNA LIABILITY PERIOD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | |
| WED | 8/22/2001 | | | | | | 18,966 | | | | |
| THURS | 8/23/2001 | | | | | | 76,772 | | | | |
| FRI | 8/24/2001 | | | | | | 33,962 | | | | |
| SAT | 8/25/2001 | | | | | | 55,106 | | | | |
| SUN | 8/26/2001 | 34 | | | | | | | | | |
| MON | 8/27/2001 | | | | | | 60,444 | | | | |
| TUES | 8/28/2001 | | | | | | 51,872 | | | | |
| WED | 8/29/2001 | | | | | | 61,498 | 324,510 | | | |
| THURS | 8/30/2001 | | | | | | 16,620 | | | | |
| FRI | 8/31/2001 | | | | | | 29,928 | | | | |
| SAT | 9/1/2001 | | | | | | - | | | | |
| SUN | 9/2/2001 | 35 | | | | | | 220,362 | | | |
| MON | 9/3/2001 | | | | | | 15,562 | | | | LABOR DAY |
| TUES | 9/4/2001 | | | | | | 15,684 | | | | |
| WED | 9/5/2001 | | | | | | 58,398 | | | | |
| THURS | 9/6/2001 | | | | | | 70,822 | | | | |
| FRI | 9/7/2001 | | | | | | 12,608 | | | | |
| SAT | 9/8/2001 | | | | | | - | | | | |
| SUN | 9/9/2001 | 36 | | | | | - | 173,074 | | | |
| MON | 9/10/2001 | | | | | | 7,210 | | | | |
| TUES | 9/11/2001 | | | | | | 2,362 | | | | |
| WED | 9/12/2001 | | | | | | 13,964 | | | | |
| THURS | 9/13/2001 | | | | | | 48,002 | | | | |
| FRI | 9/14/2001 | | | | | | 42,942 | | | | |
| SAT | 9/15/2001 | | | | | | 50,420 | | | | |
| SUN | 9/16/2001 | 37 | | | | | - | 164,900 | | | |
| MON | 9/17/2001 | | | | | | 77,548 | | | | |
| TUES | 9/18/2001 | | | | | | 139,902 | | | | |
| WED | 9/19/2001 | | | | | | 85,082 | 302,532 | | | END CNA LIABILITY PERIOD |
| THURS | 9/20/2001 | | | | | | | | 35,188 | | |
| FRI | 9/21/2001 | | | | | | | | 27,638 | | |
| SAT | 9/22/2001 | | | | | | | | 87,294 | | |
| SUN | 9/23/2001 | 38 | | | | | | | | | |
| MON | 9/24/2001 | | | | | | | | 15,624 | 165,744 | |
| TUES | 9/25/2001 | | | | | | | | 8,944 | | |
| WED | 9/26/2001 | | | | | | | | - | | |
| THURS | 9/27/2001 | | | | | | | | 33,358 | | |
| FRI | 9/28/2001 | | | | | | | | 23,252 | | |
| SAT | 9/29/2001 | | | | | | | | 7,166 | | |

MIAMIBI19 lbs19 6/2/2003

REBOUL & HENDERSON, INC.

