**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Mafcote, Inc.,**
    **Plaintiff**

-vs-                                      Case No.  1:02-cv-411

**Continental Casualty**
**Insurance Company,**
    **Defendant**

# JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Date:  March 26, 2004                              James Bonini, Clerk

                                                                       By:  s/Mary C. Brown
                                                                          Mary C. Brown, Deputy Clerk