


FILED
A4 JAMES BONINI
CLERK

04 APR 22 PM 2: 26

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MAFCOTE, INC. | : | CASE NO. 1:02-CV- 411 |
| Plaintiff | : | Judge Sandra S. Beckwith (Hogan, M.J.) |
| vs. | : | |
| CONTINENTAL CASUALTY INSURANCE COMPANY | : | NOTICE OF APPEAL |
| Defendant | : | |

Notice is hereby given that Mafcote, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from a Judgment granting defendant Continental Casualty Insurance Company's Motion for Summary Judgment, entered in this action on the 26th day of March, 2004.

_____
James M. Moore    (#0009476)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH  45202-4091
(513) 421-6630  (telephone)
(513) 421-0212  (facsimile)
Trial Attorney for Plaintiff

Of Counsel:

LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, OH  45202-4091
(513) 421-6630  (telephone)
(513) 421-0212  (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been transmitted by regular U.S. Mail to John C. Scott, Esq. Faulkner & Tepe, LLP, 2200 Fourth & Vine Tower, Cincinnati, OH 45202; and Frederick R. Mindlin, Esq., Mound, Cotton, Wollan & Greengrass, One Battery Park Plaza, New York, New York 10004-1486 this 22nd day of April, 2004.

James M. Moore
Attorney at Law

391757

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Mafcote, Inc.,
    Plaintiff

-vs-                              Case No. 1:02-cv-411

Continental Casualty
Insurance Company,
    Defendant

# JUDGMENT

| | | |
|---|---|---|
| | Jury Verdict. | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | Decision by Court. | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

      IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE.


Date:  March 26, 2004                      James Bonini, Clerk

                                              By: s/Mary C. Brown
                                                   Mary C. Brown, Deputy Clerk