```
Thu Apr 22 14:23:17 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 422632
Cashier       kjl

Check Number: 009643

DD Code     Div No
 4661         1

Sub Acct Type Tender     Amount
1:086900  N     2        105.00
2:510000  N     2        150.00

Total Amount        $    255.00

LINDHORST & DREIDAME CO

APPEAL FEE C-1-02-411




Thu Apr 22 14:23:17 2004

Check No.  009643
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```