# TRANSMISSION FORM

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:02cv0411 | Court of Appeals Case No: 04-3534 |
| SHORT CAPTION | MAFCOTE, INC. | Case Manager: Robin Duncan |
| Plaintiff/Petitioner | vs. | Date Filed: |
| | CONTINENTAL CASUALTY INSURANCE COMPANY | **FILED** APR 29 2004 LEONARD GREEN, Clerk |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | SANDRA S. BECKWITH | Anything That Needs Special Attention |
| Court Reporter(s): | | NOTICE OF APPEAL(DOC.37) appealing ORDER(DOC.35) and FINAL JUDGMENT(DOC.36) entered on 3/26/2004. |
| From Deputy Clerk: | ARTHUR HILL | |
| Date: | 4/26/2004 | |
| $255.00 Appeal Filing Fee Paid? YES | | |

RECEIVED APR 26 2004 Leonard Green Clerk

FILED 04 APR 30 PM 2:46 JAMES BONINI CLERK

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: __**JAMES BONINI**_____
United States District Court