### UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

No: 04-3534

FILED
JAMES BONINI
CLERK

05 JUN -9 PM 12: 21

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Filed: June 8, 2005

MAFCOTE, INC.

              Plaintiff - Appellant

V: 02cv411
Beckwith

          v.

CONTINENTAL CASUALTY INSURANCE COMPANY

              Defendant - Appellee

#### MANDATE

Pursuant to the court's disposition that was filed 5/17/05
the mandate for this case hereby issues today.

A True Copy.

No costs taxed                        Attest:

Filing Fee ..........$
Printing ............$
                                      _____
        Total ........$                    Deputy Clerk