*Office of the Clerk*
*United States District Court*
*103 Potter Stewart U.S. Courthouse*
*100 East Fifth Street*
*Cincinnati, Ohio  45202*
*513/564-7520*

July 18, 2006

Bruce B. McIntosh, Esq.
James M. Moore, Esq.

      RE:   *1:02-cv-411, Mafcote, Inc. V. Continental Casualty Insurance*

      As you are aware, the above captioned was affirmed on June 9, 2005. Therefore, should you choose to retrieve any deposition filed on behalf of your client, please do so by July 24 **Please call me to make arrangements**.  Any depositions not retrieved by this date will be discarded.

      Sincerely,

      s/Mary Brown
      Mary Brown
      Case Manager to Judge Beckwith

cc:  File