EXHIBIT C
PAGE 7

## MIAMI WABASH PAPER
## A MAFCOTE AFFILIATE
### DATE OF ACCIDENT: JULY 16, 2001
### #7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT | | AFTER ACCIDENT & BEFORE CNA PERIOD | | CNA LIABILITY PERIOD | | AFTER CNA LIABILITY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS |
| SUN | 9/30/2001 | 39 | | | | | | | - | 72,720 |
| MON | 10/1/2001 | | | | | | | | 23,726 | |
| TUES | 10/2/2001 | | | | | | | | 37,884 | |
| WED | 10/3/2001 | | | | | | | | 40,906 | |
| THURS | 10/4/2001 | | | | | | | | 44,740 | |
| FRI | 10/5/2001 | | | | | | | | 35,564 | |
| SAT | 10/6/2001 | | | | | | | | 30,972 | |
| SUN | 10/7/2001 | 40 | | | | | | | 15,472 | 229,264 |
| MON | 10/8/2001 | | | | | | | | 30,552 | |
| TUES | 10/9/2001 | | | | | | | | 55,428 | |
| WED | 10/10/2001 | | | | | | | | 78,618 | |
| THURS | 10/11/2001 | | | | | | | | 86,196 | |
| FRI | 10/12/2001 | | | | | | | | 45,024 | |
| SAT | 10/13/2001 | | | | | | | | - | |
| SUN | 10/14/2001 | 41 | | | | | | | - | 295,818 |
| MON | 10/15/2001 | | | | | | | | 83,758 | |
| TUES | 10/16/2001 | | | | | | | | 49,068 | |
| WED | 10/17/2001 | | | | | | | | 57,426 | |
| THURS | 10/18/2001 | | | | | | | | 73,326 | |
| FRI | 10/19/2001 | | | | | | | | 130,227 | |
| SAT | 10/20/2001 | | | | | | | | - | |
| SUN | 10/21/2001 | 42 | | | | | | | - | 393,805 |
| MON | 10/22/2001 | | | | | | | | 43,624 | |
| TUES | 10/23/2001 | | | | | | | | 53,446 | |
| WED | 10/24/2001 | | | | | | | | 63,916 | |
| THURS | 10/25/2001 | | | | | | | | - | |
| FRI | 10/26/2001 | | | | | | | | 12,422 | |
| SAT | 10/27/2001 | | | | | | | | 24,170 | |
| SUN | 10/28/2001 | 43 | | | | | | | - | 197,578 |
| MON | 10/29/2001 | | | | | | | | 49,324 | |
| TUES | 10/30/2001 | | | | | | | | 47,402 | |
| WED | 10/31/2001 | | | | | | | | 89,210 | |
| THURS | 11/1/2001 | | | | | | | | 44,198 | |
| FRI | 11/2/2001 | | | | | | | | 53,470 | |
| SAT | 11/3/2001 | | | | | | | | 108,776 | |
| SUN | 11/4/2001 | 44 | | | | | | | - | 392,380 |
| MON | 11/5/2001 | | | | | | | | 61,684 | |
| TUES | 11/6/2001 | | | | | | | | 66,142 | |
| WED | 11/7/2001 | | | | | | | | 47,372 | |

EXHIBIT C
PAGE 8

MIAMIBI19 lbs19 6/2/2003

## MIAMI WABASH PAPER
## A MAFCOTE AFFILIATE
## DATE OF ACCIDENT: JULY 16, 2001
## #7 COATER LBS - DAILY PRODUCTION

| DAY | DATE | WK | BEFORE ACCIDENT | | AFTER ACCIDENT & BEFORE CNA PERIOD | | CNA LIABILITY PERIOD | | AFTER CNA LIABILITY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS |
| THURS | 11/8/2001 | | | | | | | | 18,472 | |
| FRI | 11/9/2001 | | | | | | | | 29,762 | |
| SAT | 11/10/2001 | | | | | | | | 84,922 | |
| SUN | 11/11/2001 | 45 | | | | | | | | 308,354 |
| MON | 11/12/2001 | | | | | | | | 56,920 | |
| TUES | 11/13/2001 | | | | | | | | 42,626 | |
| WED | 11/14/2001 | | | | | | | | 44,248 | |
| THURS | 11/15/2001 | | | | | | | | 68,330 | |
| FRI | 11/16/2001 | | | | | | | | 79,896 | |
| SAT | 11/17/2001 | | | | | | | | 62,320 | |
| SUN | 11/18/2001 | 46 | | | | | | | | 354,340 |
| MON | 11/19/2001 | | | | | | | | - | |
| TUES | 11/20/2001 | | | | | | | | - | |
| WED | 11/21/2001 | | | | | | | | 15,368 | |
| THURS | 11/22/2001 | | | | | | | | 46,632 | THANKSGIVING |
| FRI | 11/23/2001 | | | | | | | | | THANKSGIVING |
| SAT | 11/24/2001 | | | | | | | | | THANKSGIVING |
| SUN | 11/25/2001 | 47 | | | | | | | | 62,000 |
| MON | 11/26/2001 | | | | | | | | 51,822 | |
| TUES | 11/27/2001 | | | | | | | | 47,298 | |
| WED | 11/28/2001 | | | | | | | | 40,134 | |
| THURS | 11/29/2001 | | | | | | | | 28,286 | |
| FRI | 11/30/2001 | | | | | | | | 21,028 | |
| SAT | 12/1/2001 | | | | | | | | 31,096 | |
| SUN | 12/2/2001 | 48 | | | | | | | | 219,664 |
| | | | 6,424,466 | 6,424,466 | 828,834 | 828,834 | 1,321,410 | 1,321,410 | 2,691,667 | 2,691,667 / 11,266,377 |
| WEEKS | | | | 28.0 | | 4.0 | | 5.43 | | 10.57 / 48.0 |
| AVG WEEKLY | | | | 229,445 | | 207,209 | | 243,354 | | 254,652 / 234,716 |
| | | | | EXHIBIT A, B | | | | EXHIBIT A | | |

REBOUL & HENDERSON, INC.

EXHIBIT C
PAGE 9

MIAMIBI19 lbs19 6/2/2003

MIAMI WABASH PAPER
A MAFCOTE AFFILIATE
DATE OF ACCIDENT: JULY 16, 2001
#7 COATER LBS - DAILY PRODUCTION

EXHIBIT C
PAGE 10

| DAY | DATE | WK | BEFORE ACCIDENT | | AFTER ACCIDENT & BEFORE CNA PERIOD | | CNA LIABILITY PERIOD | | AFTER CNA LIABILITY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS | DAILY LBS | WEEKLY LBS |

| WEEKS | LBS | AVG WEEK |
|---|---|---|
| 28.00 | 6,424,466 | 229,445 |
| 10.57 | 2,691,667 | 254,652 |
| 38.57 | 9,116,133 | 236,355 |

TOTAL LBS PRODUCED BEFORE ACCIDENT
TOTAL LBS PRODUCED AFTER CNA LIABILITY PERIOD
TOTAL LBS PRODUCED - NOT IMPACTED BY ACCIDENT

5.43   WEEKS IN CNA LIABILITY PERIOD

EXHIBIT A   1,283,396   PROJECTED 5.43 WEEKS
EXHIBIT A   1,321,410   ACTUAL LBS
(38,014)   DECREASE (INCREASE) IN LBS

REBOUL & HENDERSON, INC.

STATE OF NEW YORK )
                            )ss.:
COUNTY OF NEW YORK)                    AFFIDAVIT OF SERVICE

Linda Eckhouse, being duly sworn, deposes and says:

Deponent is not a party to this action, is over the age of 18 years, and resides in Staten Island,

New York 10303

That on the 5th day of June, 2003 deponent served the within DEFENDANT'S EXPERT
REPORT upon:

```
Bruce B. McIntosh, Esq.
McInosh & McIntosh
15 E. 8th Street, Suite 300
Cincinnati, Ohio 45202

Jack Scottm, Esq.
Faulker & Tepe, LLP
2200 Fourth & Vine Tower
Cincinnati, Ohio 45202
```

at the address designated by said attorneys by depositing the same
enclosed in a postpaid properly addressed wrapper directed to each
of said attorneys at the above address via Federal Express.

_____
        LINDA ECKHOUSE

Sworn to before me this
5th day of June, 2003

_____
        Notary Public

KEVIN J. BRASSIL
Notary Public, State of New York
No. 31-5018311
Qualified in New York County
Certificate Filed in New York County
Commission Expires September 27, 20__

EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAFCOTE, INC.                          :      CASE NO. C-1-02-411

        Plaintiff             :      Hogan, Magistrate Judge

   vs.                                 :

CONTINENTAL CASUALTY                   :      PLAINTIFF'S REQUEST FOR
INSURANCE COMPANY                             LEAVE TO EXTEND TIME TO
                                       :      DISCLOSE EXPERT WITNESSES
        Defendant
                                       :

On March 4, 2003, plaintiff's then-counsel filed Plaintiff's Notice of Expert Witness. Recently, the undersigned has been substituted as counsel for plaintiff. It is undersigned's counsel's good faith belief that additional time is required for the plaintiff to give notice of expert witnesses to defendant. This belief is based upon a review of the pertinent pleadings and documents which have been obtained in discovery.

Under the Court's calendar Order docketed on September 12, 2002 (Document No. 12), plaintiff was to have identified primary experts by March 4, 2003 and to produce primary reports by April 4, 2003. Plaintiff respectfully submits that it will require an additional 60 days, up to and including August 6, 2003, to identify primary experts and that it will require an additional 30 days beyond that, up to and including September 5, 2003 to product primary reports.

Plaintiff respectfully submits that its motion to extend time to identify primary experts and to produce primary reports is well taken and should be granted.

*[signature]*

James M. Moore          (#0009476)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH  45202-4091
(513) 421-6630  (telephone)
(513) 421-0212  (facsimile)
Trial Attorney for Plaintiff

Of Counsel:

LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH  45202-4091
(513) 421-6630  (telephone)
(513) 421-0212  (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been transmitted by regular U.S. Mail to John C. Scott, Esq. Faulkner & Tepe, LLP, 2200 Fourth & Vine Tower, Cincinnati, OH  45202; and Frederick R. Mindlin and Costantino P. Suriano, Esq., Mound, Cotton, Wollan & Greengrass, One Battery Park Plaza, New York, New York 10004-1486 this _6th_ day of _Jan_____, 2003.

*[signature]*

James M. Moore
Attorney at Law

355501

EXHIBIT 7

J:\CRUMBA\FORMS\CALENDAR\02-411.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 JUN 10 PM 12: 32

U.S. ~~~~ COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Mafcote, Incorporated,
      Plaintiff,

v.

Case No. C-1-02-411
(Beckwith, J.; Hogan, M.J.)

Continental Casualty Insurance Company,
      Defendant.



## AMENDED CALENDAR ORDER

    This matter is before the Court on Plaintiff's request for leave to extend time to disclose expert witnesses (Doc. 16).  For good cause shown, the motion is GRANTED and the following calendar shall be amended as follows:

    1.  Deadline for disclosure of expert witnesses and submission of expert reports:
        Plaintiff identify primary experts: **August 6, 2003**
        Plaintiff produce primary reports: **September 5, 2003**

    2.  All other dates will remain in effect.

_June 10, 2003_
Date

bac    June 10, 2003

Timothy S. Hogan
United States Magistrate Judge



Costantino P Suriano, Esq.
Mound Cotton Wollan & Greengrass - 1
One Battery Plaza
New York, NY  10004


Re: 1:02-cv-00411

        ------------------------------

            ****  NOTICE  ****

YOU MUST INFORM THIS OFFICE, IN WRITING, OF ANY CHANGE OF ADDRESS

#######################################################################
WE ARE PLEASED TO ANNOUNCE OUR COURT'S PRESENCE ON THE INTERNET AT
http://www.ohsd.uscourts.gov.  PLEASE VISIT THIS SITE FOR UPDATED
INFORMATION REGARDING COURT POLICIES, PROCEDURES, AND FEES.
#######################################################################
PLEASE BE AWARE THAT ANY NEW ACTION WITH A CORPORATE PARTY NOW
REQUIRES COUNSEL TO FILE A "CORPORATE DISCLOSURE STATEMENT".  THIS
FORM IS AVAILABLE AT ALL CLERK'S OFFICES AND ON THE WEB AT
http://www.ohsd.uscourts.gov/forms.htm.
**********************************************************************
NOTICE TO ALL COUNSEL PRACTICING BEFORE THE JUDICIAL OFFICERS IN
DAYTON, OHIO.  THERE IS A NEW GENERAL ORDER #1 ISSUED IN THIS COURT
THAT IS EFFECTIVE FEBRUARY 1, 2003
**********************************************************************


            THANK YOU



        ------------------------------

EXHIBIT 8

J:\CRUMBA\FORMS\CALENDAR\02-411.WPD

FILED
KENNETH J. MURPHY
CLERK

03 JUL 10  PH 3: 54

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Mafcote, Incorporated,
     Plaintiff,

v.

                                Case No. C-1-02-411
                                (Beckwith, J.; Hogan, M.J.)

Continental Casualty Insurance Company,
     Defendant.



## AMENDED CALENDAR ORDER

    This matter is before the Court on Defendant's request for leave to extend time to disclose additional rebuttal expert witnesses (Doc. 21). For good cause shown, the motion is GRANTED:

    1. Defendant's are permitted a thirty-day (30) day extension following the submission of plaintiff's expert witness reports to disclose additional rebuttal expert witnesses and 30 days to submit additional rebuttal expert reports.

    2. Motion filing deadline: **November 5, 2003**

    3. No other extensions will be permitted to the remainder of the calendar.

July 8 2003
_____
Date
DEC   JUL 8 2003

_____
Timothy S. Hogan
United States Magistrate Judge

22

EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MAFCOTE, INC. | : | CASE NO. C-1-02-411 |
| Plaintiff | : | Hogan, Magistrate Judge |
| vs. | : | |
| CONTINENTAL CASUALTY INSURANCE COMPANY | : | PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES |
| | : | |
| Defendant | : | |
| | : | |

Now comes plaintiff, Mafote, Inc., pursuant to the Amended Calendar Order issued on July 10, 2003 (Document No. 22) and discloses the following expert witnesses:

> 1.    Thomas W. Cochran, Jr.
>        631 North Main Street
>        Kilmarnock, Virginia

Mr. Cochran will testify concerning the nature and purpose of boiler and machinery insurance, coverage afforded by defendant's Policy No. BM1098742493 to plaintiff's loss, and ambiguities in policy language.

> 2.    Earl Rynston
>        3333 New Hyde Park Road, Suite 400
>        New Hyde Park, NY 11042

Mr. Rynston will testify that coverage was provided by defendant under Policy No. BM1098742493 to plaintiff and its affiliates for all losses outlined in the letter from plaintiff's President to Nick Bozovich, Senior General Adjuster of CNA Commercial Insurance, dated October 29, 2001, and attachments.

3.    Mary Lynn Lage, CPA
2201 Wildflower Trial
Fisherville, KY  40023

Ms. Lage will testify that the accounting statements and information submitted to Joel Schenevey, CPA, Reboul & Henderson, Inc. in letters dated December 7, 2001 from Anna Rocchio and December 28, 2001 from Steven A. Schulman were prepared in accordance with accepted accounting principles.

4.    Miles Hilsinger
108 Main Street
Norwalk, CT  06850

Mr. Hilsinger will testify that the temporary replacement, outsourcing of materials and changes of production schedules were necessary, reasonable and additional expenses in the paper industry to preserve clients, minimize loss and to maintain the business of plaintiff as nearly as normal after the boiler problem was diagnosed and addressed and that every available means to resume business as soon and as normal as possible was employed by plaintiff.

James M. Moore            (#0009476)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH  45202-4091
(513) 421-6630  (telephone)
(513) 421-0212  (facsimile)
Trial Attorney for Plaintiff

Of Counsel:

LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH  45202-4091
(513) 421-6630  (telephone)
(513) 421-0212  (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been transmitted by regular U.S. Mail to John C. Scott, Esq. Faulkner & Tepe, LLP, 2200 Fourth & Vine Tower, Cincinnati, OH 45202; and Frederick R. Mindlin, Esq., Mound, Cotton, Wollan & Greengrass, One Battery Park Plaza, New York, New York 10004-1486 this 6th day of August, 2003.

James M. Moore
Attorney at Law

362620

EXHIBIT 10

# LINDHORST & DREIDAME

### A LEGAL PROFESSIONAL ASSOCIATION

JAMES L. O'CONNELL
WILLIAM M. CUSSEN
CHARLES J. KELLY
JOHN A. GOLDBERG
JAMES M. MOORE
WILLIAM N. KIRKHAM
JAY R. LANGENBAHN[(1)]
JAMES H. SMITH III
MICHAEL F. LYON
THOMAS E. MARTIN
JAMES F. BROCKMAN
EDWARD S. DORSEY
JAMES C. FROOMAN
BARRY F. FAGEL[(1)]

312 WALNUT STREET, SUITE 2300
CINCINNATI, OHIO 45202-4091
TELEPHONE: (513) 421-6630
FACSIMILE: (513) 421-0212
WWW. LINDHORSTLAW.COM
WRITER'S DIRECT DIAL

(513) 345-5777

CHARLES G. SKIDMORE
MARGARET G. KUBICKI
MICHELLE L. CLEMONS
PAUL J. VOLLMAN[(2)]
BRADLEY D. McPEEK
DAVID E. WILLIAMSON
WILLIAM J. LISS[(2)]
JOEL L. PESCHKE
EDWARD ROBERTS[(1)]
JEFFREY A. WILLIS
LAURIE A. McCLUSKEY

AMBROSE H. LINDHORST 1913-1997
ROBERT F. DREIDAME 1914-1978
WILLIAM J. WALSH 1919-1996
LEO J. BRESLIN 1928-2000

(1) ALSO ADMITTED IN KENTUCKY
(2) ALSO ADMITTED IN FLORIDA

September 5, 2003

John C. Scott, Esq.
Faulkner & Tepe, LLP
2200 Fourth & Vine Tower
5 West Fourth Street
Cincinnati, OH  45202

Frederick R. Mindlin, Esq.
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY  10004-1486

In re:  *Mafcote, Inc. v. Continental Casualty Insurance Company*
Our File No.:  872/0018

Dear Counsel:

I would like to request informally your agreement to permit our expert witness, Thomas Cochran, an additional seven days within which to complete his report in this case. Mr. Cochran has recently had a family emergency. Although he himself has not requested a continuance on this basis, I have felt uncomfortable in contacting him this week because of it. If you are unable to grant me the extension up to and including September 12, 2003 for this purpose, I would appreciate it if you would advise me as soon as possible. Thank you for your cooperation.

Sincerely,

LINDHORST & DREIDAME

*James M. Moore/dal*

James M. Moore

JMM/dal